In re  **Sundance Resources, Inc.**                                        Case No.  **11-30304**
                                                                                         (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 201 N. Highway N. 174, Rio Vista, TX 76093 consists of approximately 2.5 acres and two buildings | fee simple | | $250,000.00 | $553,824.89 |
| 6.5% working interest in Jones #1 well More specifically described as a 6.5% working interest in the Jones #1 well and a leasehold interest in 40 acres of land more or less situated in the A.P. Vaugh Survey, A-1316 and the Harrison Young Survey A1450 Denton, County, described in assignment of oil and gas leases dated December 12, 2001, Robinson Oil and Gas, Inc. to New Mexico Natural Gas, Inc. et al said 40 acre tract being out of tract of land being 46.889 being more particularly described in a Deed dated December 2, 1967, from James E. Evans et al to Dr. James Hollis Jones, M.D. et al recorded in Volume 563, Page 621 of the Deed of Records of Denton County, Texas. The value of the Debtor's interest in this well and leasehold is negative approximately -$2,926.00. This value was derived by multipling an average of its net cash flow for the past three months by 60 months. | leasehold interest | | $1.00 | $10,818,586.00 |
| 8.1% working interest in Jones #2 well More specifically described as a 8.1% working interest in the Jones #2 well and a leasehold interest in 40 acres more of less out of the H. Young Survey, A-1450 located in Denton County, Texas. The value of the Debtor's interest in this well and leasehold is negative approximately -$3,984.00. This value was derived by mulitplying an average of its net cash flow for the past three months by 60 months. | leasehold interest | | $1.00 | $10,818,585.00 |
| 7.5% working interest in the Jones #3 well More specifically described as a 7.5% working interest in the Jones #3 well and a leashold interest | leasehold interest | | $1.00 | $10,818,584.00 |

In re  **Sundance Resources, Inc.**                                    Case No.  __11-30304_____

                                                                                        (if known)

## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 1*

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| in 40 acres more or less out of the A. Burnard Survey, A 75, Denton County, Texas. The value of the Debtor's interest in this well and leasehold is negative approximately -$5,602.00.  This value was derived by mulitpling an average of its net cash flow for the past three months by 60 months. | | | | |
| 1.9% working interest in the Tanner Eastman #1 More specifically described as a 1.9% working interest in the Tanner Eastman #1 well and leasehold interest in 67.68 acres more or less located in Parker County, Texas being a part of the Mary Eastman et al tract 002, 33.48 acres more or less being a part of the Thompson Vernon Survey A1584, also being part of the Anna Grace Tanner Tract 02, 33.84 acres more or less being a part of the Thomas Vernon survey, A1584, Parker County, Texas. The value of the Debtor's interest in this well and leasehold is approximately $1,664.00  This value was derived by mulitplying an average of its cash flow for the past three months by 60 months. | leasehold interest | | $1,664.00 | $10,818,583.00 |
| 9.6% working interest in the Morgan 1V More specifically described as a 9.6% working interest in the Morgan 1V well and a leashold interest in 104.341 acres of land more or less situated in the Robert N. Dobe Survey A35362 and the Mary Jane Young Survey A2081 James Thompson Survey A1335, Parker County, Texas, being comprised of the following two tracts of land to wit, Tract One: 80 acres of land more or less in the Robert N. Dobe Survey A362, in the Mary Jane Young Survey A2081, Parker County, Texas, Tract 2:2 4.341 acres of land more or less situated in the Mary Jane Young Survey A2081, James Thompason Survey A1335, Parker County, Texas, and 8.940 acres of land more or less in the M. Young Survey A2081 Parker County, Texas. The | leasehold interest | | $1,336.60 | $10,816,919.00 |

In re **Sundance Resources, Inc.**                              Case No. **11-30304**

(if known)

## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 2*

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| value of the Debtor's interest in this well and leasehold is approximately $1,336.60. This value was derived by mulitpling an average of its net cash flow for the past three months by sixty months. | | | | |
| 9.8 working interest in the Campbell #1 More specifically descriged as a 9.8% working interest in the Campbell #1 well and leasehold interest in 239.91 acres of land more or less located in Parker County, Texas, land owned by Joan Campbell and husband Leon Campbell and Oscar B. Jordan and the Geraldine T. Jordan Trust, in the J.E. Cummings Survey, A2291, Adam L. Souder Survey A802 in Francis Haller Survey A567 Parker, County, Texas. The value of the Debtor's interest in this well and leasehold is approximately $18,145.80 This value was derived by multiplying an average of its cash flow for the past three months by 60 months. | leasehold interest | | $18,145.80 | $10,815,582.40 |
| 7.04% working interest in the Campbell #2H More specifically described as a 7.04% working interest in the Campbell #2H well and leasehold interest more specifically described as 239.91 acres of land more or less located in Parker County, Texas, land owned by Joan Campbell and husband Leon Campbell and Oscar B. Jordan and the Geraldine T. Jordan Trust, in the J.E. Cummings Survey, A2291, Adam L. Souder Survey A802 in Francis Haller Survey A567 Parker, County, Texas. This well is located on the same property as Campbell #1 and therefore is a shared interest. The Campbell #1 and #2 hold the lease by production. The value of the Debtor's interest in this well and leasehold is negative approximately - $908.80. This value was derived by multiplying an average of its cash flow for the past three months by 60 months. | leasehold interest | | $1.00 | $10,797,436.60 |

In re  **Sundance Resources, Inc.**                              Case No.  **11-30304**
                                                                          (if known)

## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 3*

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 13.18 working interest in Turner 1H well More specifically described as a 13.18 working interest in the Turner 1H well and a leasehold interest in 97.34 acres of land more or less situated in the M.Young Survey A-2081 and the J. Thompson Survey A-1335 Parker County, Texas The value of the Debtor's interest in this well and leasehold is negative approximately -$27,190.80.  This value was derived by multipling an average of its cash flow for the past three months by 60 months. | leasehold interest | | $1.00 | $10,797,435.60 |
| 23.1725 working interest in the Turner 2H More specifically described as a 23.1725% working interest in the Turner 2H well and leasehold interest in 97.34 acres of land more or less situated in the M. Young Survey A2081 and the J. Thompson Survey A1335, Parker County, Texas.  The value of the Debtor's interest in this well and leasehold is approximately $14,376.40.  This value was derived by multipling an average of its net cash flow for the past three months by 60 months. | leasehold interest | | $14,376.40 | $10,797,434.60 |
| 9.99% working interest in the Campbell #3 well More specifically described as a 9.99% working interest in the Campbell #3 well and leasehold interest in 239.91 acres of land more or less located in Parker County, Texas.  Land owned by Joan Campbell and husband Leon Campbell and Oscar B. Jordan and the Geraldine T. Jordan Trust in the J.S. Cummings survey A2291, Adam L. Souder Survey A802 and Francis Haller Survey A572 Parker County, Texas. The value of the Debtor's interest in this well and leasehold is approximately $9,530.80.  This value asset was derived by mulitpling an average of its net cash flow for the past three months by 60 months. | leasehold interest | | $9,530.80 | $10,783,058.20 |

In re  **Sundance Resources, Inc.**                                    Case No.   **11-30304**

                                                                            (if known)

## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 4*

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 11.09 working interest in the Mankin #1H More specifically described as 11.09 working interest in the Mankin #1H well and leasehold interest in approximately 80 acres, more or less, located 5 feet from east line and 2,235 feet from north line of the R.W. Johnson Survey, A756 Parker County, Texas. The value of the Debtor's interest in this well and leasehold is approximately $12,488.60. This value was derived by mulitpling an average of its net cash flow for the past three months by 60 months. | leasehold interest | | $12,488.60 | $10,773,527.40 |
| 9.64% working interest in Carr #1H well More specifically described as a 9.64% working interest in the Carr #1H well and a leasehold interest in 166.22 acres of land in the H and TC RR Survey, A396 in the Sandy Hawkins Survey A341 Johnson County, Texas. The value of the Debtor's interest in this well and leasehold is negative approximately -$2,341.00. This value was derived by multipling an average of its net cash flow for the past three months by 60 months. | leasehold interest | | $1.00 | $10,761,038.80 |
| 2.55% working interest in the Carr #2H Well More specifically described 2.55% working interest in the Carr #2H well and a leasehold interest in 166.299 acres of land in the Hand TC RR Survey A397 in the Sandy Hawkins Survey A341 Johnson County, Texas. The value of the Debtor's interest in this well and leasehold is negative approximately - $3,563.40. This value was derived by mulitpling an average of its net cash flow for the past three months by 60 months. | leasehold interest | | $1.00 | $10,761,037.80 |
| 17.2% working interest in the Woodall Currie well More specifically described as a 7.2% working interest in the Woodall Currie Well and leasehold interest in 40 acres more or less in the Boeger | leasehold interest | | $1.00 | $10,631,136.80 |

In re **Sundance Resources, Inc.**                              Case No.  **11-30304**

                                                                        (if known)

## SCHEDULE A - REAL PROPERTY

Continuation Sheet No. 5

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| A121 and W.C. Brookfield Survey A54 Denton County, Texas. The value of the Debtor's interest in this well and leasehold is negative approximately - $12,442.00. This value was derived by mulitpling an average of its net cash flow for the past three months by 60 months. | | | | |
| 3.25% overriding royalty in the Carr#1H well More specifically described as a 3.25% overriding royalty in the Carr #1H well and leasehold interest as part of 166.99 acres of land in the Hand TC Carr Survey A397 and the Sandy Hawkins Survey 341 Parker County, Texas. The value of the Debtor's overriding royalty interest is approximately $6,696.00. This value was derived by multiplying an average of its cash flow for the past three months by 72 months. | leasehold interest | | $6,696.00 | $10,761,035.80 |
| 5% overriding royalty in the Carr #2H well More specifically described as a 5% overriding royalty in the Carr#2H well and leasehold interest as part of 166.299 acres of land in the H and TCRR Survey A397 and the Sandy Hawkins Survey A341, Johnson County, Texas. This well is not producing at the present time. The Debtor estimates its value to be approximately $5,000.00 | leasehold interest | | $5,000.00 | $10,754,339.80 |
| .05% overriding royalty interest in the Tanner Eastman #1 More specifically described as a .05% overriding royalty interest in the Tanner Eastman #1 well and leasehold interest more specifically described as 40 acres more or less in the T. Vernon Survey A1584 Parker County, Texas. The value of the Debtor's overriding royalty interest is approximately $204.00 This value was derived by multiplying an average of its cash flow for the past three months by 72 months | leasehold interest | | $204.00 | $10,749,339.80 |

In re  **Sundance Resources, Inc.**                             Case No.  **11-30304**
                                                                                (if known)

## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 6*

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| .0175% overriding royalty in the Campbell No. 1 well More specifically described as a .0175% overriding royalty in the Campbell No. 1 well and leasehold more specifically described as 40 acres more or less in the A.L. Sowder Survey, A802 Parker County, Texas. The value of the Debtor's overriding royalty interest is $228.00. This value was derived by multiplying an average of its cash flow for the past three months by 72 months. | fee simple | | $228.00 | $10,749,135.80 |
| .025% overriding Royalty in the Turner 1H well More specifically described as a .025% overriding royalty interest in the Turner 1H well and leasehold more specifically described as 97.34 acres more or less situated in the M.Young Survey 12081 and the J. Thompson Survey A1335 Parker County, Texas. The value of the Debtor's overriding royalty interest is approximately $660.00. This value was derived by mulitplying an average of its cash flow for the past three months by 72 months. | leasehold interest | | $660.00 | $10,748,907.80 |
| .05% overriding royalty in the Turner 2H well More specifically described as a .05% overriding royalty interest in the Turner 2H well more specifically described as 40 acres more or less in the J.Thompson Survey A1335 Parker County, Texas. The value of the Debtor's overridding royalty interest is approximately $428.00. This value was derived by multiplying an average of its cash flow for the past three months by 72 months. | leasehold interest | | $428.00 | $10,748,247.80 |
| 3.25% overriding royalty interest in the Mankin 1H well More specifically described as a 3.25% overriding royalty interest in the Mankin 1H well and leasehold more specifically described as 80 acres more or less located 5 feet FEL and 2,235 feet FNL of the | leasehold interest | | $32,000.00 | $10,617,919.80 |

In re  **Sundance Resources, Inc.**                                        Case No.  **11-30304**
                                                                                (if known)

## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 7*

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| R.W. Johnson Survey A756 Parker County, Texas. The value of the Debtor's overriding royalty interest in this well and leasehold is $32,000.00.  This value was derived by multiplying an average of its cash flow for the past three months by 72 months. | | | | |
| 13.65% working interest in the Conley Heirs #1H well A 13.65% working interest in the Conley Heirs #1H well and leashold more specifically described as 40 acres more or less surrounding borehold located 155 feet FWL and 3,516 FNL of the M.Swift Survey A739 Wise County, Texas.  The value of the Debtor's interest in this well  and leasehold is approximately $20,539.20. This value was derived by multiplying an average of its net cash flow for the past three months by 60 months. | leasehold interest | | $20,539.20 | $10,715,819.80 |
| .03517% overriding royalty in the North White #2 well .03517% overriding royalty interest in the North White #2 well and leasehold more specifically described as 40 acres more or less in the J.P. Hill Survey, A2119 Parker County, Texas. The Debtor believes that the well has been shut in or plugged and abandoned. | leasehold interest | | $1.00 | $10,695,280.60 |
| 1.5% overriding royalty interest in the Rio Vista ISD IH 1.5% overriding royalty interest in the Rio Vista ISD 1H more specifically described as 80 acres more or less in the Jacob Giltner Survey A293 Johnson County, Texas.  The value of the Debtor's interest in this well and leasehold interest is  not known at this time because the operator of this well will not release any information or produce joint operating statements to the Debtor because the Debtor has not been able to pay its share of the joint interest | leasehold interest | | $1.00 | $10,695,279.60 |

In re **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 8*

| Description and Location of Property | Nature of Debtor's Interest in Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|
| billing expenses on this well. The Debtor is subject to the penalties prescribed in the Joint Operating Agreement. | | | |
| 25% working interest in the Rio Vista ISD IH 25% working interest in the Rio Vista ISD IH more specifically described as 80 acres more or less in the Jacob Giltner Survey A293 Johnson County, Texas.The value of the Debtor's interest in this well and leasehold interest is  not known at this time because the operator of this well will not release any information or produce joint operating statements to the Debtor because the Debtor has not been able to pay its share of the joint interest billing expenses on this well. The Debtor is subject to the penalties prescribed in the Joint Operating Agreement. | leasehold interest | $1.00 | $10,695,278.60 |
| 4% overriding royalty interest in the Pride 1H Well 4% overriding royalty interest in the Pride 1H well and leasehold interest more specifically described as 80 acres more or less of the C. Sevier Survey A752 Johnston County, Texas. The value of the Debtor's interest in this well and leasehold interest is  not known at this time because the operator of this well will not release any information or produce joint operating statements to the Debtor because the Debtor has not been able to pay its share of the joint interest billing expenses on this well. | leasehold interest | $1.00 | $10,695,277.60 |
| 25% working interest in the Pride 1H well 25% working interest in the Pride 1H well more specifically described as 80 acres more or less surrounding the borehole located 32 feet FWL and 157 feet FSEL of the C. Sevier Survey A752, Johnson County, Texas. The value of the Debtor's interest in this well and leasehold interest is not known at this time because the operator of this well | leasehold interest | $1.00 | $10,695,276.60 |

In re **Sundance Resources, Inc.**                                  Case No. **11-30304**

                                                                          (if known)

## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 9*

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| will not release any information or produce joint operating statements to the Debtor because the Debtor has not been able to pay its share of the joint interest billing expenses on this well. The Debtor is subject to the penalties prescribed in the Joint Operating Agreement. | | | | |
| 4% overriding royalty interest in the Hall 1H Well More specifically described as a 4% overriding royalty interest in the Hall 1H well and leasehold more specifically described as 40 acres more or less of the I. Patterson Survey A21 Johnson County, Texas. The value of the Debtor's interest in this well and leasehold interest is not known at this time because the operator of this well will not release any information or produce joint operating statements to the Debtor because the Debtor has not been able to pay its share of the joint interest billing expenses on this well. The Debtor is subject to the penalties prescribed in the Joint Operating Agreement. | leasehold interest | | $1.00 | $10,695,275.60 |
| 25% Working interest in the Hall IH Well 25% working interest in the Hall 1H Well and leasehold more specifically described as 80 acres more or less in the I Batterson Survey A21, Johnson County, Texas. The value of the Debtor's interest in this well and leasehold interest is not known at this time because the operator of this well will not release any information or produce joint operating statements to the Debtor because the Debtor has not been able to pay its share of the joint interest billing expenses on this well. The Debtor is subject to the penalties prescribed in the Joint Operating Agreement. | leasehold interest | | $1.00 | $10,695,274.60 |
| 4% overriding royalty in the Hopson Morgan #1H 4% overriding royalty in the Hopson Morgan #1H | leasehold interest | | $1.00 | $10,695,273.60 |

In re **Sundance Resources, Inc.**                        Case No.   **11-30304**

                                                                    (if known)

## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 10*

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| more specifically described as 80 acres more or less of the Hope R Survey A326, Johnson County, Texas. The value of the Debtor's interest in this well and leasehold interest is not known at this time because the operator of this well will not release any information or produce joint operating statements to the Debtor because the Debtor has not been able to pay its share of the joint interest billing expenses on this well. The Debtor is subject to the penalties prescribed in the Joint Operating Agreement. | | | | |
| 25% working interest in the Hopson Morgan #1H 25% working interest in the Hopson Morgan #1H more specifically described as 80 acres more or less in the Hope R Survey A326, Johnson County, Texas. The value of the Debtor's interest in this well and leasehold interest is not known at this time because the operator of this well will not release any information or produce joint operating statements to the Debtor because the Debtor has not been able to pay its share of the joint interest billing expenses on this well. The Debtor is subject to the penalties prescribed in the Joint Operating Agreement. | leasehold interest | | $1.00 | $10,695,272.60 |
| 1% overriding royalty in the Prather 1H well 1% overriding roayalty interest in the Prather 1H well and leasehold more specifically described as 80 acres more or less in the H Fullerton Survey A268, Johnson County, Texas. The value of the Debtor's interest in this well and leasehold interest is not known at this time because the operator of this well will not release any information or produce joint operating statements to the Debtor because the Debtor has not been able to pay its share of the joint interest billing expenses on this well. The Debtor is subject to the penalties prescribed in the | leasehold interest | | $1.00 | $10,695,271.60 |

In re **Sundance Resources, Inc.**

Case No. **11-30304**

(if known)

## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 11*

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Joint Operating Agreement. | | | | |
| 25% working interest in the Prather 1H well 25% working interest in the Prather 1H well and leasehold interest more specifically described as 80 acres more or less in the H. Fullerton Survey, A268, Johnson County, Texas. The value of the Debtor's interest in this well and leasehold interest is not known at this time because the operator of this well will not release any information or produce joint operating statements to the Debtor because the Debtor has not been able to pay its share of the joint interest billing expenses on this well. The Debtor is subject to the penalties prescribed in the Joint Operating Agreement. | leasehold interest | | $1.00 | $10,695,270.60 |
| 8.21% working interest in the N. White #2 8.21 working interest in the N. White #2 more specifically described as 40 acres more or less located in the J.P. Hill Survey, A2119, Parker County, Texas. The Debtor believes that the well has been shut in or plugged and abandoned. | leasehold interest | | $1.00 | $10,695,269.60 |

Total: **$373,317.40**

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Sundance Resources, Inc.**                                    Case No.  **11-30304**
                                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America | | $0.00 |
| | | Bank of America | | $0.00 |
| | | Citizens State Bank | | $1,645.35 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

In re  **Sundance Resources, Inc.**                                Case No.  **11-30304**

                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

In re  **Sundance Resources, Inc.**                                    Case No.   **11-30304**

                                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |

In re **Sundance Resources, Inc.**                     Case No. **11-30304**

                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Claim against Jay Krassoff and Chiron Financial Advisors, LLC. This cause of action is set forth in the pleadings filed in the litigation styled Sundance Resources, Inc. V. Jay H. Krasoff and Chiron Financial Advisors, LLC. which is pending in the 68th Judicial District Court of Dallas County, Texas. | | $6,000,000.00 |

                                                    __3__ continuation sheets attached   **Total >**   **$6,001,645.35**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re **Sundance Resources, Inc.**                                       Case No.   **11-30304**
                                                                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $146,450.*

☐   11 U.S.C. § 522(b)(2)
☐   11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re  **Sundance Resources, Inc.**                                Case No.  **11-30304**
                                                                                       (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: <br><br>**Bank of America** <br>P.O. Box 660312 <br>Dallas, TX 75266-0312 | X | DATE INCURRED: <br>NATURE OF LIEN: <br>**Purchase Money** <br>COLLATERAL: <br>201 N. Highway N. 174, Rio Vista, TX 76093 <br>REMARKS: <br><br>VALUE:          $250,000.00 | | | | $90,000.00 | |
| ACCT #: <br><br>**Basic Energy Services, Inc** <br>500 W. Illinois <br>Midland, TX 79701 | | DATE INCURRED: <br>NATURE OF LIEN: <br>**Abstract of Judgment** <br>COLLATERAL: <br>201 N. Highway N. 174, Rio Vista, TX 76093 <br>REMARKS: <br><br>VALUE:          $250,000.00 | | | | $57,037.88 | $57,037.88 |
| ACCT #: <br><br>**Canon Safety Services, Ltd** <br>1511 Judson Road, Suite B <br>Longview, TX 75601 | | DATE INCURRED: <br>NATURE OF LIEN: <br>**Abstract of Judgment** <br>COLLATERAL: <br>201 N. Highway N. 174, Rio Vista, TX 76093 <br>REMARKS: <br><br>VALUE:          $250,000.00 | | | | $7,884.25 | |
| ACCT #: <br><br>**D.Kirk Johnson** <br>1316 Palo Duro Trail <br>Southlake, TX 76092 | | DATE INCURRED: <br>NATURE OF LIEN: <br>**Deed of trust** <br>COLLATERAL: <br>5% of the Debtor's production and leasehold inter <br>REMARKS: <br><br>VALUE:          $123,317.40 | | | | $75,000.00 | |

|  |  |  |
|---|---|---|
| | Subtotal (Total of this Page) > | $229,922.13 | $57,037.88 |
| | Total (Use only on last page) > | | |

_____5_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Sundance Resources, Inc.**                                                                     Case No.  **11-30304**
                                                                                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Enerven**<br>**8150 N. Central Expressway**<br>**Suite 1100**<br>**Dallas, TX 75206** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Deed of trust**<br>COLLATERAL:<br>**5% of the Debtor's production & leasehold interest**<br>REMARKS:<br><br>VALUE:                    $91,316.40 | | | | $129,900.00 | $109,348.80 |
| ACCT #:<br><br>**Expro Americas, LLC**<br>c/o Currier & Martin<br>**12777 Jones Rd. Suite 165**<br>**Houston, TX 77070** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Abstract of Judgment**<br>COLLATERAL:<br>**201 N. Highway N. 174, Rio Vista, TX 76093**<br>REMARKS:<br><br>VALUE:                    $250,000.00 | | | | $9,891.58 | $9,891.58 |
| ACCT #:<br><br>**Greenberg Traurig LLP**<br>**Attorneys at Law**<br>**2200 Ross Avenue, Suite 5200**<br>**Dallas, TX 75201-2794** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Deed of trust**<br>COLLATERAL:<br>**20% of all of the Debtor's production & leasehold**<br>REMARKS:<br><br>VALUE:                    $123,317.40 | | | | $2,200,000.00 | $2,172,234.80 |
| ACCT #:<br><br>**Hoge & Gameros, LLP**<br>**4514 Cole Avenue**<br>**Suite 1500**<br>**Dallas, TX 75205** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Deed of trust**<br>COLLATERAL:<br>**5% interest in Debtor's production & leasehold int**<br>REMARKS:<br><br>VALUE:                    $123,317.40 | | | | $500,000.00 | $500,000.00 |

Sheet no. ___1___ of ___5___ continuation sheets attached                    Subtotal (Total of this Page) >                    | $2,839,791.58 | $2,791,475.18 |
to Schedule of Creditors Holding Secured Claims                                   Total (Use only on last page) >

|  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Sundance Resources, Inc.**                                                    Case No.  **11-30304**
                                                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Johnson County Tax Assessor**<br>**P.O.Box 75**<br>**Cleburne, TX 76033** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**201 N. Highway N. 174, Rio Vista, TX 76093**<br>REMARKS:<br><br><br>VALUE:                          $250,000.00 | | | | $21,123.31 | |
| ACCT #:<br><br>**Kos Maykus Trustee for the Benefit**<br>**of Certain Noteholders**<br>**P.O.Box 92-747**<br>**Southlake, TX  76092** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Deed of trust**<br>COLLATERAL:<br>**35% of the Debtor's production & leasehold intere**<br>REMARKS:<br><br><br>VALUE:                          $123,317.40 | | | | $6,113,686.00 | $6,113,685.00 |
| ACCT #:<br><br>**Mike Byrd Casing Crews, Ltc**<br>**Melanie L. Hollmann**<br>**3800 East 42nd Street, Suite 500**<br>**Odessa, TX  79762** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Abstract of Judgment**<br>COLLATERAL:<br>**201 N. Highway N. 174, Rio Vista, TX 76093**<br>REMARKS:<br><br><br>VALUE:                          $250,000.00 | | | | $72,108.54 | |
| ACCT #:<br><br>**Oil Field Service Co., Inc.**<br>**c/o John Ritchie**<br>**P.O.Box 98**<br>**Mineral Wells, TX  76068** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Abstract of Judgment**<br>COLLATERAL:<br>**201 N. Highway N. 174, Rio Vista, TX 76093**<br>REMARKS:<br><br><br>VALUE:                          $250,000.00 | | | | $45,836.27 | $11,290.37 |

Sheet no. ___**2**___ of ___**5**___ continuation sheets attached      Subtotal (Total of this Page) >     | $6,252,754.12 | $6,124,975.37 |
to Schedule of Creditors Holding Secured Claims                        Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Sundance Resources, Inc.**                                    Case No. __11-30304__

                                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>Ole Brook Energy Servcies, Inc.<br>P.O.Box 970<br>Cleburne, TX 76033 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Abstract of Judgment**<br>COLLATERAL:<br>201 N. Highway N. 174, Rio Vista, TX 76093<br>REMARKS:<br>**According to one of the Debtor's attorneys, Charles W. Gameros, Jr., this creditor's judgment was reversed on appeal and no subsequent action was taken in** | | | X | $0.00 | |
| | | Cause No. C-2007-00069. However, an abstract of Judgment still appears in the Deed Records in Johnson County that has been filed by this creditor.<br><br><br><br>VALUE:              $250,000.00 | | | X | | |
| ACCT #:<br><br>**Parson Systems USA Corporation**<br>c/o Guest & Associates, P.C.<br>108 W. Front<br>De Kalb, TX 75559 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Abstract of Judgment**<br>COLLATERAL:<br>201 N. Highway N. 174, Rio Vista, TX 76093<br>REMARKS:<br><br><br>VALUE:              $250,000.00 | | | | $30,000.00 | $30,000.00 |
| ACCT #:<br><br>**Production Control Services, Inc.**<br>3771 Eureka Way<br>Frederick, CO 80516 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Abstract of Judgment**<br>COLLATERAL:<br>201 N. Highway N. 174, Rio Vista, TX 76093<br>REMARKS:<br><br><br>VALUE:              $250,000.00 | | | | $6,737.42 | $6,737.42 |

Sheet no. __3__ of __5__ continuation sheets attached     Subtotal (Total of this Page) >     | $36,737.42 | $36,737.42 |
to Schedule of Creditors Holding Secured Claims          Total (Use only on last page) >      | | |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Sundance Resources, Inc.**                                     Case No. **11-30304**

                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Quantum Drilling Motors**<br>**JPMorgan Chase Bank**<br>**P.O. Box 974828**<br>**Dallas, TX 75397-4828** | | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Abstract of Judgment**<br>COLLATERAL:<br>**201 N. Highway N. 174, Rio Vista, TX 76093**<br>REMARKS:<br>**k/n/a Great White Directional Services, LLC.**<br><br>VALUE:            $250,000.00 | | | | $98,134.38 | $98,134.38 |
| ACCT #:<br><br>**Rio Vista ISD, City of Rio Vista**<br>**and Johnson County**<br>**c/o Perdue, Brandon, Fielder et al**<br>**P.O.Box 13430**<br>**Arlington, TX 76094** | | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property taxes**<br>COLLATERAL:<br>**some of the Debtor's oil/gas interests in Johnson**<br>REMARKS:<br><br>VALUE:            $0.00 | | | | $19,616.07 | $19,616.07 |
| ACCT #:<br><br>**Shandong Afthonia, Inc.**<br>**c/o Timothy Moy**<br>**3416 Gary Road**<br>**Plano, TX 75023** | | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Deed of trust**<br>COLLATERAL:<br>**10% of the Debtor's production and leasehold inte**<br>REMARKS:<br><br>VALUE:            $123,317.40 | | | | $800,000.00 | $800,000.00 |
| ACCT #:<br><br>**Stallion Oilfield Services Ltd.**<br>**c/o Douglas E. Lattanzio**<br>**3890 W. Northwest Highway**<br>**Suite 550**<br>**Dallas, TX 75220** | | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Abstract of Judgment**<br>COLLATERAL:<br>**201 N. Highway N. 174, Rio Vista, TX 76093**<br>REMARKS:<br><br>VALUE:            $250,000.00 | | | | $13,829.44 | $13,829.44 |

Sheet no. ____4____ of ____5____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >          | $931,579.89 | $931,579.89 |

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Sundance Resources, Inc.**                                    Case No.   **11-30304**

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: <br><br> **Texas Mutual Insurance Co.** <br> **Attn: Diane Thomas** <br> **6210 East Highway6 290** <br> **Austin, TX 78723-1098** | | DATE INCURRED: <br> NATURE OF LIEN: <br> **Abstract of Judgment** <br> COLLATERAL: <br> **201 N. Highway N. 174, Rio Vista, TX 76093** <br> REMARKS: <br><br> VALUE: $250,000.00 | | | | $67,997.65 | $67,997.65 |
| ACCT #: <br><br> **Vaquero Services, L.P.** <br> **7329 N. Highway 171** <br> **Godley, TX 76044** | | DATE INCURRED: <br> NATURE OF LIEN: <br> **Abstract of Judgment** <br> COLLATERAL: <br> **201 N. Highway N. 174, Rio Vista, TX 76093** <br> REMARKS: <br><br> VALUE: $250,000.00 | | | | $8,906.17 | $8,906.17 |
| ACCT #: <br><br> **W&W Services, Inc.** <br> **P.O. Box 1258** <br> **Palestine, TX 75802** | | DATE INCURRED: <br> NATURE OF LIEN: <br> **Abstract of Judgment** <br> COLLATERAL: <br> **201 N. Highway N. 174, Rio Vista, TX 76093** <br> REMARKS: <br><br> VALUE: $250,000.00 | | | | $24,338.00 | |
| ACCT #: <br><br> **Wick Phillips, LLP** <br> **2100 Ross AVenue** <br> **Suite 950** <br> **Dallas, TX 75201** | | DATE INCURRED: <br> NATURE OF LIEN: <br> **Deed of trust** <br> COLLATERAL: <br> **10% of the Debtor's production & leasehold Intere** <br> REMARKS: <br><br> VALUE: $123,317.40 | | | | $1,000,000.00 | $1,000,000.00 |

Sheet no. ___5___ of ___5___ continuation sheets attached    Subtotal (Total of this Page) > | $1,101,241.82 | $1,076,903.82 |

to Schedule of Creditors Holding Secured Claims    Total (Use only on last page) > | $11,392,026.96 | $11,018,709.56 |

| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

In re **Sundance Resources, Inc.**                                  Case No. __**11-30304**__

                                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

____**No**____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Sundance Resources, Inc.**

Case No.   **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **2K Operating LLC** <br> **927 S.E. C.R. 3129A** <br> **Corsicana, TX 75109-0706** | | DATE INCURRED: <br> CONSIDERATION: <br> **vendor** <br> REMARKS: | | | | **$4,368.00** |
| ACCT #: <br> **A F Elias** <br> **310 Helen Marie Lane** <br> **Kingsville, TX 78363** | | DATE INCURRED: <br> CONSIDERATION: <br> **Shareholder** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **A.Gyro Technologies, Inc** <br> **P.o.Box 261021** <br> **Corpus Christi, TX 78426-1021** | | DATE INCURRED: <br> CONSIDERATION: <br> **vendor** <br> REMARKS: | | | | **$52,100.00** |
| ACCT #: <br> **Acadiana Oilfield Instruments** <br> **Depatment 162** <br> **P.O. Box 4346** <br> **Houston, TX 77210-4346** | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Unknown** |
| ACCT #: <br> **Accountemps** <br> **P.O.Box 60000** <br> **San Francisco, CA 94160-3404** | | DATE INCURRED: <br> CONSIDERATION: <br> **vendor** <br> REMARKS: | | | | **$10,026.25** |
| ACCT #: <br> **Acp International** <br> **1010 Oakmead Dr.** <br> **Arlington, TX 76011-7734** | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Unknown** |

Subtotal > **$66,494.25**

_____109_____ continuation sheets attached

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sundance Resources, Inc.**                                      Case No.   **11-30304**
                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Advantage Leasing**<br>**Deptment 59475, #75**<br>**Milwaukee, WI 5325900475** | | DATE INCURRED:<br>CONSIDERATION:<br>**Postage**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**AG Edwards FBO**<br>**L J Wolfsen**<br>**Cust Account Services**<br>**One North Jefferson**<br>**St. Louis, MO 63103** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Air Force One Air Conditioning**<br>**10226 Planoi Road Suite 104**<br>**Dallas, TX 75238-1717** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Aircomp LLC/Diamond Air Drilling**<br>**P.O. Box 201426**<br>**Dallas, TX 75320-1426** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$91,512.48** |
| ACCT #:<br>**Alan B. Rich**<br>**1201 Elm Street**<br>**Suite 4244**<br>**Dallas, TX 75270** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Alan C Runte' &**<br>**Jenifer Brunk**<br>**PO Box 338**<br>**Bellevue, WA 98009** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ___**1**___ of ___**109**___ continuation sheets attached to                     Subtotal >          **$91,512.48**

Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Alan M Chyten**<br>**55 Main St**<br>**Framingham, MA 01701** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Albert M Suarez**<br>**650 Tennis Club Dr #105**<br>**Fort Lauderdale, FL 33311-4016** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**All Star Equipment Co., LLC**<br>**Attn: Lowell Martin**<br>**14 Lytle Place**<br>**Abilene, TX 79602-7424** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**All Star Pump & Supply**<br>**P.O. Box 368**<br>**Cross Palins, TX 76443** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$838.94** |
| ACCT #:<br>**Allen D Martin (deceased)**<br>**615 4th St**<br>**Gueydan, La 70542-3603** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Allis-Chalmers Rental Tools, Inc.**<br>**P.O. Box 201734**<br>**Dallas, TX 75320-1734** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$3,915.00** |

Sheet no. ___2___ of __109__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$4,753.94**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Sundance Resources, Inc.**

Case No.   **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Amy Hughes**<br>**1114 Carolyn Ave**<br>**San Josek CA 95125-3222** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Andy Cunningham**<br>**PO Box 459**<br>**Rio Vista, TX 76093** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Anthony Anthofer & Bonnie Snyder &**<br>**Kay Walters Ttees Anthony Anthofer**<br>**Rev Tr UDT 2-27-01**<br>**24538 Hwy 30**<br>**Carroll, IA 51401** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Applied Machinery Corporation**<br>**Attn: Hal Garlick**<br>**18734 E. Hardy Rd.**<br>**Houston, TX 77073-3704** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Arlene J. Cook Trust**<br>**Agreement DTD 11-5-93**<br>**3958 W Thorn Creek Ct**<br>**Meridian, ID 83642** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Arthur W. Zetler**<br>**800 North Shoreline Blvd.**<br>**Ste. 1050, south Tower**<br>**Corpus Christi, TX 78401-3706** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for Vaughn Energy Services**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ___3___ of ___109___ continuation sheets attached to

Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $0.00

Total >

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sundance Resources, Inc.**                                      Case No.   **11-30304**

                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Arvest Trust Co., N.A. Trustee**<br>**Janky Family Survivor's**<br>**Trust DTD 9/3/97**<br>**P.O. Box 1156**<br>**Bartlesville, OK 74005-1156** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Ascom Hasler**<br>**P.O.Box 802585**<br>**Chicago, IL 60680-2585** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$201.60** |
| ACCT #:<br>**Atlas Machine & Welding**<br>**860 S. Bradway Street**<br>**Joshua, TX 76058-3153** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Atmos Energy**<br>**P.O. Box 78108**<br>**Phoenix, AZ 85067-8108** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**AWC LLC**<br>**900 Amber Way**<br>**Eldorado, AR 71730** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$1,974.22** |
| ACCT #:<br>**B & C Stringup, Inc**<br>**P.O. Box 57**<br>**Alex, OK 73002-0057** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |

Sheet no. ___4___ of ___109___ continuation sheets attached to                              Subtotal >          **$2,175.82**
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                                            Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**                     Case No.   **11-30304**
                                                              (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**B&L NDT Services, LLC**<br>**P.O. Box 1501**<br>**Owass, OK 74055** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$3,980.00** |
| ACCT #:<br>**B.J.Services Company**<br>**P.O.Box 4346-Dept 393**<br>**Houston, TX 77210-4346** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$244,461.18** |
| ACCT #:<br>**Bailey Galyen, Gold**<br>**1900 Airport Freeway**<br>**Bedford, TX 76022** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$1,281.50** |
| ACCT #:<br>**Baldwin Sawyer**<br>**3151 Mayfield RD #1316**<br>**Cleveland Heights, OH 44118** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Banc of America Leasing & Capital, LLC**<br>**c/o Brent R. McIlwain**<br>**Patton Boggs LLP**<br>**2001 Ross Avenue, Suite 3000**<br>**Dallas, TX 75201-2934** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Bandera Swd, LTD**<br>**P.O. Box 12301**<br>**Dallas, TX 75225** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$5,386.00** |

Sheet no. ___**5**___ of ___**109**___ continuation sheets attached to          Subtotal >          **$255,108.68**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Sundance Resources, Inc.**

Case No. **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Bank of America, N.A.**<br>Attn: Mr. M-BK<br>1000 Samoset Dr.<br>DE5-023-03-03<br>Newark, DE 19713-6000 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Bankruptcy Trading & Investments**<br>P.O.Box 3502<br>Houston, TX 77253 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>The Debtor believes that this creditor purchased the debt of another creditor and the Debtor does not know if this entity still holds that claim or not. | | | X | **Unknown** |
| ACCT #:<br>**Barbara Gunther McMenamy**<br>2120 NE 53rd St.<br>Ft. Lauderdale, FL 33308 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Bartz Family Living Tr 09-11-90**<br>24501 Heather Ct #4650-10<br>Tehachapi, CA 93561 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Basic Energy Service, LP**<br>P.O. Box 841903<br>Dallas, TX 75284-1903 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$7,394.88** |

Sheet no. **6** of **109** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$7,394.88**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No.   **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Basin Drilling Company, LLC** <br> **P.O. Drawer 119** <br> **Jackson, MS 39205-0119** | | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Unknown** |
| ACCT #: <br> **Basin Supply** <br> **P.O. Box 277** <br> **Aberdeen, MS 39730-0277** | | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Basin Tool Company** <br> **P.O. Box 201643** <br> **Dallas, TX 75320-1643** | | | DATE INCURRED: <br> CONSIDERATION: <br> **vendor** <br> REMARKS: | | | | **$31,398.39** |
| ACCT #: <br> **Bass Oilfield Sales and Service** <br> **P.O. Box 72263** <br> **Bossier City, LA 71172** | | | DATE INCURRED: <br> CONSIDERATION: <br> **vendor** <br> REMARKS: | | | | **$4,109.76** |
| ACCT #: <br> **Bayless Energy, LLC** <br> **1519 Cripple Creek Dr.** <br> **Irving, TX 75061** | | | DATE INCURRED: <br> CONSIDERATION: <br> **vendor** <br> REMARKS: | | | | **$400,000.00** |
| ACCT #: <br> **Bayou Oilfield Service and Supply** <br> **1550 N. 105th Avenue** <br> **Tulsa, OK 74116** | | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Unknown** |

Sheet no. ____7____ of ____109____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$435,508.15**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re  **Sundance Resources, Inc.**

Case No.  **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Beck Living Trust**<br>**3450 Capoterra Way**<br>**Dublin, CA 94568** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Bee-Rich Energy**<br>**9307 Villa W**<br>**St. Louis, MO  63132-3535** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$7,669.22** |
| ACCT #:<br>**Bell Supply Company**<br>**P.O. Box 201644**<br>**Dallas, TX 75320-1644** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$92,773.67** |
| ACCT #:<br>**Ben E. Keith Foods**<br>**7650 Will Rogers Blvd.**<br>**P.O. Box 901001**<br>**Foert Worth, TX 76101-2001** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Benjamin Aaron Harley**<br>**312 Elm Street**<br>**Pittsburgh, PA 15237** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Best image Systems, Inc.**<br>**4103 Billy Mitchell**<br>**Addison, TX 75001** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$722.85** |

Sheet no. _____8_____ of _____109_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$101,165.74**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sundance Resources, Inc.**                                    Case No.   **11-30304**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Bico Drilling Tools, Inc.**<br>P.O. Box 201676<br>Houston, TX 77216-1676 | | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$4,879.88** |
| ACCT #:<br>**Bill Sprague**<br>c/o Freidman & Feiger<br>5301 Spring Valley Road<br>Suite 200<br>Dallas, TX 75254 | | | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment creditor**<br>REMARKS: | | | X | **$983,747.41** |
| ACCT #:<br>**Billy S. Curtis**<br>1509 Shumac Lane<br>Bedford, TX 76022 | | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Blackhawk Wireline Services**<br>P.O. Box 640<br>Pauls Valley, OK 73075 | | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$8,181.00** |
| ACCT #:<br>**Bobby Harrell**<br>505 PR 2892<br>Sunset, TX 76270 | | | DATE INCURRED:<br>CONSIDERATION:<br>**vendors**<br>REMARKS: | | | | **$103,608.23** |
| ACCT #:<br>**Bowen Family Living Trust**<br>3208 Wemberley Dr.<br>Sacramento, CA 95864-3850 | | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |

Sheet no. __9__ of __109__ continuation sheets attached to           Subtotal >          $1,100,416.52
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                         Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Bowne of Dallas, LP**<br>**P.O. Box 951060**<br>**Dallas, TX 75247-1060** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$21,444.89** |
| ACCT #:<br>**Brad Miller**<br>**500 W. Texas, Ste. 1310**<br>**Midland, TX 79701-4289** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for Sutties Logging, Inc.**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Bradley A. Waters**<br>**4400 One Houston Center**<br>**1221 McKinney Street**<br>**Houston, TX 77010** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for Weatherford intn'l. Inc.**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Bradley J. and Mary Lynn Meyers**<br>**c/o Freidman & Feiger**<br>**5301 Spring Valley Road**<br>**Suite 200**<br>**Dallas, TX 75254** | | DATE INCURRED:<br>CONSIDERATION:<br>**judgment creditor**<br>REMARKS: | | | x | **$11,242.47** |
| ACCT #:<br>**Brant C. Martin**<br>**Wick, Phillips, Gould, Martin, LLP**<br>**2100 Ross Avenue, Suite 950**<br>**Dallas, TX 75201** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Brett W. Harbeck**<br>**5151 Troy Avenue**<br>**Fremont, CA 94536** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ___10___ of ___109___ continuation sheets attached to                    Subtotal >          **$32,687.36**
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                                    Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Brian A. Smith**<br>**23729 Aspen Meadow Court**<br>**Velencia, CA 91354-1854** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$110,000.00** |
| ACCT #:<br>**Brian Bullock & Anne M. Bullock**<br>**c/p Freidman & Feiger**<br>**5301 Spring Valley Road**<br>**Suite 200**<br>**Dallas, TX 75254** | | DATE INCURRED:<br>CONSIDERATION:<br>**judgment creditor**<br>REMARKS: | | | x | **$103,527.89** |
| ACCT #:<br>**Brian Jeff**<br>**2607 Stonebury Lane**<br>**Sugarland, TX 77479** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$108,541.95** |
| ACCT #:<br>**Bridgeport Tank Trucks, Inc.**<br>**P.O. Box 6**<br>**Bridgeport, TX 76426** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$20,896.25** |
| ACCT #:<br>**Bridges Equipment Ltd**<br>**c/o Randal Patterson**<br>**3800 E. 42nd Street, Suite 500**<br>**Odessa, TX 79762-5959** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Brigeport Pump & Supply, Inc.**<br>**P.O. Box 235**<br>**Bridgeport, TX 76426** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$38.32** |

Sheet no. _____11_____ of _____109_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$343,004.41**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Sundance Resources, Inc.**    Case No. **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Bruce H. Albrecht**<br>**7646 S. Yamp St.**<br>**Aurora, Co. 80016** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Bruce O McCracken**<br>**11214 Sweetwood Ln**<br>**Oakton, VA 22124** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Bruce R Johnson**<br>**6157 Caminito Estrellado**<br>**San Diego, CA 92120** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Bruce Stachan &**<br>**Laurie Strachan**<br>**JT TEN**<br>**3560 Aitken Rd**<br>**Crosswell, MI 48422-9442** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Bryan A. Domning**<br>**24 Greeway Plaza, Ste. 2000**<br>**Houston, TX 77046** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for Allis-Chalmers Rental Tools**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Burt Wenneker**<br>**6 Ladue Forest**<br>**St. Louis, MO 63124** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |

Sheet no. __12__ of __109__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$0.00**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re  **Sundance Resources, Inc.**                                    Case No.  **11-30304**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Byrd R&S Oilfield Services, LP**<br>P.O. Box 7269<br>Abilene, TX 79608 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$109,100.71** |
| ACCT #:<br>**Byrne Family Trust DTD 1027093**<br>200 Sanders Ferry Rd, #1104<br>Hendersonville, TN 37075 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Byron L Fry**<br>904 Kenter Way<br>Los Angeles, CA 90049-1325 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**C&C Timber**<br>c/o Patrick McDaniel<br>311 Dwqueen Street<br>Mena, AR 71953 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$108,543.95** |
| ACCT #:<br>**C.J. Gossett**<br>P.O.Box 342<br>Rio Vista, TX 76093 | | DATE INCURRED:<br>CONSIDERATION:<br>**Unpaid vacation pay**<br>REMARKS: | | | | **$2,932.00** |
| ACCT #:<br>**C.L. Fratates**<br>P.O.Box 269670<br>Oklahoma City, OK 73126-0967 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$20,036.00** |

Sheet no. ___13___ of ___109___ continuation sheets attached to                Subtotal >        **$240,612.66**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              Total >
                        (Use only on last page of the completed Schedule F.)
                     (Report also on Summary of Schedules and, if applicable, on the
                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Sundance Resources, Inc.**

Case No. **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**C.M Henkel III**<br>**500 N. Shoreline, Ste. 901**<br>**Corpus Chrisit, TX 78471** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for Coil Tubing Service LLC**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Cage, Hill & Nelhaus, LLP**<br>**5851 San Felipe, Suite 950**<br>**Houston, TX 77057** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$450.00** |
| ACCT #:<br>**Caine Patman**<br>**PO Box 459**<br>**Rio Vista, TX 76093** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Candace Clark**<br>**Warren House**<br>**420 Welsh Wood Rd #14A**<br>**Nashville, TX 37211** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Cannon Safety Services**<br>**P.O.Box 1879**<br>**Kilgore, TX 75663** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$2,500.00** |
| ACCT #:<br>**Canrig Drilling Technology Ltd.**<br>**c/o Robert Icsezn, Associate Counsel**<br>**Nabors Corporate Services, Inc.**<br>**515 W. Greens Rd. Suite 1200**<br>**Houston, TX 77067-4599** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |

Sheet no. ___14___ of ___109___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$2,950.00**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sundance Resources, Inc.**                                Case No.  **11-30304**
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Carl Dore Jr.**<br>**17171 Park Row, Ste. 350**<br>**houston, TX 77084** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for BJ Services Co.**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Carle C Zimmerman**<br>**2539 Ridge Ct**<br>**Littleton, CO 80120** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Carol J Roberts**<br>**9031 Forbes Ave**<br>**North Hills, CA 91343** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Casetech International, Inc.**<br>**195 Southbelt Drive**<br>**Houston, TX 77210-4652** | | DATE INCURRED:<br>CONSIDERATION:<br>**Petitioning creditor**<br>REMARKS:<br>**Any claim held by this creditor is barred by the statute of limitations.** | | | x | **Unknown** |
| ACCT #:<br>**CBAS, Inc.**<br>**6653 Suffield Lane**<br>**Warrenton, VA 20187** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$146,997.01** |
| ACCT #:<br>**Cecil R Rahe**<br>**1865 Glendon Place**<br>**Cincinnati, OH 45237** | | DATE INCURRED:<br>CONSIDERATION:<br>**Stockholder**<br>REMARKS: | | | | **Notice Only** |

Sheet no. __15__ of __109__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                **$146,997.01**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sundance Resources, Inc.**

Case No.   **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Cen Tex Oilfield Services Corp.** <br> P.O. Box 702 <br> Weatherford, TX 76086 | | DATE INCURRED: <br> CONSIDERATION: <br> **vendor** <br> REMARKS: | | | | **Unknown** |
| ACCT #: <br> **Chapman Services, Inc** <br> P.O. Box 13873 <br> Odessa, TX 79768 | | DATE INCURRED: <br> CONSIDERATION: <br> **vendor** <br> REMARKS: | | | | **$25,295.32** |
| ACCT #: <br> **Charles E Mueller** <br> 11306 Roosevelt Road <br> Sagnaw, MI 48609 | | DATE INCURRED: <br> CONSIDERATION: <br> **Shareholder** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Charles H. Ortmann** <br> c/o Freidman & Feiger <br> 5301 Spring Valley Road <br> Suite 200 <br> Dallas, TX 75254 | | DATE INCURRED: <br> CONSIDERATION: <br> **Judgment creditor** <br> REMARKS: | | | x | **$60,428.25** |
| ACCT #: <br> **Charles L. Beckett & Norma Beckett** <br> 2315 Shadydale <br> Arlington, TX 76012 | | DATE INCURRED: <br> CONSIDERATION: <br> **Shareholder** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Charles Salter** <br> c/o Freidman & Feiger <br> 5301 Spring Valley Road <br> Suite 200 <br> Dallas, TX 75254 | x | DATE INCURRED: <br> CONSIDERATION: <br> **Judgment creditor** <br> REMARKS: | | | x | **$1,286,488.70** |

Sheet no. __16__ of __109__ continuation sheets attached to

Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$1,372,212.27**

Total >

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sundance Resources, Inc.**                               Case No.   **11-30304**

                                                                          (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Charles Schwab FBO Erik,Davis**<br>**1958 Summit Park Dr. Ste. 500**<br>**Orlando, FL 32810** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$105,000.00** |
| ACCT #:<br>**Cheryl Simmons**<br>**7213 Retreat Blvd**<br>**Cleburne, TX 76033** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Christina Walton Stephenson**<br>**Pronske & Patel, P.C.**<br>**2200 Ross Avenue, Suite 5350**<br>**Dallas, TX 75201-7903** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Citigroup Global Markets Cust**<br>**FBO Karl A Hall IRA**<br>**PO Box 137**<br>**Fisherville, VA 22939-0137** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Clara Taylor**<br>**251 S. Second Ave**<br>**Alpena, MI 49707** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Clarence E Turner**<br>**1971 Payne Road**<br>**Lexington, NC 27292** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____17____ of ____109____ continuation sheets attached to         **Subtotal >**         **$105,000.00**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          **Total >**

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the

Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sundance Resources, Inc.**

Case No.   **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Clarissa T Jarrett**<br>**3257 Marie Lane**<br>**FT Worth, TX 76123** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Clark Well Service**<br>**1000 Valley Drive**<br>**Windsor, CO 80550** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$849.62** |
| ACCT #:<br>**Clarkco Oilfield Services, Inc.**<br>**P.O. Box 341**<br>**Heidberg, MS 39439-0341** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Claude Thompson**<br>**9122 Delano**<br>**Witchita, KS 67212** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$987.12** |
| ACCT #:<br>**Cliff Corneilson dba Well-Tech**<br>**P.O. Box 1491**<br>**Denison, TX 75020** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Clifton Cox**<br>**2252 King Fisher Drive**<br>**Westlake Texas 76262** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$10,504.64** |

Sheet no.   **18**   of   **109**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$12,341.38**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sundance Resources, Inc.**                                     Case No.  **11-30304**

                                                                                 (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Cobblestone Investments, Inc.**<br>**12 Squire Lane**<br>**St. Charles, IL 60174** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Cody Owen Surveying Co**<br>**P.O. Box 336**<br>**Breckenridge, TX 76424** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$8,500.00** |
| ACCT #:<br>**Complete Vacuum & Rental LLP**<br>**P.O. Box 630**<br>**Carthage, TX 75633** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$47,133.31** |
| ACCT #:<br>**Conference Plus**<br>**1051 East Woodfield Rd.**<br>**Schaumburg, IL 60173-4706** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Corporate Plaza III, LTD**<br>**10440 North Central Expressway**<br>**Suite 1150**<br>**Dallas, TX 75231** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$15,818.86** |
| ACCT #:<br>**Coryell City Water Supply District**<br>**9440 F.M. 929**<br>**Gatesville, TX 76528** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$2,370.50** |

Sheet no. __19__ of __109__ continuation sheets attached to                                   **Subtotal >**          **$73,822.67**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                **Total >**
                                   (Use only on last page of the completed Schedule F.)
                           (Report also on Summary of Schedules and, if applicable, on the
                               Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Crocker Crane, L.P.**<br>**2221 E. Union Bower Rd.**<br>**Irving, TX 75061-8813** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Cross Plains Oilfield Supply**<br>**P.O. Box 850**<br>**3901 HWY 180 East**<br>**Mineral Wells, TX 76068** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$2,781.83** |
| ACCT #:<br>**Crown Sales & Services, Inc.**<br>**P.O. Box 268**<br>**Placedo, TX 77977-0268** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Cubic Resources, LP**<br>**3601 Smithbarry Road**<br>**Suite 103A**<br>**Arlington, TX 76013** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$5,000.00** |
| ACCT #:<br>**Curley's Fishing Tools Specialty, LP**<br>**3333 Brazos**<br>**Odessa, TX 79764** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$20,146.46** |
| ACCT #:<br>**CW Ford Rentals**<br>**301 Dolores**<br>**Marshall, TX 75672** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$4,607.50** |

Sheet no. ____20____ of ____109____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$32,535.79**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No. __11-30304__
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**D Kirk Johnson**<br>**1316 Palo Duro Trail**<br>**Southlake, TX  76092** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**D Loyd Hunter & Barbara Hunter**<br>**4410 Uplands Way**<br>**Yakima, WA 98908** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**D&J Swabing Service**<br>**P.O. Box 557**<br>**Muenster, TX 76252-0557** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$10,471.24** |
| ACCT #:<br>**Dale W Shirley Wachtel**<br>**Tenants in Common**<br>**7775 E. 1600th Ave.**<br>**Shumway, IL 20461** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$108,541.95** |
| ACCT #:<br>**Dallas Seminary Foundation**<br>**PO Box 459**<br>**Rio Vista, TX 76093-0459** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Darrel E Manlapig &**<br>**Jo Ann Manlapig**<br>**5030 E 17th St**<br>**Casper, WY 92609** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |

Sheet no. __21__ of __109__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$119,013.19**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Sundance Resources, Inc.**  Case No. **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**David A. Brewer**<br>**1517 E. FM 916**<br>**Rio Vista, TX 76093-3427** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**David B Lamon**<br>**1471 Coats Dr**<br>**Yuba City, CA 95993** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**David Bruno**<br>**1918 Pinecrest**<br>**Carrollton, TX 75010** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**David C. Belden**<br>**1837 Spring Valley Dr NW**<br>**Canton, OH 44708** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**David L. Erickson**<br>**1573 Calle Candela**<br>**La Jolla, CA 92037** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**David M. Campbell, Esq.**<br>**McElree & Smith, P.C.**<br>**600 N. Pearl Street, Suite 1600**<br>**Dallas, TX 75201-2835** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |

Sheet no. **22** of **109** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $0.00

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No.   **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**David Pat Patman**<br>**PO Box 459**<br>**Rio Vista, TX 76093** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Dean Witter Reynolds Inc**<br>**C/F John W Nevin**<br>**Ron Reid**<br>**9813 Parrot Ave**<br>**Downey, CA 90240-3819** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Deborah and John Eidenshink**<br>**c/o Freidman & Feiger**<br>**5301 Spring Valley Road**<br>**Suite 200**<br>**Dallas, TX 75254** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | x | **Unknown** |
| ACCT #:<br>**Debra Grezaffi Tillery**<br>**106 Oak Park Circle**<br>**Lafayette, LA 70506** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Delaware Charter Guarantee &**<br>**Trust Co Cust FBO Jack J. Frost IRA**<br>**9300 Underwood Ave., STE 400**<br>**Omaha, NE 68114** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Delaware Charter TTE FBO**<br>**Anthony A. Stavole**<br>**PO Box 8953**<br>**Wilmington, DE 19899-8963** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ___23___ of ___109___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sundance Resources, Inc.**                                    Case No.   **11-30304**
                                                                              (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxx3933<br>**Dell Financal Services**<br>**1 Dell Way**<br>**Round Rock, TX 78682** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Dennis Paden**<br>**2924 O Sage Drive**<br>**Woodward, OK 73801** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Derrick Corporation**<br>**590 Duke Rd.**<br>**Buffalo, NY 14225-5171** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Devon Energy Corp.**<br>**P.O.Box 84051**<br>**Dallas, TX 75248-0151** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$4,909.79** |
| ACCT #:<br>**Dialog Wireline Services, LLC**<br>**P.O. Box 6178**<br>**Longview, TX 75608-6178** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$48,483.96** |
| ACCT #:<br>**Diamon Oil Well Drilling Co.**<br>**dba Dowdco**<br>**P.O. Box 7843**<br>**Midland, TX 79708** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$72,645.10** |

Sheet no. __24__ of __109__ continuation sheets attached to                     Subtotal >        **$126,038.85**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sundance Resources, Inc.**                                 Case No. **11-30304**
                                                                     (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Diamondback-Quantum, LLC** <br> **JPMorgan Chase Bank** <br> **P.O. Box 974828** <br> **Dallas, TX 75397-4828** | | DATE INCURRED: <br> CONSIDERATION: <br> vendor <br> REMARKS: | | | | $653.50 |
| ACCT #: <br> **DLJSC Cust FBO Holton C. Easter IRA** <br> **PO Box 2050** <br> **Jersey City, NJ 07303** | | DATE INCURRED: <br> CONSIDERATION: <br> Shareholder <br> REMARKS: | | | | Notice Only |
| ACCT #: <br> **Docuworks, Inc.** <br> **4727 Frankfort Road** <br> **Suite 327** <br> **Dallas, TX 75287** | | DATE INCURRED: <br> CONSIDERATION: <br> vendor <br> REMARKS: | | | | $119,178.01 |
| ACCT #: <br> **Dolores M Vetrousky** <br> **4296 Grannis Road** <br> **Fairview Park, OH 44126-1528** | | DATE INCURRED: <br> CONSIDERATION: <br> Shareholder <br> REMARKS: | | | | Notice Only |
| ACCT #: <br> **Don Brown, Jr.** <br> **7715 E. FM 4, #4** <br> **Grandview, TX 76050-3424** | | DATE INCURRED: <br> CONSIDERATION: <br> Shareholder <br> REMARKS: | | | | Notice Only |
| ACCT #: <br> **Don J Papineau &** <br> **Marlene H Papineau JT TEN** <br> **109 N. Meadow Lane** <br> **Plainfield, IL 60544** | | DATE INCURRED: <br> CONSIDERATION: <br> Shareholder <br> REMARKS: | | | | Notice Only |

Sheet no. ___25___ of ___109___ continuation sheets attached to          Subtotal >          $119,831.51
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                         Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No.   **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Donald & Carmen Weinburg**<br>**9522 New Waterford CV**<br>**Delray Beach, FL 33446** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $118,945.54 |
| ACCT #:<br>**Donald Kirk Johnson**<br>**1316 Palo Duro Trail**<br>**Southlake, TX 76092** | | DATE INCURRED:<br>CONSIDERATION:<br>**Promissory Note**<br>REMARKS: | | | | $75,000.00 |
| ACCT #:<br>**Donald L. Holmes**<br>**3506 Ovilla Rd**<br>**Red Oak, TX 75154** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Donato D. Ramos Law Offices**<br>**P.O. Box 452009**<br>**Laredo, TX 78045-0049** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Dorothy Driscoll**<br>**c/o Freidman & Feiger**<br>**5301 Spring Valley Road**<br>**Suite 200**<br>**Dallas, TX 75254** | | DATE INCURRED:<br>CONSIDERATION:<br>**judgment creditor**<br>REMARKS: | | | X | $82,913.18 |
| ACCT #:<br>**Dorthy Day Otis Trust**<br>**853 Lake Worth Circle**<br>**Heathrow, FL 32746** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ___28___ of ___109___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $276,858.72

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Douglas M West1**<br>**100 Sands Point Rd #313**<br>**Longboat Key, FL 34228-3900** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Dover Fluid Management**<br>**P.O.Box 730134**<br>**Dallas, TX 75373-0134** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$1,066.27** |
| ACCT #:<br>**Downing Wellhead Equipment Inc.**<br>**8528 SW 2nd Street**<br>**Oklahoma City, OK 73128** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$1,940.41** |
| ACCT #:<br>**Doyles Valves, Inc**<br>**7404 Leopard Street**<br>**Corpus Chrisyi, TX 78409-1903** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Drill Pipe Hard Banding, Inc.**<br>**P.O. Box 664**<br>**Gonzalez, FL 32560-0664** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Drill Pipe Hard Banding, Inc.**<br>**P.O.Box 664**<br>**Gonzalez, FL 32560** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$4,023.00** |

Sheet no. **27** of **109** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$7,029.68**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sundance Resources, Inc.**                                        Case No.  **11-30304**

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Drilling Info, Inc.**<br>**P.O. Box 5545**<br>**Austin, TX 78763** | | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$8,933.08** |
| ACCT #:<br>**Drilling Structures International**<br>**2431 Kelly Lane**<br>**Houston, TX 77066-4401** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Dupuy Family Trust**<br>**2198 Roanoke Rd**<br>**San Marino, CA 91108** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**DXP Enterprises, Inc.**<br>**Safety Intl - A DXP Company**<br>**7272 Pinemont**<br>**Houston, TX 77040-6606** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Dynasty Transportation**<br>**Attn: Ray Steller**<br>**3605 Highway 90 East**<br>**Broussard, LA 70518-3208** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**E & I Sales Co.**<br>**P.O. Box 470153**<br>**Tulsa, OK 47147-0153** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |

Sheet no. __28__ of __109__ continuation sheets attached to                Subtotal >          **$8,933.08**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                            Total >
                                    (Use only on last page of the completed Schedule F.)
                                (Report also on Summary of Schedules and, if applicable, on the
                                   Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**                                    Case No.   <u>11-30304</u>
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>E R Arnold<br>PO Box 632<br>Blum, TX 76627 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>Earl Goldman<br>19630 Tomawak Road<br>Apple Valley, CA 92307 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$219.22** |
| ACCT #:<br>Eaton Corporation<br>c/o Brenda L. Blanks<br>Global Trade Credit, Suite 2221A<br>1111 Superior Avenue<br>Cleveland, OH 44114-2522 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>Edith H Lafontaine<br>& Lee H Harris Jtwros<br>1995 Keystone Blvd<br>Miami, FL 33181 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>Edith Morrow<br>c/o Freidman & Feigler<br>5301 Spring Valley Rd., Suite 200<br>Dallas, TX 75254 | X | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment Creditor**<br>REMARKS: | | | X | **$893,260.27** |
| ACCT #:<br>Edith N. Doyle<br>707 Race St.<br>Dover, OH 44622 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |

Sheet no. <u>29</u> of <u>109</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$893,479.49**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Edward D. Jones & Co Cust**<br>**FBO Ralph E Williams IRA**<br>**700 Maryville Centre Dr**<br>**St. Louis, Mo 63141** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Edward K Russell**<br>**42232 Ludlow CT**<br>**Northville, MI 48167** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Edward M Lubanovich &**<br>**Nancey Lubanovich**<br>**9160 Westfield Road**<br>**Seville, OH 44273** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Edward Mozer &**<br>**Melissa Mozer**<br>**JT TEN**<br>**2011 Wild Dunes Circle**<br>**Katy, TX 77450** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Edward Thrall &**<br>**Elizabeth Thrall Family Trust**<br>**18081 Turnberry Drive**<br>**Round Hill, VA 20141-2558** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Edwin F. Mangold Trust**<br>**Edwin P. Mangold TTEE**<br>**1745 Eberts Lane**<br>**York, PA 17402** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$108,860.09** |

Sheet no. ___30___ of ___109___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$108,860.09**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re  **Sundance Resources, Inc.**

Case No.  **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Eileen S. Cassidy Fam Trust<br>Eileen S. Cassidy TTEE UA DTD 6-16-80<br>40 Camino Alto #6104<br>Mill Valley, CA 94941 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>Elaine Mcaninch<br>4372 Skyland Dr NE<br>Atlanta, GA 30342 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>Elaine Montgomery Mills, TTEE<br>2106 Roscomare Rd.<br>Los Angeles, CA 90077 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$103,911.91** |
| ACCT #:<br>Elite Document Technology<br>403 N. Stemmons Freeway<br>Suite 100<br>Dallas, TX  75207 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$891.60** |
| ACCT #:<br>Elizabeth Calvo<br>Perdue, Brandon et al<br>P.O.Box 13430<br>Arlington, TX  76094-0430 | | DATE INCURRED:<br>CONSIDERATION:<br>**Represents Johnson Co, Hill Col. Rio Vista ISD**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>Elliot Electric Supply<br>c/o Misti L. Beanland<br>Matthews, Stein, Shiels, LLP<br>8131 LBJ Freeway, Suite 700<br>Dallas, TX 75266-0481 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |

Sheet no. _____31____ of _____109_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$104,803.51**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Sundance Resources, Inc.**

Case No. __11-30304__
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Elmer D Hershey & Adele Hershey**<br>**816 W. El Caminito Dr**<br>**Phoenix, AZ 85021-5538** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS; | | | | **Notice Only** |
| ACCT #:<br>**Equity Trust Company**<br>**FBO Irvin Huseby IRA**<br>**c/o Irvin Huseby**<br>**6131 E. Yucca Street**<br>**Scottsdale, AZ 85254-5447** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Equity Trust Company Custodian**<br>**FBO Irvin Huseby IRA**<br>**8131 E. Yucca Street**<br>**Scottsdale, AZ 85254** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | X | **Unknown** |
| ACCT #:<br>**Estate of Ben P Griffith**<br>**439 N June Street**<br>**Los Angeles, CA 90004** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Estate of John T. Gordin**<br>**James R. Gillian Indep Exec**<br>**12720 Hillcrest Suite 880**<br>**Dallas, TX 75230** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Eugene A. Brodeen**<br>**3873 Drayton Way**<br>**Palo Harbo, FL 34685** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |

Sheet no. __32__ of __109__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >          **$0.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Sundance Resources, Inc.**

Case No. **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Eugene R. Christine Schmidt TRS**<br>**3134 Butler Avenue**<br>**Los Angeles, CA 90066-1302** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | X | **Unknown** |
| ACCT #:<br>**Eunice S. and George W. Grier**<br>**6532 E. Halbert Road**<br>**Bethesda, MD 20817** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendors**<br>REMARKS: | | | X | **Unknown** |
| ACCT #:<br>**Evans Standard Products Co. Inc.**<br>**P.O. Box 138**<br>**Cranfills Gap, TX 76637-0138** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Express Energy Services Operating LP**<br>**P.O. Box 3720**<br>**Houma, LA 70361** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$111,538.50** |
| ACCT #:<br>**Eyvind M Simonsen**<br>**2330 Lago Ventana**<br>**Chula Vista, CA 91914-2078** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**F.P. Lynah III**<br>**PO Box 242**<br>**Broadway, N.J. 08808** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$219.22** |

Sheet no. ___33___ of ___109___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$111,757.72**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sundance Resources, Inc.**   Case No. __11-30304__

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**FB McIntire Equipment Co, Inc.**<br>**3025 S. Cravens Road**<br>**Fort Worth, TX 76119** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$3,456.25** |
| ACCT #:<br>**Flint Energy Services, Inc.**<br>**7633 E. 63rd Place**<br>**Suite 500**<br>**Tulsa, OK 74133** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$373.45** |
| ACCT #:<br>**Floods Welding**<br>**7400 Ridgeview Lane**<br>**Alvarado, TX 76009-7224** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Florence Abou-Mourad & Riab Abou-Mourad**<br>**46781 Gulliver**<br>**Shelby Township, MI 48315** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Florine E Smith**<br>**914 Medio Rd**<br>**Santa Barbara, CA 93103** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Fluis End Sales**<br>**8009 S. I-35 Service Road**<br>**Oklahoma City, OK 73149-2906** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |

Sheet no. __34__ of __109__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$3,829.70**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) Cont.

In re **Sundance Resources, Inc.**

Case No. **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Fowler Rodrigues Valdes-Fauli**<br>**1331 Lamar, Suite 1560**<br>**Houston, TX 77010-3070** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Fowler Transportation**<br>**P.O. Box 4869**<br>**Houston, TX 77210-4869** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Frank J Loessberg &**<br>**Joyce M Lossberg**<br>**12818 Rendon Rd**<br>**Burleson, TX 76028** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Frank R Moothart**<br>**22662 Galilea**<br>**Mission Viejo, CA 92692** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Frank Robinson**<br>**1700 Autumn Lane**<br>**Arlington, TX 76012** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Frank's Casing Crew Rental**<br>**Tools, Inc.**<br>**P.O. Box 51729**<br>**Lafayette, LA 70505-1729** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$32,887.10** |

Sheet no. **35** of **109** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$32,887.10**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Sundance Resources, Inc.**

Case No. **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Franklin E Shaw Jr Living Trust**<br>**1842 Stardust CT**<br>**Santa Clara, CA 95050-3514** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Franklin G Smith**<br>**205 Cypress Lane**<br>**Colorado Springs, CO 80906** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Fred Tolin**<br>**1202 E Wendover Ave**<br>**Greensboro, NC 27405** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Fredrick M Johnson**<br>**2414 S Catarina**<br>**Mesa, AZ 85202** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**G&L Tool Company**<br>**P.O. Box 1393**<br>**Abilene, TX 79604** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$44,643.03** |
| ACCT #:<br>**G.A.K. Services**<br>**P.O.Box 1103**<br>**Hillsboro, TX 76645** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$37,696.00** |

Sheet no. **36** of **109** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$82,339.03**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**G.B. Boots Smith Corporation**<br>P.O. Drawer 1987<br>Laurel, MS 39441-1987 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**G.C.S. Service**<br>P.O.Box 18668<br>Indianapolis, Indiana 46218 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$291.47** |
| ACCT #:<br>**Gainish Trust**<br>7001 Whisper Field Drive<br>Plano, TX 75024 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$542.47** |
| ACCT #:<br>**Gary R Guth**<br>857 Woodbine Rd<br>Highland Park, Il 60035 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Gary Shaver**<br>P.O. Box 151040<br>Longview, TX 75615 | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for Energy Weldfab, Inc.**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Gas Finders, LLC**<br>3920 Shavano Drive<br>Austin, TX 78749 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **Unknown** |

Sheet no. ___37___ of ___109___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$833.94**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Sundance Resources, Inc.**

Case No. **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**GB "Boots" Smith Corporation**<br>**P.O. Drawer 1987**<br>**Laurel, MS 39441** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$1,288.00** |
| ACCT #:<br>**Gean Rev Trust**<br>**7550 N. 16th Street**<br>**Phoenix, AZ 85020** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$5,475.77** |
| ACCT #:<br>**Gene Durkee**<br>**PO Box 459**<br>**Rio Vista, TX 76093** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Genesis Services, Inc.**<br>**P.O. Box 1914**<br>**Crowley, TX 70527-1914** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**GEOMAP**<br>**1100 Geomap Lane**<br>**Plano, TX 75074-7199** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$3,736.14** |
| ACCT #:<br>**George McNeill**<br>**7001 Hunter Cove Dr**<br>**Arlington, TX 76017** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |

Sheet no. __38__ of __109__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$10,499.91**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Sundance Resources, Inc.** Case No. **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>George Wendt & Pamela Wendt<br>Route 2, Box 40<br>Angels Camp, CA 95222 | | DATE INCURRED:<br>CONSIDERATION:<br>Shareholder<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>Gerald D Wood M.D.<br>801 Enchanted Way<br>Pacific Palisades, CA 90272 | | DATE INCURRED:<br>CONSIDERATION:<br>Shareholder<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>Gerald Fresonki<br>417 Emerald Place<br>Seal Beach, CA 90740 | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | | $164.52 |
| ACCT #:<br>Gerald J. Fresonke<br>417 Emerald Place<br>Seal Beach, CA 90740-6223 | | DATE INCURRED:<br>CONSIDERATION:<br>Shareholder<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>GEW Inc Pension Trust<br>15700 Sherman Way<br>Van Nuys, CA 91406 | | DATE INCURRED:<br>CONSIDERATION:<br>Shareholder<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>Gilbert Mann<br>2200 W Bethany Home Rd<br>Phoenix, AZ 85015 | | DATE INCURRED:<br>CONSIDERATION:<br>Shareholder<br>REMARKS: | | | | Notice Only |

Sheet no. **39** of **109** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$164.52**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Gilbert Small and Rosalie J. Small**<br>c/o Freidman & Feiger<br>5301 Spring Valley Road<br>Suite 200<br>Dallas, TX 75254 | | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment creditor**<br>REMARKS: | | | X | $365,380.14 |
| ACCT #:<br>**Gladys M Williams**<br>8566 Trinity Cir #8200<br>Huntington Beach, CA 92646 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Glen Ginhrich**<br>160 Mar-kauf Drive<br>New Holland, Penn. 17557 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $219.22 |
| ACCT #:<br>**Gordon Morrow**<br>c/o Freidman & Feiger<br>5301 Spring Valley Rd., Suite 200<br>Dallas, TX 75254 | X | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment Creditor**<br>REMARKS: | | | X | $1,934,139.30 |
| ACCT #:<br>**Grandview ISD**<br>c/o Perdue, Brandon, Fielder, et al<br>P.O. Box 13430<br>Arlington, TX 76094-0430 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Gray Wireline Service**<br>P.O.Box 730580<br>Dallas, TX 75373 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $4,388.00 |

Sheet no. __40__ of __109__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  | $2,304,126.66 |

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Sundance Resources, Inc.**

Case No. **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Great White Directional Services**<br>4005 S. Thomas Road<br>Oklahoma City, OK 73179 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Green Acres Equipment Rental**<br>3098 W. Washington Street, Suite A<br>Stephenville, TX 76501-3755 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Green Trust DTD 2-20-91**<br>**Patricia A & Dennis Green**<br>**Trustees**<br>285 N Laluna<br>Ojai, CA 93023 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Greene's Energy Group**<br>P.O. Box 676263<br>Dallas, TX 75267-6263 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$1,924.27** |
| ACCT #:<br>**Gregory G Bush**<br>Calle Nogal 133 San Ramon<br>Guayando, PR 00960 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Gregory Incalcatera & Connie Incalcatera**<br>18 Serein Ct<br>Muttontown, NY 11791 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |

Sheet no. __41__ of __109__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$1,924.27**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No.   **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Griffith, Jay & Michael, LLP**<br>c/o Mark J. Petrocchi<br>2200 Forest Park Blvd.<br>Fort Worth, TX 76110-1732 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Guarantee & Trust Co TTEE**<br>**Steven A Portes IRA**<br>1128 S 4th Ave<br>Libertyville, IL 60048 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Guardian Wellhead Protection**<br>P.O.Box 13188<br>Odessa, TX 79768 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$1,916.75** |
| ACCT #:<br>**Gunther Realty & Investment Co**<br>**Gerard K Gunther**<br>PO Box 12288<br>St. Louise, MO 63157 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Guy C. Morrow**<br>c/o Freidman & Feigler<br>5301 Spring Valley Road<br>Suite 200<br>Dallas, tX 75254 | X | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment creditor**<br>REMARKS: | | | X | **$409,834.25** |
| ACCT #:<br>**GW Wireline Inc.**<br>P.O. Box 725<br>Mineral Wells, TX 76068 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$1,185.00** |

Sheet no. ____42____ of ____109____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$412,936.00**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Gyorgy Salanky**<br>**Szolyva U 4/B FS2T 2**<br>**Budepest**<br>**Hungary 1126** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**H & H Hardbanding and Inspection**<br>**P.O. Box 2206**<br>**Laurel, MS 39442-2206** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**H&P Rentals**<br>**W.R. Bill Henning**<br>**1055 CR 448**<br>**Coleman, TX 76834** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$1,402.50** |
| ACCT #:<br>**H&T Disposal, Inc.**<br>**P.O. Box 5977**<br>**Abilene, TX 79608** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$376.86** |
| ACCT #:<br>**H2O Transfer Services, Inc.**<br>**P.O. Box 71**<br>**Montague, TX 76251** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$69,360.00** |
| ACCT #:<br>**Haas Petroleum Enginering**<br>**2100 Ross AVenue**<br>**#600**<br>**Dallas, TX 75201** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ___43___ of ___109___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $71,139.36

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Sundance Resources, Inc.**

Case No.  **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Hagg Equipment Sales, Inc.**<br>P.O. Box 300<br>Sandia, TX 78383-0300 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Hale Family Trust**<br>18538 Santa Isadora St.<br>Fountain Valley, CA 92708-6213 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Hamilton S Johnson**<br>4212 Sagemont<br>Carollton, TX 75010 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Har-Rose Farms, Inc.**<br>**Harry Buhler**<br>4923 Avenue 408<br>Reedley, CA 93654 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Harlan Abright**<br>424 Oak Street<br>Graham, Tx 76450 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$13,065.00** |
| ACCT #:<br>**Harold A Thomas**<br>1830 Sevilla Blvd. #3-302<br>Atlantic Beach, Fl 32233 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |

Sheet no. **44** of **109** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$13,065.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re  **Sundance Resources, Inc.**

Case No.  **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Harrie M. Curtis** <br> **19 Maplewood Avenue** <br> **Albany, N.J. 12203** | | DATE INCURRED: <br> CONSIDERATION: <br> **vendor** <br> REMARKS: | | | | $438.45 |
| ACCT #: <br> **Harry Buhler & Rosella Buhler** <br> **TTES FBO Harry & Rolella Buhler Tr** <br> **DTDF 6-13-94** <br> **4923 Ave 408** <br> **Reedley, CA 93654** | | DATE INCURRED: <br> CONSIDERATION: <br> **Shareholder** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Harvey N Short TTEE of the** <br> **Harvey N Short 1995 Trust** <br> **DTD 11-28-95** <br> **1408 Archwood Pl** <br> **Escondisco, CA 92026-2749** | | DATE INCURRED: <br> CONSIDERATION: <br> **Shareholder** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Haynes & Boone** <br> **P.O. Box 841399** <br> **Dallas, TX 75284-1399** | | DATE INCURRED: <br> CONSIDERATION: <br> **Attorney fees** <br> REMARKS: | | | | $90,977.09 |
| ACCT #: <br> **HB Rentals** <br> **Dept. 2131** <br> **P.O. Box 122131** <br> **Dallas, TX 75312-2131** | | DATE INCURRED: <br> CONSIDERATION: <br> **vendor** <br> REMARKS: | | | | $58,850.70 |
| ACCT #: <br> **Hearne Family Trust** <br> **4005 Stephens St.** <br> **San Diego, CA 92103** | | DATE INCURRED: <br> CONSIDERATION: <br> **Shareholder** <br> REMARKS: | | | | **Notice Only** |

Sheet no. __45__ of __109__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $150,266.24

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)—Cont.
In re **Sundance Resources, Inc.** Case No. **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Heco, Ohio Gen Partnership<br>C/o Larry Houck<br>P.O. Box 751202<br>Dayton, OH 45475 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $109,430.04 |
| ACCT #:<br>Hedgehog Dev. LLC<br>3707 Reynolds Street<br>Laramie, WY 82072 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>Henderson Supply<br>P.O. Box 906<br>Duncan, POK 73534-0906 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Unknown |
| ACCT #:<br>Henry T Long<br>907 W Henderson<br>Cleburne, TX 76031 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>Herbert A. Cramer LTD<br>7820 Chaddington Court<br>N. Richland Hills, TX 76180 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $54,430.04 |
| ACCT #:<br>Herbert G. Avey TTE FBO The<br>Herbert G Avey Trust 1992<br>475 Lincoln<br>Clawson, MI 48017 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | Notice Only |

Sheet no. **46** of **109** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $163,860.08

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re  **Sundance Resources, Inc.**

Case No. __11-30304__
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Hill & Calk, P.C.**<br>**1511 Judson Road, Suite B**<br>**Longview, TX 75601** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Represents Canon Safety Services, Ltd.**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Hopco, Inc.**<br>**311 PR 1608**<br>**Sunset, TX 76270** | | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $9,881.35 |
| ACCT #:<br>**Horizontal Machine & Tools, Inc.**<br>**P.O. Box 65**<br>**Bridgeport, TX 76426** | | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $6,511.75 |
| ACCT #:<br>**Horizontal Solutions Int'l**<br>**2418 Marsh Ln, Ste. 104**<br>**Carrollton, TX 75006** | | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $3,579.22 |
| ACCT #:<br>**HW Cuckler & Company**<br>**Harold W. & Mary E. Cuckler**<br>**3650 Vance St., Apt. #310**<br>**Wheatridge, CO 80033** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**HY Tech Diesel Service**<br>**Route 1 Box 84**<br>**Graham, TX 76450** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |

Sheet no. ___47___ of ___109___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $19,972.32

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Hydro-FX, Inc.**<br>**P.O. Box 4038**<br>**Lago Vista, TX 78645** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$8,125.00** |
| ACCT #:<br>**I F Independent Financial Corporation**<br>**170 Tomlinson Dr**<br>**Folsom, CA 95630-7403** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Innovative Energy Services**<br>**P.O.Box 218948**<br>**Houston, TX 77218** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$14,865.97** |
| ACCT #:<br>**Intergrated Production Services**<br>**P.O. Box 4346, Dept. 870**<br>**Houston, TX 77210** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$123,007.95** |
| ACCT #:<br>**International Plant & Pipeline Supply, I**<br>**403 W. 2nd**<br>**Odessa, TX 79761-5442** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #: .<br>**Irvin Huseby**<br>**c/o Freidman & Feiger**<br>**5301 Spring Valley Road**<br>**Suite 200**<br>**Dallas, TX 75254** | | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment creditor**<br>REMARKS: | | | X | **$84,318.49** |

Sheet no. __48__ of __109__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$230,317.41**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Sundance Resources, Inc.**

Case No. **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Irving ISD**<br>P.O.Box 152021<br>Irving, TX 75015-2021 | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | X | **Notice Only** |
| ACCT #:<br>**Irving ISD Tax Office**<br>2621 W. Airport Frwy<br>P.O. Box 152021<br>Irving, TX 75015-2021 | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **$654.45** |
| ACCT #:<br>**J Lyn Roffino & Kellie Ann Wright**<br>P O Box 72<br>Rainbow, TX 76077 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**J-W Measurement Company**<br>Lockbox No. 970490<br>Dallas, TX 75397-0490 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$32,742.92** |
| ACCT #:<br>**J.J. Keller & Associates, Inc.**<br>P.O. Box 548<br>Nennah, WI 54957-0548 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Jack G. Butler (Deceased)**<br>1116 E. Vickery Blvd.<br>Fort Worth, TX 76104 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |

Sheet no. **49** of **109** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$33,397.37**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Sundance Resources, Inc.**

Case No. **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Jackson Construction**<br>P.O. Box 152<br>Jacksboro, TX 76548 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $27,943.30 |
| ACCT #:<br>**Jacqueline Lionetta**<br>**One Rocky Ledge Terrace**<br>**Winchester, MA 01890** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | X | **Unknown** |
| ACCT #:<br>**Jade N. Bilouris**<br>c/o Freidman & Felger<br>5301 Spring Valley Road, #200<br>Dallas, TX 75254 | | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment Creditor**<br>REMARKS: | | | X | $345,190.07 |
| ACCT #:<br>**Jai Ganesh Trust**<br>c/o Sandeep Mehta Ttee<br>7001 Whisperfield Drive<br>Plano, TX 75024 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $108,541.95 |
| ACCT #:<br>**James A. Collra, Jr.**<br>3 East Greeway Plaza, Suite 2000<br>Houston, TX 77046 | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for Bell Supply LLP**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**James A. Yeckley, M.D.**<br>Freidman & Felger<br>5301 Spring Valley Road<br>Suite 200<br>Dallas, Tx 75254 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | X | $527,880.14 |

Sheet no. **50** of **109** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $1,009,555.46

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sundance Resources, Inc.**                                        Case No.  **11-30304**
                                                                                          (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **James C. Rolling, d/b/a Jakes Equipment** <br> **c/o Justin W. Renshaw** <br> **Fowler Rodriguez Valdes-Faull** <br> **1331 Lamar, Suite 1560** <br> **Houston, TX 77010-3070** | | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Unknown** |
| ACCT #: <br> **James D Schlatter & Caroline W** <br> **Schlatter TTEES James D Schlatter** <br> **Revocable TR DTD 03-06-92** <br> **14710 Timberedge LN** <br> **Colorado Springs, CO 80921** | | | DATE INCURRED: <br> CONSIDERATION: <br> **Shareholder** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **James J. Engeman, Jr.** <br> **Route 2, Box 518** <br> **Edwardsville, Il 62025** | | | DATE INCURRED: <br> CONSIDERATION: <br> **Shareholder** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **James Yeckley** <br> **Freidman & Felger** <br> **5301 Spring Valley Road, #200** <br> **Dallas, TX 75254** | X | | DATE INCURRED: <br> CONSIDERATION: <br> **Judgment creditor** <br> REMARKS: | | | X | **$527,880.14** |
| ACCT #: <br> **Jane Ann Jacobson** <br> **5200 Three Village Dr #1G** <br> **Cleveland, OH 44124-3756** | | | DATE INCURRED: <br> CONSIDERATION: <br> **Shareholder** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Jason L. Van Dyke** <br> **5085 W. Park Blvd, Suite 150** <br> **Plano, TX 75093** | | | DATE INCURRED: <br> CONSIDERATION: <br> **Represents Production Control Services** <br> REMARKS: | | | | **Notice Only** |

Sheet no. ___51___ of ___109___ continuation sheets attached to          Subtotal >          **$527,880.14**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                            Total >

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the

Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sundance Resources, Inc.**

Case No.  **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Jeffery Allard**<br>379 Silver Street<br>Wildraham, MA 01095 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $65.81 |
| ACCT #:<br>**Jeffrey Coe**<br>Dean, Coe & Associates, P.C.<br>603 E. lacy<br>P.O.Box 1578<br>Palestine, TX 75802-1578 | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for W & W Services, Inc.**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Jehonadah S Hansanish**<br>22001 Craggy View St.<br>Chatsworth, CA 91311-2810 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Jerry L Woody**<br>2930 Waterfront Dr<br>Garland, TX 75042 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Jerry's Waterline Service**<br>P.O. Box 616<br>Stamford, TX 79553 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $2,670.20 |
| ACCT #:<br>**Jimmy Settle**<br>1108 CR 701<br>Cleburne, TX 76031-7820 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |

Sheet no. ___52___ of ___109___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $2,736.01

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Sundance Resources, Inc.**

Case No. **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**JK Air Investments, LLC**<br>**22 Waugh Drive**<br>**Houston, TX 77007** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | X | **Notice Only** |
| ACCT #:<br>**Joan S Sjostrom**<br>**2072 W Wolfensberger Rd**<br>**Castle Rock, CO 80104** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Joe D Barbee**<br>**915 W 9th St**<br>**Weslaco, TX 78596** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Joe M. Butts**<br>**211 Camino De Viento**<br>**Silver City, NM 88061** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**John & Deborah Eidenshink**<br>**1325 N. Van Buren #204**<br>**Milwaukee, WI 53202** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | X | **Unknown** |
| ACCT #:<br>**John B. Art**<br>**2510 Windsor Dr**<br>**Lima, OH 45805** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ___53___ of ___109___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Sundance Resources, Inc.**

Case No. **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**John E Russell**<br>**960 Ardsley Lane**<br>**Bridgewater, NJ 08807-1146** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**John E. Beasley**<br>**711 North Harper**<br>**Poteau, OK 74953** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**John H Gaag & Karen L Gaag**<br>**8627 Arthur Hill Circle**<br>**N Charleston, SC 29420** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**John H. Fox**<br>**3509 N Parkwood Dr**<br>**Houston, TX 77021-1235** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**John H. Gaag**<br>**8627 Arthur Hill Circle**<br>**N Charleston, SC 29420** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**John J Kelberer**<br>**110 Bank St S.E. #1205**<br>**Minneapolis, MN 55414** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |

Sheet no. __54__ of __109__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$0.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No.   **11-30304**

(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**John L Lawler**<br>**722 MCKAY DR**<br>**Arlington, TX 76010** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**John M Schreeder**<br>**289 Twickenham Trace**<br>**Suwanee, GA 30024** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**John M. Goodwin**<br>**6531 N. 43rd Place**<br>**Paradise Valley, AZ 85253-3940** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**John Meader**<br>**320 E Main Street**<br>**Box 312**<br>**Parma, MI 49269** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**John Northup**<br>**3833 127th Street**<br>**Urbandale, IA 50323-2349** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**John P. Ritchie**<br>**P.O. Box 98**<br>**Mineral Wells, TX 76068** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for Oilfield Services Co, Inc.**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____55____ of ____109____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$0.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Sundance Resources, Inc.**

Case No. __11-30304__
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**John R Salzman**<br>**4114 Canyon Rd**<br>**Lafayette, CA 94549** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**John R Salzman TTEE FBO John**<br>**R Salzman MD INC Retirement TR**<br>**Wespac Trust Accounting DTD 01-01092**<br>**2030 Franklin Sat, 3rd FL**<br>**Oakland, CA 94612** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**John Todd**<br>**6900 S. Gray Rd.**<br>**Indianapolis, IN 46237** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$98,677.80** |
| ACCT #:<br>**John W McClellan**<br>**Revocable Living Trust**<br>**8624 SR 134 S**<br>**Martinsville, OH 45146** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Johnson Bosque Erath Hill Somerville CED**<br>**c/o Elizabeth Weller**<br>**Linebarger Goggan Blair & Sampson, LLP**<br>**2323 Bryan St., Suite 1600**<br>**Dallas, TX 75201-2644** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Johnson County - Hill County Junior Coll**<br>**c/o Perdue, Brandon, Fielder, et al**<br>**P.O. Box 13430**<br>**Arlington, TX 76094-0430** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |

Sheet no. __56__ of __109__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$98,677.80**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sundance Resources, Inc.**

Case No.   **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Johnson County Public Works**<br>**One North Main St. Ste. 305**<br>**Cleburne, TX 76031** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$400.00** |
| ACCT #:<br>**Jon C. Davis**<br>**4 Snow Ct**<br>**Dearborn, MI 48124** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Joy Ratliff**<br>**119 Live Oak Trail**<br>**Blum, TX 76627-3525** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Joyce A. Barone TTEE**<br>**Joyce A Barone Living Trust**<br>**8 Victoria Dr.**<br>**Milford, DE 19963** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Judy Patman**<br>**P.O.Box 344**<br>**Rio Vista, TX  76093** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unpaid vacation pay**<br>REMARKS: | | | | **$3,692.80** |
| ACCT #:<br>**Karl Adkins**<br>**4007 Cherokee Court**<br>**Grandbury,TX 76048** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$6,305.00** |

Sheet no. ___57___ of ___109___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$10,397.80**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Sundance Resources, Inc.**

Case No. **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Katherine Weaver**<br>**98 Stillwater Street**<br>**W. Milton, OH 45383-1423** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Kathryn B Gross**<br>**P O Box 676**<br>**El Centro, CA 92244** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Keith Beck**<br>**3450 Capoterra Way**<br>**Dublin, CA 94568** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Keith Kebodeaux**<br>**2905 Toccoa Street**<br>**Beaumont, TX 78471** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for Cude Oilfield Cont.**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Keith V. Davidson & Elizabeth M. Davidso**<br>**TTES Davidson Trust**<br>**7471 Wolff St., Apt A**<br>**Westminster, CO 80030-5134** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Kellie A Bailey Wright**<br>**PO Box 5143**<br>**Granbury, TX 76049** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____58____ of ____109____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$0.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Sundance Resources, Inc.**

Case No. **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Kelly J. Curnett**<br>**101 East Park Row**<br>**Arlington, TX 76010** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for Richey Oilfield Construction, Inc.**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Kenneth E McDonald III**<br>**PO Box 25**<br>**Delhi, LA 71232** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Kenneth S Hiniker Trustee**<br>**UTAD 4-2-85**<br>**431 Wildwood Lane**<br>**Naples, FL 33942** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Kenneth Sniderman in Trust**<br>**19 Killarney Rd**<br>**Toronto, Ontario**<br>**Canda M5P 1L7** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Kevin T. Dosett**<br>**1200 Smith St. Ste. 1400**<br>**Houston, TX 77002** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for Frank's Casing Crew**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Kims Hose & Fittings, Inc.**<br>**2605 White Settlement Road**<br>**Fort Worth, TX 76107-1329** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |

Sheet no. ____59____ of ____109____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$0.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Kirk A. Kennedy**<br>**P.O.Box 3502**<br>**Houston, TX 77253** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for petitioning creditors**<br>REMARKS: | | | X | **Notice Only** |
| ACCT #:<br>**Kirkpatrick & Lockhart Preston Gates Ell**<br>**Attn: Jeffrey N. Rich Esq.**<br>**599 Lexington Ave.**<br>**New York, NY 10022-6030** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Kurt Franssen**<br>**3159 River Place Dr.**<br>**Eugene, OR 97401** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**L & P Consolidated, Ltd.**<br>**d/b/a L & P Rentals**<br>**P.O. Box 6444**<br>**Bryan, TX 77805-6444** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Labor Law Center, Inc.**<br>**12534 Valley View Street Suite 134**<br>**Garden Grove, CA 92845-2006** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Lain Faulkner & Co., P.C.**<br>**400 N. Saint Paul Street, Suite 600**<br>**Dallas, TX 75201-6897** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |

Sheet no. __60__ of __109__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Sundance Resources, Inc.**

Case No. **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Laurette A. Cooper & Melissa A. Cooper**<br>**PO Box 1077**<br>**Hereford, AZ 85616-1077** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Law Office of Donato Ramos**<br>**P.O. Box 452009**<br>**Laredo, TX 78045-0049** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Lawrence E Samuels**<br>**11 Westwood Country Club**<br>**St Louis, MO 63131** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Legacy Automation Power & Design**<br>**c/o Nichamoff & King, P.C.**<br>**5454 West Loop South, Suite 501**<br>**Bellaire, TX 77401-3505** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Leon L Gean**<br>**7550 N 16st St., #3201**<br>**Phoenix, AZ 85020** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Leon L. Allen & Opal O. Allen**<br>**Family Revocable Trust**<br>**421 E. Minnesota Ave.**<br>**Turlock, CA  95382** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Unknown** |

Sheet no. __61__ of __109__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sundance Resources, Inc.**    Case No.  **11-30304**
_____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Leonard R Luke**<br>3413 33rd Street<br>Long Island City, NY 11106 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Leslie E. Compton & Joy H. Compton**<br>1346 N. Mountain Ave.<br>Claremont, CA 91711 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Lila Erickson TTEE FBO**<br>Lila Erickson Trust U/A/D 12-15-95<br>4528 62nd Ave., S.E.<br>Cleveland, ND 58424 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Linda Cross**<br>16340 Lower Harbour Road<br>Number 172<br>Harbour, OR 97415 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$109.82** |
| ACCT #:<br>**Lionel T. Fowler**<br>2842 Harvard Road<br>Charleston, SC 29414 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$59,204.68** |
| ACCT #:<br>**Liquidity Solutions, Inc.**<br>One University Plaza, Suite 312<br>Hackensack, NY 07601-6205 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |

Sheet no. __62__ of __109__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$59,314.50**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sundance Resources, Inc.**                                              Case No.    **11-30304**

                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**LKCM Radio Group**<br>P.O. Box 162556<br>Ft. Worth, TX 76161-2556 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendors**<br>REMARKS: | | | | $806.00 |
| ACCT #:<br>**Lonestar Midstream, LP**<br>433 E. Los Colinas Blvd.<br>**Suite 1200**<br>**Irving, TX 75039** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $12,568.05 |
| ACCT #:<br>**Lumon A Anglin & Jeanette W. Anglin**<br>6450 Three Knotch<br>Mobile, Al 36619 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Luther Leach**<br>P.O. Box 129<br>Rio Vista, TX 76093-0129 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**M-1, LLC**<br>c/o Jessica Brown<br>**5950 N. Course**<br>Houston, TX 77072-1626 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Magnum Drilling Services, Inc.**<br>P.O. Box 4280<br>Palestine, TX 75802-4280 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $7,355.72 |

Sheet no. ___**63**___ of ___**109**___ continuation sheets attached to    Subtotal >    $20,729.77
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Marc R. may**<br>**2500 Legacy dr. Ste. 204**<br>**Frisco, TX 75034** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for RTO Sales & Leasing**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Marcuse & Son, Inc.**<br>**Mazon Associates, Inc.**<br>**P.O. Box 166858**<br>**Irving, TX 75016-6858** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Marian D Heiser**<br>**2590 Butternut Lane**<br>**Pepper Pike, OH 44124** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Marjorie S Krober TTEE**<br>**Marjorie S Krober Trust**<br>**DTD 03-13-85**<br>**4316 Marina City Dr #827**<br>**Marina Del Rey, CA 90292** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Mark Kobilca**<br>**6 Golden Spur**<br>**Lemont, IL 60439** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Mark of Distrinction**<br>**P.O.Box 842276**<br>**Dallas, Tx 75284** | | DATE INCURRED:<br>CONSIDERATION:<br>**Postage**<br>REMARKS: | | | | **Unknown** |

Sheet no. _____64_____ of _____109_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$0.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re  **Sundance Resources, Inc.**

Case No.  **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Mark S. Bell**<br>**303 W. Wall, Ste. 513**<br>**Midland, TX 79701** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Marley Invertments, LP**<br>**P.O. Box 100997**<br>**Ft. Worth, TX 76185** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$148,011.70** |
| ACCT #:<br>**Martial TR Generation Skipping TR**<br>**Under the Robert S Study Liv TR**<br>**Blooma Stark DTD 6-24-91**<br>**330 N Wabash Ave, STE 3000**<br>**Chicago, IL 60611 3699** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Marvin C Jorgensen**<br>**1217 S 168 Ave**<br>**Omaha, NE 68130** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Mary Alice McNicol**<br>**4411 Kinsey Dr #601**<br>**Tyler, TX 75703-1018** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Mary Louise Gunther**<br>**4658 Bridlewood Terrace**<br>**St. Louis, MO 63128** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |

Sheet no. __65__ of __109__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$148,011.70**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
in re   **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Mary Lynn Myers and Brdley J. Myers<br>c/o Henry J. Kaim<br>King and Spalding<br>1100 Louisiana, Suite 4000<br>Houston, TX 77002-5213 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>Matrix International, LP<br>c/o Dan Mabry, Ashley Amos Strong Pipkin<br>Bissell & Ledyard, LLP<br>595 Orleans, Suite 1400<br>Bwaumont, TX 77701-3255 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Unknown |
| ACCT #:<br>McConathy Specialty & Supply, Inc.<br>868 South Morgan Road<br>Blanchard, OK 73010-6647 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Unknown |
| ACCT #:<br>Melanie L. Hollmann<br>3800 East 42nd Street<br>Suite 500<br>Odessa, TX  79762 | | DATE INCURRED:<br>CONSIDERATION:<br>Attorney for Mike Byrd Casing Crews, Ltd.<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>Mercer Well Service<br>P.O. Box 201642<br>Dallas, TX 75320-1642 | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | | $44,903.06 |
| ACCT #:<br>Merrill Lynch Capital<br>4660 Payshere Circle<br>Chicago, IL 60674-0001 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Unknown |

Sheet no. ____66____ of ____109____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $44,903.06

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**MI Swaco**<br>P.O. Box 200132<br>Dallas, TX 75320-0132 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $42,703.39 |
| ACCT #:<br>**Michael E Patman**<br>PO Box 459<br>Rio Vista, TX 76093 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Michael E. Patman**<br>P.O. Box 344<br>Rio Vista, TX 76093 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $2,454.72 |
| ACCT #:<br>**Michael E. Patman**<br>318 FM 2488<br>Covington, TX 76636-4463 | | DATE INCURRED:<br>CONSIDERATION:<br>**Unpaid wages**<br>REMARKS:<br>**$117,475.00 - unpaid wages in 2009**<br>**$180,000.00 - unpaid wages in 2010**<br>**$22,500.00 - unpaid wages in 2011 to date of**<br><br>**filing** | | | | $319,975.00 |
| ACCT #:<br>**Michael M. Dobbs**<br>c/o Freidman & Feiger<br>5301 Spring Valley Road<br>Suite 200<br>Dallas, TX  75254 | | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment creditor**<br>REMARKS: | | | X | $235,161.95 |

Sheet no. __67__ of __109__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $600,295.06

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No. __**11-30304**__
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Michael P Llewellyn** <br> **5227 Carita Street** <br> **Long Beach, CA 90808** | | | DATE INCURRED: <br> CONSIDERATION: <br> **Shareholder** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Michelle Day Chisum** <br> **P O Box 323** <br> **Waskom, TX 75692** | | | DATE INCURRED: <br> CONSIDERATION: <br> **Shareholder** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Mico Inc Profit Sharing** <br> **Plan DTD 12.01.59** <br> **Daniel McGrath TTEE** <br> **1911 Lee Blvd** <br> **North Mankato, MN 56003-2507** | | | DATE INCURRED: <br> CONSIDERATION: <br> **Shareholder** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Mid South Engine & Machine, LLC** <br> **P.O. Box 150617** <br> **Longview, TX 75615-0617** | | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **$0.00** |
| ACCT #: <br> **Mike Garnett Enterprises, Inc.** <br> **547 Lagoon Road** <br> **West Point, MS 39773-6101** | | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Unknown** |
| ACCT #: <br> **Mills Family Living Trust** <br> **c/o Michael A. Mills TTEE** <br> **805 Cross Lane** <br> **Southlake, TX 76092** | | | DATE INCURRED: <br> CONSIDERATION: <br> **vendor** <br> REMARKS: | | | | **$103,608.23** |

Sheet no. ___**68**___ of ___**109**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$103,608.23**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Sundance Resources, Inc.**                                Case No. **11-30304**
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**MLPF & S Inc. Cust FBO**<br>**Annette Hubble IRA**<br>**ACCT #531-82P72**<br>**10302 Prospect Hill Rd** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Morgan Williams Sanborn**<br>**4917 Ravenswood Dr #1762**<br>**San Antonio, TX 78227-4359** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Morrow Family L.P.**<br>**8001 U.S. Highway 80 East**<br>**Suite 701**<br>**Savannah, GA 31410** | x | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment Creditor**<br>REMARKS: | | | x | **$1,363,647.64** |
| ACCT #:<br>**Multi-Chem Group LLC**<br>**P.O. Box 974320**<br>**Dallas, TX 75397-4320** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$82,126.93** |
| ACCT #:<br>**Murphy Scott Resources LP**<br>**Attn: Randy Scott**<br>**P.O. Box 1488**<br>**Joshua, TX 765058-1488** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**N.E.C. Financial Services**<br>**1 Park 90 Plaza West**<br>**Third Floor**<br>**Sattlebrook, N.J. 07663** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$4,713.25** |

Sheet no. _____69_____ of _____109_____ continuation sheets attached to          Subtotal >          **$1,450,487.82**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sundance Resources, Inc.**

Case No.    **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Nancy Lubanovich** <br> **9160 West Field Road** <br> **Seville, Ohio 44273** | | DATE INCURRED: <br> CONSIDERATION: <br> **vendor** <br> REMARKS: | | | | **$1,746.06** |
| ACCT #: <br> **Natalie Donavage** <br> **c.o Freidman & Feiger** <br> **5301 Spring Valley Road** <br> **Suite 200** <br> **Dallas, TX 75254** | | DATE INCURRED: <br> CONSIDERATION: <br> **judgment creditor** <br> REMARKS: | | | X | **$269,172.52** |
| ACCT #: <br> **National Oilwell** <br> **P.O. Box 200838** <br> **Dallas, TX 75320-0838** | | DATE INCURRED: <br> CONSIDERATION: <br> **vendor** <br> REMARKS: | | | | **$18,803.27** |
| ACCT #: <br> **Nelson Malwitz &** <br> **Marguerite Malwitz** <br> **1 Great Heron LN** <br> **Brookfield, CT 06804-1839** | | DATE INCURRED: <br> CONSIDERATION: <br> **Shareholder** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Neofirma, Inc.** <br> **6715 NE 63rd Street** <br> **Suite 103-297** <br> **Vancouver, WA 98661-1980** | | DATE INCURRED: <br> CONSIDERATION: <br> **vendor** <br> REMARKS: | | | | **$4,943.44** |
| ACCT #: <br> **Nighthawk Transport & Excavation, LTD** <br> **7880 San Felipe, Ste. 207** <br> **Houston, TX 77063** | | DATE INCURRED: <br> CONSIDERATION: <br> **vendor** <br> REMARKS: | | | | **$22,643.25** |

Sheet no. ___**70**___ of ___**109**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$317,308.54**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Sundance Resources, Inc.**

Case No. **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Normand T Mongeau<br>& Linda M Scobo<br>Chelmsford Crossing<br>199 Chelmsford St #110<br>Chelmsford, MA 01824** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Nutech Energy Alliance<br>7702 FM 1960 East, SUite 300<br>Humble, TX 77346** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$8,038.00** |
| ACCT #:<br>**O'Drill/Mcm, Inc.<br>c/o Campbell & Cobbe, P.C.<br>900 Jackson Street, Suite 120<br>Dallas, TX 75202-4453** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$9,636.38** |
| ACCT #:<br>**O.K.C. Products<br>P.O.Box 1560<br>Berthoud, CO 80513** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$645.00** |
| ACCT #:<br>**Oil Field Services Company<br>4600 Greenville Avenue<br>Suite 300<br>Dallas, TX 75206** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$51,022.12** |
| ACCT #:<br>**Ole Brook Energy Services<br>P.O. Box 970<br>Cleburne, TX 76033** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | X | **Unknown** |

Sheet no. __71__ of __109__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$69,341.50**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Sundance Resources, Inc.**

Case No. **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Omni Laboratories, Inc.**<br>**P.O. Box 41219**<br>**Houston, TX 77241-1219** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$13,920.25** |
| ACCT #:<br>**One Source Industrial**<br>**16055 Space Center Blvd**<br>**Suite 170**<br>**Houston, TX 77062** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$3,826.41** |
| ACCT #:<br>**Oppenheimer & Co.INC. C/F**<br>**Audrey Hartley IRA R/O**<br>**125 Broad Street**<br>**New York, NY 10004-2472** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Opti-Flow, LLC**<br>**920 Rayford Road**<br>**Spring, TX 77386** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$6,669.31** |
| ACCT #:<br>**P.V.R. Midstream**<br>**P.O.Box 116144**<br>**Atlanta, GA 30368** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$11,131.20** |
| ACCT #:<br>**Pacesetter Well Service**<br>**3269 So, Hwy 101**<br>**Bridgeport, TX 76426** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$239,287.04** |

Sheet no. ___72___ of ___109___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$274,834.21**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Parker Tool, Inc.**<br>**P.O. Box 1468**<br>**Graham, TX 76450** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $2,527.35 |
| ACCT #:<br>**Pason Systems USA Corp.**<br>**16100 Table Mountain Pkwy**<br>**Suite 100**<br>**Golden, CO 80403** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $59,782.39 |
| ACCT #:<br>**Pat and Jean Cummiskey**<br>**6 Mad Turkey Crossing**<br>**Savannah, GA 31411** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | x | **Unknown** |
| ACCT #:<br>**Pat Cummiskey**<br>**c/o Freidman & Feiger**<br>**5301 Spring Valley Road, Suite 200**<br>**Dallas, TX  75254** | | DATE INCURRED:<br>CONSIDERATION:<br>**judgment creditor**<br>REMARKS: | | | x | $60,428.25 |
| ACCT #:<br>**Pat Patman**<br>**P.O. Box 628**<br>**Rio Vista, TX 76093** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unpaid wages**<br>REMARKS:<br>**unpaid wages in 2009.  Mr. Patman resigned as an employee, officer and director of the Debtor on December 31,2009.** | | | | $120,000.00 |
| ACCT #:<br>**Patricia Gray**<br>**P.O.Box 92481**<br>**Southlake, TX  76092** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $1,696.44 |

Sheet no. ____**73**____ of ____**109**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $244,434.43

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Sundance Resources, Inc.**

Case No. **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Paul A Kaye & Arlene Kaye**<br>**#9 Diamonte Lane**<br>**Rancho Palos Verdes, CA 90274** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Paul J Spinks**<br>**3404 Weller Road**<br>**Silver Spring, MD 20906** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Paul L. Campbell**<br>**1464 Ardwick Rd**<br>**Columbus, OH 43220** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Paul S. Kennedy**<br>**c/o Freidman & Feiger**<br>**5301 Spring Valley Road**<br>**Suite 200**<br>**Dallas, TX 75254** | | DATE INCURRED:<br>CONSIDERATION:<br>**judgment creditor**<br>REMARKS: | | | x | **$72,894.28** |
| ACCT #:<br>**Paul Spain**<br>**2200 Estes Park Drive**<br>**Southlake, TX 76092** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$103,608.23** |
| ACCT #:<br>**Paul T. Marciano**<br>**1828 Broken Bend Drive**<br>**Westlake, TX 76262** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$71,658.52** |

Sheet no. **74** of **109** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$248,161.03**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Pepco**<br>P.O. Box 3093<br>Houston, TX 77253-3093 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Peter Scaff**<br>1000 Louisiana, Suite 3400<br>Houston, TX 77002-5007 | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for Pacesetter Energy Field**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Petroleum Energy Products Co.**<br>c/o Pepco<br>107 St. Francis St., Suite 100<br>Mobile, AL 36602-3301 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Phil Richards**<br>PO Box 459<br>Rio Vista, TX 76093 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Phillip Braverman**<br>7135 Hollywood Blvd., #109<br>Los Angeles, CA 90046 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $219.22 |
| ACCT #:<br>**Phillips Water Hauling**<br>121 Oakwood Drive<br>Weatherford, TX 76086 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $115,601.00 |

Sheet no. __75__ of __109__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $115,820.22

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Sundance Resources, Inc.**

Case No. **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Phoenix Surveys**<br>**P.O.Box 482**<br>**Graham, TX 76450** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $17,710.21 |
| ACCT #:<br>**Phyllis I Anthofer**<br>**23528 Hwy 30**<br>**Carroll, IA 51401** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Piri Enterprises, Inc.**<br>**dba Communications Technology**<br>**P.O. Box BB**<br>**College Station, TX 77841-5022** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**PJ Oil Field Services, LP**<br>**P.O. Box 635**<br>**Rio Vista, TX 76093** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $429,153.33 |
| ACCT #:<br>**Pleasant Oberhausen**<br>**10 Swallow Road**<br>**Belmont, N.H., 03220** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $109.92 |
| ACCT #:<br>**PLPS, Inc**<br>**P.O. Box 56787**<br>**Houston, TX 77256** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $66,933.18 |

Sheet no. _____**76**_____ of _____**109**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $513,906.64

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Sundance Resources, Inc.**

Case No. **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Power Chokes, LP**<br>**609 W. 4th Street**<br>**Weatherford, TX 76086** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $9,891.58 |
| ACCT #:<br>**Precision Energy Service, Inc.**<br>**2408 S. Purdue Drive**<br>**Oklahoma City, OK 731258-1826** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $227,650.51 |
| ACCT #:<br>**Precision Prospects, Inc.**<br>**450 Park Avenue South**<br>**Floor 6**<br>**New York, NY 10016** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $3,250.56 |
| ACCT #:<br>**Preferred Partners**<br>**213 Bates Street**<br>**Sauk City, WI 53583** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Premium Value Services, LP**<br>**4825 Paysphere Circle**<br>**Chicago, IL 60674** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendors**<br>REMARKS: | | | | $6,105.07 |
| ACCT #:<br>**Production Control**<br>**3771 Eureka Way**<br>**Frederick, CO 80516** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $6,747.32 |

Sheet no. **77** of **109** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $253,645.04

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Productionn Meter & Testing**<br>P.O. Box 1724<br>Breckenridge, TX 76424 | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | | $7,674.52 |
| ACCT #:<br>**Pronske & Patel, PC**<br>2200 Ross Avenue, Suite 5350<br>Dallas, TX 75201-7903 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**PSI Wireline**<br>Ste. B-304<br>3520 Knickerbocker Rd.<br>San Angelo, TX 76904 | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | | $12,833.23 |
| ACCT #:<br>**Pumpco Energy Services, LP**<br>Dept D8094<br>P.O. Box 650002<br>Dallas, TX 75265-0002 | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | | $13,078.39 |
| ACCT #:<br>**Quantum Drilling Motors**<br>JP Morgan Chase Bank<br>P.O.Box 974828<br>Dallas, TX 75397-4828 | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | | $88,787.88 |
| ACCT #:<br>**R & H Supply, Inc**<br>P.O. Box 1106<br>Boussard, LA 70518-1106 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | $0.00 |

Sheet no. ___**78**___ of ___**109**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $122,374.02

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sundance Resources, Inc.**                                      Case No.   **11-30304**
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**R.B.R. Consulting Group**<br>P.O.Box 161276<br>Ft. Worth, TX 76161 | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | | $3,480.00 |
| ACCT #:<br>**Radiology Assoc. of Tarrent Co.**<br>P.O. Box 99337<br>Ft. Worth, TX 76199-0337 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Raindance Partnership Company**<br>8580 East Craig Drive<br>Chagrin Falls, OH 44023 | | DATE INCURRED:<br>CONSIDERATION:<br>Shareholder<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>**Ralph H. Benedict Jr. - IRA**<br>2027 5th St. South<br>Naples, FL 33940 | | DATE INCURRED:<br>CONSIDERATION:<br>Shareholder<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>**Ralph W. Cook & Arlene J. Cook**<br>**TTEES and their Successors I Tr**<br>Under the Ralph W. Cook Tr Agr<br>3958 W. Thorn Creek Ct<br>Meridian, ID 83642 | | DATE INCURRED:<br>CONSIDERATION:<br>Shareholder<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>**Randy Blevins and Lisa Blevins**<br>c/o Jacob M. Gold<br>**Gold Law Firm**<br>701 East 15th Street, Suite 206<br>Plano, TX 75074-0707 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | $0.00 |

Sheet no. __79__ of __109__ continuation sheets attached to                  Subtotal >          $3,480.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Randy Cough**<br>**c/o Freidman & Feiger**<br>**5301 Spring Valley Road**<br>**Suite 200**<br>**Dallas, TX  75254** | | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment creditor**<br>REMARKS: | | | X | **$345,190.07** |
| ACCT #:<br>**Raymond J Hanson**<br>**PO Box 51547**<br>**Germantown, WI 53022** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Raymond J. Bailey**<br>**313 Cagle Crow**<br>**Mansfield, TX  76063** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$219.22** |
| ACCT #:<br>**RDT Pumping Service**<br>**3251 State hnwy 108**<br>**Strawn, TX 76475** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$2,341.94** |
| ACCT #:<br>**Rebecca Graham**<br>**1715 Sagewood Circle**<br>**West Bend, WI 53095-8553** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$1,590.41** |
| ACCT #:<br>**Reds Satellite Services Corp.**<br>**P.O. Box 559**<br>**Abilene, TX 79604-0559** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |

Sheet no. __80__ of __109__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$349,341.64**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sundance Resources, Inc.**                                      Case No.   **11-30304**

                                                                                     (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Reedhycalog** <br> **6501 Navigation Blvd.** <br> **Houston, TX 77011** | | DATE INCURRED: <br> CONSIDERATION: <br> **vendor** <br> REMARKS: | | | | $79,317.43 |
| ACCT #: <br> **Reliable Survey Corporation** <br> **P.O. Box 1269** <br> **Justin, TX 76247** | | DATE INCURRED: <br> CONSIDERATION: <br> **vendor** <br> REMARKS: | | | | $1,600.00 |
| ACCT #: <br> **RES Building & Investment Co** <br> **B Eder Partner** <br> **9307 Villa W** <br> **St. Louis, MO 63132** | | DATE INCURRED: <br> CONSIDERATION: <br> **Shareholder** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Rexal Electrical & Datacom products** <br> **c/o Matthews, Stein, Pearce, et al** <br> **Crosspointe Atrium** <br> **8131 LBJ Freeway, Sxuite 700** <br> **Dallas, TX 75251-1352** | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **Richard A Skillman** <br> **Alan Sherman TTEE** <br> **Datacom Investment Co** <br> **30021 Tomas, suite 130** <br> **Rancho Santa Margarita, CA 92688** | | DATE INCURRED: <br> CONSIDERATION: <br> **Shareholder** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Richard A. Boyd** <br> **912 N. 200 E** <br> **Chesterton, IN 46304** | | DATE INCURRED: <br> CONSIDERATION: <br> **Shareholder** <br> REMARKS: | | | | **Notice Only** |

Sheet no. __81__ of __109__ continuation sheets attached to                                      Subtotal >                     $80,917.43

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                     Total >

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the

Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Richard and Louise Hosstter**<br>**407 Steel Court**<br>**Estes Park, CO 80517** | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | | $164.52 |
| ACCT #:<br>**Richard C. Abrahamson**<br>**332 W. Superior St., Ste. 35**<br>**Duluth, Mn. 55802** | | DATE INCURRED:<br>CONSIDERATION:<br>Shareholder<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Richard E. Doyle & Marion D. Doyle**<br>**11925 S. Ramona Ave.**<br>**Hawthorne, CA 92050** | | DATE INCURRED:<br>CONSIDERATION:<br>Shareholder<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Richard G Maguire &**<br>**Alice C Maguire**<br>**9636 S Merrimac Ave**<br>**Oaklawn, IL 60453** | | DATE INCURRED:<br>CONSIDERATION:<br>Shareholder<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Richard L. Helm**<br>**9120 W 121st**<br>**Palos Park, IL 60464** | | DATE INCURRED:<br>CONSIDERATION:<br>Shareholder<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Richards Signs & Cranes, Inc.**<br>**P.O. Box 66**<br>**Mineral Wells, TX 76068** | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | | $2,900.00 |

Sheet no. **82** of **109** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $3,064.52

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Sundance Resources, Inc.**

Case No. **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Richey Oilfield Construction**<br>P.O. Box 1337<br>Bridgeport, TX 76426 | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Rick E Grant**<br>1775 Almond View Ct<br>Durham, CA 94938-9636 | | DATE INCURRED:<br>CONSIDERATION:<br>Shareholder<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Rick Schaefer**<br>200 CR 207B<br>Cisco, TX 76437-7133 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Rig Power Inc.**<br>P.O. Box 10983<br>Midland, TX 79702-7983 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Rio Vista ISD**<br>c/o Perdue, Brandon, Fielder, et al<br>P.O. Box 13430<br>Arlington, TX 760974-0430 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Riverside Claims, LLC**<br>2109 Broadway, Suite 206<br>New York, NY 10023-2138 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | $0.00 |

Sheet no. **83** of **109** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $0.00

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Sundance Resources, Inc.**

Case No. **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Rob Jones**<br>212 W 9th Street<br>Tyler, TX 75702 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Robert Brian McDonald TTE**<br>**R Brian McDonald Trust**<br>**UA DTD 08-25-92**<br>5965 Embassy Dr<br>Farifield, OH 45014 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Robert Bullock**<br>Friedman & Feiger<br>5301 Spring Valley Road<br>Suite 200<br>Dallas, TX  75254 | | DATE INCURRED:<br>CONSIDERATION:<br>**judgment creditor**<br>REMARKS: | | | x | **$165,644.62** |
| ACCT #:<br>**Robert C Whitebrad & Lorette M Whitebrea**<br>228 Westview Terrace<br>Arlington, TX 76013 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Robert D. Brodie**<br>340 Tunitas Creek Rd<br>Half Moon Bay, CA 94019 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Robert E. Bayless**<br>1519 Cripple Creek Drive<br>Irving, TX 75061 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **Notice Only** |

Sheet no. **84** of **109** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$165,644.62**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Robert Earl Van Zandt**<br>**216 Willow Ridge**<br>**Fort Worth, TX 76103** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Robert Everson**<br>**3111 Belair Drive**<br>**Number 5E**<br>**Las Vegas, NV 89109-1510** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$3,948.45** |
| ACCT #:<br>**Robert J McGowan**<br>**A Law Corporation**<br>**16255 Ventura Blvd, Ste 1015**<br>**Encino, CA 91436** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Robert P & Cecelia J O'Gorman**<br>**TTEES of the Robert P & Cecelia**<br>**J O'Gorman Trust DTD 08-18-00**<br>**14100 W 90th Ter #306**<br>**Lenexa, KS 66215-5428** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Robert Trefzger &**<br>**Nathalie Trefzger**<br>**10200 Mt Vernon Road**<br>**Auburn, CA 95603** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Robert W. Consaul & Eva G. Consaul**<br>**Declaration Trust DTD 12/5/80**<br>**3015 Hartman Way**<br>**San Diego, CA 92117-4307** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____85____ of ____109____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$3,948.45**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **Robert W. Everson Trust** **Robert W. Everson Trustee** **3111 Bel Aire Drive, #5E** **Las Vegas, NV 89109** | | DATE INCURRED: CONSIDERATION: **Shareholder** REMARKS: | | | | **Notice Only** |
| ACCT #: **Robert Yaquinto, Jr.** **509 N. Montclair** **Dallas, TX 75208** | | DATE INCURRED: CONSIDERATION: **Chapter 7 Trustee** REMARKS: | | | | **$0.00** |
| ACCT #: **Rochelle Hutchison** **325 N. St. Pauls** **Suite 4500** **Dallas, TX 75201** | | DATE INCURRED: CONSIDERATION: **vendor** REMARKS: | | | | **$18,992.75** |
| ACCT #: **Roger Allen & Ernie Ann Metheny** **JTWROS** **15161 State Road 331** **Bourban, IN 46504** | | DATE INCURRED: CONSIDERATION: **vendor** REMARKS: | | | | **$81,406.45** |
| ACCT #: **Roger H. Nord** **c/o Freidman & Feiger** **5301 Spring Valley Road, #220** **Dallas, TX 75254** | X | DATE INCURRED: CONSIDERATION: **Judgment creditor** REMARKS: | | | X | **$263,940.07** |
| ACCT #: **Roland A. Ferguson MD** **Retirement Trust** **6347 Arnold Way** **Buena Park, CA 90620-1503** | | DATE INCURRED: CONSIDERATION: **Shareholder** REMARKS: | | | | **Notice Only** |

Sheet no. __86__ of __109__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$364,339.27**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Ronald Mack &**<br>**Violet Mack**<br>**1000 Magnolia Ave**<br>**Modesto, CA 95350** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Ronica N. Holcombe**<br>**9723 Windy Hollow Drive**<br>**Irving, TX 75063** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$75,979.37** |
| ACCT #:<br>**Rosalie Small**<br>**c/o Freidman & Feiger**<br>**5301 Spring Valley Road**<br>**Suite 200**<br>**Dallas, TX 75254** | | DATE INCURRED:<br>CONSIDERATION:<br>**judgment creditor**<br>REMARKS: | | | X | **$365,380.14** |
| ACCT #:<br>**Roy A Westbrook**<br>**207 Spring Lake Dr**<br>**Mineola, TX 75773** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Royer & Schutts**<br>**Commercial Interiors**<br>**200 Bailey Ave, Ste. 220**<br>**Fort Worth, TX 76107** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$791.96** |
| ACCT #:<br>**RSC Equipment Rental**<br>**215 E. Baseline Rd.**<br>**Gilbert, AZ 85233-1108** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |

Sheet no. ____87____ of ____109____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$442,151.47**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re  **Sundance Resources, Inc.**

Case No. **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Russell A Cinque & Maybelle A Cinque Trust DTD 9-7-89**<br>**20512 Quedo Drive**<br>**Woodland Hills, CA 91364** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Russell Brothers Construction**<br>**409 W. Houston Street**<br>**Abbott, TX 76621** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$40,374.40** |
| ACCT #:<br>**Russell Leo Sargeant TTEE**<br>**Sargeant Family Trust**<br>**8596 Pagoba Way**<br>**San Diego, CA 92126** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Russell O Pettibone &(Deceased)**<br>**Erna R Pettibone (Deceased)**<br>**62 Indian Field Drive**<br>**South Dennis, MA 02660** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Russell W. Metheny**<br>**14834 State Road 331**<br>**Bourban, IN 46504** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$81,406.45** |
| ACCT #:<br>**S&H Equipment Services**<br>**10235 Walton Walker Blvd.**<br>**Irving, TX 75060** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$5,902.95** |

Sheet no. **88** of **109** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$127,683.80**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No. __11-30304__
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Salvatore Federico**<br>**14730 Caminito Vista Estrellado**<br>**Del Mar, CA 92014** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Samuel J Wilson & Carole R Wilson JT**<br>**5836 Arboles St**<br>**San Diego, CA 92120** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Sandra C ERickson**<br>**1573 Calle Candela**<br>**La Jolla, CA 92037** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Santex Exploration**<br>**112 Par Three Court**<br>**P.O.Box 8653**<br>**Horseshoe Bay, TX 78657** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$67,208.00** |
| ACCT #:<br>**Scott Porter**<br>**Johnson County Tax Assessor-Collector**<br>**P.O. Box 75**<br>**Cleburne, TX 76033-0075** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Scroggie Holdings**<br>**3966 Marine Pkwy.**<br>**New Port Richey, FL 34652** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |

Sheet no. __89__ of __109__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$67,208.00**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No. **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Shale Tank Trucks**<br>**P.O. Box 201646**<br>**Dallas, TX 75320-1646** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $6,507.38 |
| ACCT #:<br>**Sheila C Ruby**<br>**4265 Marina City Drive**<br>**Unit 617 WTN**<br>**Marina Del Rey, CA 90292** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Shermco Industies**<br>**2425 E. Pioneer Dr.**<br>**Irving, TX 75061-8919** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Smith International, Inc.**<br>**P.O. Box 200760**<br>**Dallas, TX 75320-0750** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $6,326.89 |
| ACCT #:<br>**Southern Technical Controls, LLC**<br>**Attn: Alicia Ardoin, Cheif Counsel**<br>**P.O. Box 18792**<br>**Corpus Christi, TX 78480-8792** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Southwest Oilfield Products, Inc.**<br>**P.O. Box 24068**<br>**Houston, TX 77229--4068** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |

Sheet no. **90** of **109** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $12,834.27

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re  **Sundance Resources, Inc.**

Case No.  **11-30304**
(if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Spark Energy**<br>**P.O. Box 3015**<br>**Houston, TX 77253-3015** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Specialty Rental Tools, Inc.**<br>**Allis-Chalmers Rental Tools**<br>**P.O. Box 201734**<br>**Dallas, TX 75320** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $24,562.50 |
| ACCT #:<br>**Stallion Oil Field Services**<br>**P.O.Box 4346**<br>**Dept. 392**<br>**Houston, TX 77210** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $13,895.44 |
| ACCT #:<br>**Stan Wisener**<br>**2925 Keller Springs Road**<br>**Number 915**<br>**Carrollton, TX  75006** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $1,777.50 |
| ACCT #:<br>**Staples Inc**<br>**300 Arbor Lake Dr.**<br>**Columbia, SC 29223-4536** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Starr Drilling**<br>**5300 Town and Country Blvd.**<br>**Number 150**<br>**Frisco, Tx 75034** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $18,605.00 |

Sheet no. __91__ of __109__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $58,840.44

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Sundance Resources, Inc.**

Case No. **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**State Energy Inspection Services**<br>**15902 Miller Road 1 Blg A-7**<br>**Houston, TX 77032** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Stewart McKeehan**<br>**1330 E. 8th, Suite 320**<br>**Odessa, TX 79761** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for Diamond Rotating**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Stewart Title North Texas**<br>**1213 Santa Fe Drive**<br>**Weatherford, TX 76086** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$957.25** |
| ACCT #:<br>**Stinger Wellhead Protection In.**<br>**Department #124**<br>**P.O. Box 4869**<br>**Houston, TX 77210-4869** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$50,922.16** |
| ACCT #:<br>**Stroud Energy LTD.**<br>**P.O. Box 201444**<br>**Dallas, TX 75320-1444** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$356.18** |
| ACCT #:<br>**Sundance Systems, Inc.**<br>**500 N. Akard, #2500**<br>**Dallas, TX 75201** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |

Sheet no. **92** of **109** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | **$52,235.59**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Sundance Resources, Inc.**

Case No. **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Sup-R-Jar, Inc.**<br>**P.O. Box 693**<br>**Humble, TX 77347** | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | | $14,479.61 |
| ACCT #:<br>**Suttles Logging, Inc**<br>**Box 10725**<br>**Midland, TX 79702-7725** | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | | $45,281.06 |
| ACCT #:<br>**T & T Welding Services**<br>**c/o Craig N. Orr**<br>**P.O. Box 1289**<br>**Laurel, MS 39441-1289** | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**T A W Inc.**<br>**P.O. Box 2449**<br>**Alma, AR 72921-2449** | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>**T. Tazwell Bramlette**<br>**2105 Canyon Lakes Drive**<br>**San Ramon, CA 94583** | | DATE INCURRED:<br>CONSIDERATION:<br>Shareholder<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>**Talcon Energy, LLC**<br>**c/o Thomas Connely**<br>**P.O. Box 92824**<br>**Southlake, TX 76092** | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | | $0.00 |

Sheet no. **93** of **109** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $59,760.67

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Sundance Resources, Inc.**

Case No. **11-30304**

(if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Tank Works Bulk Containment SP**<br>**916 Wise Street**<br>**Keller, TX 76248** | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | | $7,285.62 |
| ACCT #:<br>**Tejas Oilfield Service**<br>**P.O. Box 201645**<br>**Dallas, TX 75320-1645** | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | | $13,876.80 |
| ACCT #:<br>**Teresa L. Bowers**<br>**111-East Sherwood Court**<br>**Jersey City, N.J. 07305** | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | | $274.33 |
| ACCT #:<br>**Teresa L. De Ford**<br>**Rathwell De Ford & Wallison**<br>**25511 Budde Road, Suite 601**<br>**The Woodlands, TX 77380-2081** | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Tesco Services, Inc.**<br>**P.O. Box 203408**<br>**Houston, TX 77216-3408** | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | | $78,684.43 |
| ACCT #:<br>**Texas Medicine Resourses**<br>**P.O. Box 8549**<br>**Fort Worth, TX 76124-0549** | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | **Notice Only** |

Sheet no. **94** of **109** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $100,121.18

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Texas Mutual Insurance Co.** <br> **3005 South Treadway** <br> **Abilene, TX 79602** | | DATE INCURRED: <br> CONSIDERATION: <br> **vendor** <br> REMARKS: | | | | $66,220.93 |
| ACCT #: <br> **Texas Refinery Corp.** <br> **P.O. Box 711** <br> **Fort Worth, TX 76101-0711** | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Texas Transco** <br> **552 N. F.M. 2869** <br> **Winnsboro, TX 75494** | | DATE INCURRED: <br> CONSIDERATION: <br> **vendor** <br> REMARKS: | | | | $2,188.70 |
| ACCT #: <br> **The Adil H Klein Family Trust** <br> **4748 Noble Ave** <br> **Sherman Oaks, CA 91403** | | DATE INCURRED: <br> CONSIDERATION: <br> **Shareholder** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **The Askok & Asha Ramnaney** <br> **16522 S. Debra Lane** <br> **Cerritos, CA 90703** | | DATE INCURRED: <br> CONSIDERATION: <br> **vendor** <br> REMARKS: | | | | $118,409.37 |
| ACCT #: <br> **The Clare G Horlbeck & Earl N Horlbeck** <br> **Rev Trust DTD 8-4-83** <br> **1624 E Dramer** <br> **Mesa, AZ 85203** | | DATE INCURRED: <br> CONSIDERATION: <br> **Shareholder** <br> REMARKS: | | | | **Notice Only** |

Sheet no. ___**95**___ of ___**109**___ continuation sheets attached to        Subtotal >        $186,819.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Sundance Resources, Inc.**

Case No. **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**The Expro Group**<br>**Expro Americas Inc.**<br>**P.O. Box 4346, Dept. 113**<br>**Houston, TX 77210-4346** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $53,781.00 |
| ACCT #:<br>**The Gans Family Trust**<br>**129 Naples Street**<br>**Chula Vista, CA 91911** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>**The Marcus Companies, Inc.**<br>**3501 W. Main Street**<br>**Fort Worth, TX 76106-4348** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>**The Petrolem Synergy GR, Inc.**<br>**980 Caughlin Crossing, Suite 102**<br>**Reno, NV 89519** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $374,964.96 |
| ACCT #:<br>**The Waterline Company, LLC**<br>**P.O. Box 311836**<br>**New Braunfels, TX 78131-1836** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $2,814.50 |
| ACCT #:<br>**Thomas C Sullivan**<br>**3121 Udall St.**<br>**Sandiego, CA 92106** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | Notice Only |

Sheet no. **96** of **109** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $431,560.46

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**                                    Case No.   **11-30304**
                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Thomas Ferrer**<br>**501 Highland Forest Drive**<br>**Charlotte, N.C. 28270** | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | | **$219.22** |
| ACCT #:<br>**Thomas Mott**<br>**1325 N. Van Buren Street**<br>**Unit 207**<br>**Milwaukee, WI 53202** | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | X | **Unknown** |
| ACCT #:<br>**Thomas W. Austin**<br>**100 Stoke Poges**<br>**Williamsburg, VA  23188** | | DATE INCURRED:<br>CONSIDERATION:<br>Shareholder<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Thompson & Knight LLP**<br>**1700 Pacific Avenue**<br>**Suite 3300**<br>**Dallas, TX 75201** | | DATE INCURRED:<br>CONSIDERATION:<br>Attorneys fees<br>REMARKS: | | | | **$23,525.54** |
| ACCT #:<br>**Thompson Machinery**<br>**1245 Bridgestone Blvd.**<br>**LaVergne, TN 37086-3510** | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Tim Moy**<br>**3020 Legacy Dr. Suite 100-278**<br>**Plano, TX 75023-8322** | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | **Notice Only** |

Sheet no. ___97___ of ___109___ continuation sheets attached to                        Subtotal >                **$23,744.76**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Timeslice Technology, Inc.**<br>**26 N. Wynden Dr.**<br>**Houston, TX 77056-2508** | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | | $32,000.00 |
| ACCT #:<br>**Timothy L. Billouris**<br>**c/o Freidman & Feiger**<br>**5301 Spring Valley Road, #220**<br>**Dallas, TX 75254** | | DATE INCURRED:<br>CONSIDERATION:<br>judgment creditor<br>REMARKS: | | | X | $182,690.07 |
| ACCT #:<br>**Timothy R. Wilson**<br>**4161 Honeybrook Ave.**<br>**Dayton, OH 45415** | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | | $164,599.05 |
| ACCT #:<br>**Timothy S. Comer, P.C.**<br>**2901 Corporate Circle, Ste. 300**<br>**Flower Mound, TX 75028** | | DATE INCURRED:<br>CONSIDERATION:<br>Attorney for Coffman Tank Trucks, Inc.<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**TK Stanley Inc.**<br>**P.O. Box 31**<br>**Waynesboro, MS 39367-0031** | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Tom Mott**<br>**c/o Freidman & Feiger**<br>**5301 Spring Valley Road**<br>**Suite 200**<br>**Dallas, TX 75254** | | DATE INCURRED:<br>CONSIDERATION:<br>judgment creditor<br>REMARKS: | | | X | $22,484.93 |

Sheet no. __98__ of __109__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  | $401,774.05

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Sundance Resources, Inc.**

Case No. **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Tony Cashion**<br>**PO Box 459**<br>**Rio Vista, TX 76093** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Tony Cashion**<br>**P.O.Box 459**<br>**Rio Vista, TX  76093** | | DATE INCURRED:<br>CONSIDERATION:<br>**Commission**<br>REMARKS: | | | | **$118,880.00** |
| ACCT #:<br>**Tony M. Womac**<br>**3200 Phoenix Tower**<br>**3200 Southwest Freeway**<br>**Houston, TX 77027-7523** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for Premium Valve Services, LLC**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Tornado Trucking, Inc.**<br>**Attn: Thomas**<br>**7104 US Highway 59 North**<br>**Victoria, TX 77905-5506** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Total Operating, LLC**<br>**P.O. Box 178**<br>**Decatur, TX 76234** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$9,200.00** |
| ACCT #:<br>**Transcorp C/F**<br>**William H. Davies, Jr.**<br>**IRZ-8475-OT**<br>**7103 S. Revere Pkwy**<br>**Englewood, CO 80112** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |

Sheet no. __99__ of __109__ continuation sheets attached to

Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$128,080.00**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Transcorp C/F Patricia J Bryk**<br>**IRZ 7630-OT**<br>**PO Box 31051**<br>**Laguna Hills, CA 92654** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Transcorp Pension Services**<br>**FAO Robert L Chambers**<br>**#SREO12400**<br>**PO Box 31051**<br>**Laguna Hills, CA 92654** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Transcorp Pension Services C/F**<br>**Thomas K Hale**<br>**IRZ-1852-OT**<br>**PO Box 31051**<br>**Laguna Hills, CA 92654** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Trend Services, Inc.**<br>**P.O. Box 747**<br>**Broussard, LA 70518** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$14,709.03** |
| ACCT #:<br>**TSG Investments, LP**<br>**22507 W. FM8**<br>**Dublin, TX 76446** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$5,000.00** |
| ACCT #:<br>**U A Garred Sexton**<br>**3623 W 227th ST**<br>**Torrance, CA 90505** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ___100___ of ___109___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >       **$19,709.03**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **U.S. Shoring & Equipment Co.** c/o Road Machinery & Supplies Co. 100 Sheridan Avenue Des Monies, IA 50313-4949 | | DATE INCURRED: CONSIDERATION: Notice Only REMARKS: | | | | Notice Only |
| ACCT #: **UHY LLP** c/o John Youens 12 Greenway Plaza, 8th Floor Houston, TX 77046-1291 | | DATE INCURRED: CONSIDERATION: Notice Only REMARKS: | | | | Notice Only |
| ACCT #: **Uline Shipping Supply & Specialty** 2200 Lakeside Dr. Waukegan, IL 60085-8361 | | DATE INCURRED: CONSIDERATION: Notice Only REMARKS: | | | | Notice Only |
| ACCT #: **United Diamond Drilling Services Inc.** 7010 45th Street Leduc, AB T9E7E7 | | DATE INCURRED: CONSIDERATION: vendor REMARKS: | | | | $16,728.24 |
| ACCT #: **USA Compression** P.O. Box 974206 Dallas, TX 75397-4206 | | DATE INCURRED: CONSIDERATION: vendor REMARKS: | | | | $91,626.80 |
| ACCT #: **UST U.S. Trustee** 1100 Commerce Street, Room 976 Dallas, TX 75242-1011 | | DATE INCURRED: CONSIDERATION: Notice Only REMARKS: | | | | Notice Only |

Sheet no. __101__ of __109__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$108,355.04**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**                                                    Case No. **11-30304**
                                                                                                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**V. Patrick Gray**<br>**P.O. Box 92481**<br>**Southlake, TX 76092** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$16,276.00** |
| ACCT #:<br>**Venture Transport Logistics, LLC**<br>**P.O. Box 974167**<br>**Dallas, TX 75397-4167** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Verlin W Smith**<br>**1600 Eldridge Pkwy #3108**<br>**Houston, TX 77077-1665** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Vernon W Maynart TTEE**<br>**Maynard Family Trust**<br>**143 Camino Arroyo North**<br>**Palm Desert, CA 92260** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Vertex Financial Corporation**<br>**dba Quality Compressor Services, Inc.**<br>**8750 N. Central Expressway**<br>**Dallas, TX 75231-6436** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Vivian Goldfine TTEE FBO Milton & Vivian**<br>**Goldfine Tax-Free Tr of the Milton &**<br>**Vivian Goldfine Lifetime Tr**<br>**201 Ootsima Way**<br>**Loudon, TN 37774** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ___102___ of ___109___ continuation sheets attached to                          Subtotal >                    $16,276.00
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                                                             Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sundance Resources, Inc.**                    Case No. **11-30304**

                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Vortex Fluid Systems, Inc.**<br>**Attn: Grant Young**<br>**6324 S. 69 E. PL**<br>**tULSA, ok 74133-4035** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**W W Simmons TTEE**<br>**Simmons Family Trust**<br>**100 Aspen**<br>**Aledo, TX 76008** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**W.Y. Woodland Operating, LLC**<br>**1601 Airport Freeway**<br>**Suite 300**<br>**Euless, TX 76040** | | DATE INCURRED:<br>CONSIDERATION:<br>**Joint Interest Billing**<br>REMARKS: | | | | **$4,255.47** |
| ACCT #:<br>**Waldens Electric Service**<br>**1005 Carpenter Street**<br>**Bridgeport, TX 76426** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$1,112.54** |
| ACCT #:<br>**Walt Nixon**<br>**P.O.Box 76152**<br>**Atlanta, Ga 30358** | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | **$1,096.94** |
| ACCT #:<br>**Walter T Phipps**<br>**344 Southford Road**<br>**Cody, WY 82414** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |

Sheet no. __103__ of __109__ continuation sheets attached to

Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$6,464.95**

Total >

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the

Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sundance Resources, Inc.**                                             Case No.   **11-30304**
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Warren Jeter**<br>**5420 Driftway Dr.**<br>**Fort Worth, TX 76135-1413** | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Warren Redd**<br>**509 Lelia Street**<br>**Edna, TX 77957-3432** | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Warrier Energy Services**<br>**P.O.Box 122114**<br>**Dept. 2114**<br>**Dallas, TX 75312** | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | | **$17,627.49** |
| ACCT #:<br>**Watergator, Inc.**<br>**P.O. Box 9**<br>**Gladwater, TX 75647-0009** | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Wayest Safety, Inc.**<br>**P.O. Box 12740**<br>**Oklahoma City, OK 73157-2740** | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Weatherford US LP**<br>**P.O. Box 200019**<br>**Houston, TX 77216-0019** | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | | **$1,461,016.44** |

Sheet no. __104__ of __109__ continuation sheets attached to                    Subtotal >        **$1,478,643.93**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                 Total >
                          (Use only on last page of the completed Schedule F.)
                    (Report also on Summary of Schedules and, if applicable, on the
                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Welltec, Inc.**<br>**19424 Park Row, Suite 130**<br>**Houston, TX 77064** | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | x | **Notice Only** |
| ACCT #:<br>**Weltec**<br>**19424 Park Row**<br>**Suite 130**<br>**Houston, TX 77064** | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | | **$31,688.30** |
| ACCT #:<br>**Wendy Foist**<br>**110 Snow Cap Drive**<br>**Riodoso, N.M. 88345-5601** | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | | **$219.22** |
| ACCT #:<br>**Wesley B. Strain**<br>**550 West Texas**<br>**Houston, TX 77002** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for Venture Mud**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Western Bentonite**<br>**P.O. Box 1299**<br>**Gainesville, TX 76241-1299** | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | | **$10,715.85** |
| ACCT #:<br>**Whitely Penn**<br>**1400 West 7th Street**<br>**Suite 400**<br>**Ft. Worth, TX 76102** | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | | **$22,074.84** |

Sheet no. __105__ of __109__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$64,698.21**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Sundance Resources, Inc.**

Case No. **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Wholesale Rock Bits**<br>P.O. Box 9228<br>Wichita Falls, TX 76308 | | DATE INCURRED:<br>CONSIDERATION:<br>**vendor**<br>REMARKS: | | | | $12,515.64 |
| ACCT #:<br>**Wilbur T Hill**<br>218 Lakeside Dr<br>Liberty, MO 64068-3444 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**William A. Boyd**<br>10324 Longwood Dr<br>Chicago, Il 60643 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**William B Thrailkill**<br>3905 Dove Creek Ln<br>Plano, TX 75093-7542 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**William Bernard**<br>2057 Bel Ombre Circle<br>Lake Wales, FL 33853 | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**William C. Boyd**<br>2101 Louisiana<br>Houston, TX 77002 | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for OPE Equipment**<br>REMARKS: | | | | **Notice Only** |

Sheet no. **106** of **109** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $12,515.64

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**William G Guion**<br>**3610 Hunters Point**<br>**San Antonio, TX 78230** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**William H West**<br>**360 Jasmine Ave**<br>**Valparaiso, FL 32580** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**William J Pierce &**<br>**Renee' Carnett**<br>**PO Box 294**<br>**Ponay, CA 92074** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**William Lionetta**<br>**c/o Freidman & Feigler**<br>**5301 Spring Valley Rd.**<br>**Suite 200**<br>**Dallas, TX  75234** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment Creditor**<br>REMARKS: | | | X | **$1,853,255.67** |
| ACCT #:<br>**William Lionetta as Next Friend of**<br>**Jacqueline Lionetta**<br>**c/o Freidman $ Feiger**<br>**5301 Spring Valley Rd. #200**<br>**Dallas, TX  75234** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment creditor**<br>REMARKS: | | | X | **$263,940.07** |
| ACCT #:<br>**William P. Cooper & Shirley A. Cooper**<br>**PO Box 1077**<br>**Hereford, AZ 85615-1077** | | DATE INCURRED:<br>CONSIDERATION:<br>**Shareholder**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ___107___ of ___109___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$2,117,195.74**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **William R. Eyler Living Trust** <br> 18347 Bedrod Road <br> Beverly Hill, MI 48025 | | DATE INCURRED: <br> CONSIDERATION: <br> **Shareholder** <br> REMARKS: | | | | Notice Only |
| ACCT #: <br> **William R. Povilus Trust** <br> 2611 Spalding Dr. <br> Las Vegas, NV 89134 | | DATE INCURRED: <br> CONSIDERATION: <br> **vendor** <br> REMARKS: | | | | $291,862.44 |
| ACCT #: <br> **William W Pond** <br> 5730 Autumn Woods TRL <br> Ft Wayne, IN 46835-4608 | | DATE INCURRED: <br> CONSIDERATION: <br> **Shareholder** <br> REMARKS: | | | | Notice Only |
| ACCT #: <br> **William W. Benedict** <br> 455 Hammermill Rd <br> St. Louis, MO 63141 | | DATE INCURRED: <br> CONSIDERATION: <br> **Shareholder** <br> REMARKS: | | | | Notice Only |
| ACCT #: <br> **Williams Family Trust** <br> 23200 Pretty Doe Dr <br> Canyon Lake, CA 92587 | | DATE INCURRED: <br> CONSIDERATION: <br> **Shareholder** <br> REMARKS: | | | | Notice Only |
| ACCT #: <br> **Willie Steel Browning Bullock Trust DTD 6-19-84** <br> 3623 W. 227th St. <br> Torrance, CA. 90505 | | DATE INCURRED: <br> CONSIDERATION: <br> **Shareholder** <br> REMARKS: | | | | Notice Only |

Sheet no. __108__ of __109__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $291,862.44

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sundance Resources, Inc.**

Case No.   **11-30304**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Wilson Supply**<br>P.O. Box 200822<br>Dallas, TX 75320-0822 | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | | $19,603.97 |
| ACCT #:<br>**Winco Machine & Repair, Inc.**<br>1011 E. Commerce Avenue<br>Gladwater, TX 75647-3012 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>**Wolf Pack Rentals, Inc.**<br>P.O. Box 387<br>Hallettsville, TX 77964-0387 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>**Wood Group Logging Service**<br>P.O. Box 201507<br>Houston, TX 77216-1507 | | DATE INCURRED:<br>CONSIDERATION:<br>vendor<br>REMARKS: | | | | $5,000.00 |
| ACCT #:<br>**XXCELL Freight Systems, Inc.**<br>**Charter Capital**<br>P.O. Box 270568<br>Houston, TX 77277-0568 | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Unknown |
| | | | | | | |

Sheet no. __109__ of __109__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $24,603.97

Total >   $23,275,156.31

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **Sundance Resources, Inc.**

Case No. **11-30304**
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Alan B. Rich**<br>1201 Elm Street<br>Suite 4244<br>Dallas, TX 75270 | attorneys fees contract – Billouris appeal |
| **Harding Energy Partners**<br>13465 Midway Road<br>Suite 400<br>Dallas, Texas 75244 | Joint Operating Agreement |
| **Hoge & Gameros, L.L.P.**<br>4514 Cole Avenue<br>Suite 1500<br>Dallas, TX 75205 | attorneys fees contract - Krasoff litigation |
| **Llewellin Operating**<br>4265 San Felipe Street<br>Houston, TX 77027 | Joint Operating Agreement |
| **NEC Financial Services**<br>One Park 80 Plaza West<br>3rd Floor<br>Sattlebrook, NJ 07663 | lease of phone system<br>Contract to be REJECTED |

In re **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Pitney Bowes**<br>Purchase Power<br>P.O.Box 856042<br>Louisville, KY 40285-6042 | postage machine |
| **Primexx**<br>4849 Greenville Avenue<br>Suite 160<br>Dallas, TX 75206-4193 | Joint Operating Agreement |
| **Woodland Operating, L.L.C.**<br>1601 Airport Freeway<br>Suite 300<br>Euless, TX 76040 | Joint Operating Agreement |

B6H (Official Form 6H) (12/07)

In re **Sundance Resources, Inc.**

Case No. **11-30304**

(if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Patman**<br>P.O.Box 344<br>Rio Vista, TX 76093 | **Bank of America**<br>P.O. Box 660312<br>Dallas, TX 75266-0312 |
| **Michael Patman**<br>P.O.Box 344<br>Rio Vista, TX 76093 | **Charles Salter**<br>c/o Freidman & Feiger<br>5301 Spring Valley Road<br>Suite 200<br>Dallas, TX 75254 |
| **Michael Patman**<br>P.O.Box 344<br>Rio Vista, TX 76093 | **Edith Morrow**<br>c/o Freidman & Feigler<br>5301 Spring Valley Rd., Suite 200<br>Dallas, TX 75254 |
| **Michael Patman**<br>P.O.Box 344<br>Rio Vista, TX 76093 | **Gordon Morrow**<br>c/o Freidman & Feiger<br>5301 Spring Valley Rd., Suite 200<br>Dallas, TX 75254 |
| **Michael Patman**<br>P.O.Box 344<br>Rio Vista, TX 76093 | **Guy C. Morrow**<br>c/o Freidman & Feigler<br>5301 Spring Valley Road<br>Suite 200<br>Dallas, tX 75254 |
| **Michael Patman**<br>P.O.Box 344<br>Rio Vista, TX 76093 | **James Yeckley**<br>Freidman & Feiger<br>5301 Spring Valley Road, #200<br>Dallas, TX 75254 |
| **Michael Patman**<br>P.O.Box 344<br>Rio Vista, TX 76093 | **Morrow Family L.P.**<br>8001 U.S. Highway 80 East<br>Suite 701<br>Savannah, GA 31410 |

B6H (Official Form 6H) (12/07) - Cont.

In re **Sundance Resources, Inc.**

Case No. **11-30304**

(if known)

## SCHEDULE H - CODEBTORS

*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Patman**<br>P.O.Box 344<br>Rio Vista, TX 76093 | **Roger H. Nord**<br>c/o Freidman & Feiger<br>5301 Spring Valley Road, #220<br>Dallas, TX 75254 |
| **Michael Patman**<br>P.O.Box 344<br>Rio Vista, TX 76093 | **William Lionetta**<br>c/o Freidman & Feigler<br>5301 Spring Valley Rd.<br>Suite 200<br>Dallas, TX 75234 |
| **Michael Patman**<br>P.O.Box 344<br>Rio Vista, TX 76093 | **William Lionetta as Next Friend of**<br>Jacqueline Lionetta<br>c/o Freidman $ Feiger<br>5301 Spring Valley Rd. #200<br>Dallas, TX 75234 |
| **Pat Patman**<br>P.O.Box 628<br>Rio Vista, TX 76093 | **Bank of America**<br>P.O. Box 660312<br>Dallas, TX 75266-0312 |
| **Pat Patman**<br>P.O.Box 628<br>Rio Vista, TX 76093 | **Charles Salter**<br>c/o Freidman & Feiger<br>5301 Spring Valley Road<br>Suite 200<br>Dallas, TX 75254 |
| **Pat Patman**<br>P.O.Box 628<br>Rio Vista, TX 76093 | **Edith Morrow**<br>c/o Freidman & Feigler<br>5301 Spring Valley Rd., Suite 200<br>Dallas, TX 75254 |
| **Pat Patman**<br>P.O.Box 628<br>Rio Vista, TX 76093 | **Gordon Morrow**<br>c/o Freidman & Feiger<br>5301 Spring Valley Rd., Suite 200<br>Dallas, TX 75254 |

B6H (Official Form 6H) (12/07) - Cont.

In re **Sundance Resources, Inc.**

Case No.  **11-30304**

(if known)

## SCHEDULE H - CODEBTORS

*Continuation Sheet No. 2*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Pat Patman**<br>P.O.Box 628<br>Rio Vista, TX  76093 | **Guy C. Morrow**<br>c/o Freidman & Feigler<br>5301 Spring Valley Road<br>Suite 200<br>Dallas, tX  75254 |
| **Pat Patman**<br>P.O.Box 628<br>Rio Vista, TX  76093 | **James Yeckley**<br>Freidman & Feiger<br>5301 Spring Valley Road, #200<br>Dallas, TX  75254 |
| **Pat Patman**<br>P.O.Box 628<br>Rio Vista, TX  76093 | **Morrow Family L.P.**<br>8001 U.S. Highway 80 East<br>Suite 701<br>Savannah, GA  31410 |
| **Pat Patman**<br>P.O.Box 628<br>Rio Vista, TX  76093 | **Roger H. Nord**<br>c/o Freidman & Feiger<br>5301 Spring Valley Road, #220<br>Dallas, TX  75254 |
| **Pat Patman**<br>P.O.Box 628<br>Rio Vista, TX  76093 | **William Lionetta**<br>c/o Freidman & Feigler<br>5301 Spring Valley Rd.<br>Suite 200<br>Dallas, TX  75234 |
| **Pat Patman**<br>P.O.Box 628<br>Rio Vista, TX  76093 | **William Lionetta as Next Friend of**<br>Jacqueline Lionetta<br>c/o Freidman $ Feiger<br>5301 Spring Valley Rd. #200<br>Dallas, TX  75234 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Sundance Resources, Inc.**                                         Case No.  **11-30304**
                                                                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**138**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date  **2/28/2011**                              Signature _____

                                                    **Michael E. Patman**
                                                    **President**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or
both. 18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re:  **Sundance Resources, Inc.**                                        Case No.  **11-30304**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$9,647.17** | **Sundance's gross income for 2011 was $9,647.17, but it received only approximately $500.00 after the costs of operating expenses were netted out.** |
| **$253,453.31** | **Gross income (2010) - however, after payment of operating costs, it had a negative income.** |
| **$892,176.00** | **Gross sales (2009). Gross sales were $892,176.00 but the net income for the year was negative -$13,709,129.00.** |

---

**2. Income other than from employment or operation of business**

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None ☐

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Michael Patman**<br>**P.O.Box 344**<br>**Rio Vista, TX  76093** | **3/5/10 -**<br>**$1,500.00**<br>**4/2/10 -**<br>**$1,500.00** | | **$317,000.00** |

B7 (Official Form 7) (04/10) - Cont.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In re:  Sundance Resources, Inc.

Case No.   11-30304
(if known)

## STATEMENT OF FINANCIAL AFFAIRS
Continuation Sheet No. 1

|  |  |  |
|---|---|---|
|  | 5/15/10 - $1,500.00 |  |
|  | 6/10/10 - $1,000.00 |  |
|  | 6/14/10 - $1,500.00 |  |
|  | 6/25/2010 - $1,500.00 |  |
|  | 7/16/2010 - $1,500.00 |  |
|  | 1/17/2011 - $1,636.99 |  |
|  | 2/17/2011 - $1,500.00 |  |
| Donald Kirk Johnson 1316 Palo Duro Southlake, TX 76012 | 3/4/2010 - $5,500.00 4/23/10 - $2,197.80 5/5/10 - $625.00 6/4/10 - $1,781.25 6/15/10 - $881.25 6/25/10 - $387.50 9/23/2010 - $765.00 10/14/2010 - $1,000.00 | $75,000.00 |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Sundance Resources Inc. v. Jay H. Krasoff and Chiron Financial Advisors, LLC, Cause No. DC 09-08730-C in the 68th Judicial District Court of Dallas County, Texas. | suit alleging business tors, breach of fiduciary duty, breach of contract and negligence on behalf of the Defendants. | 68th Judicial District Court of Dallas County, Texas. | pendings. |
| Billouris et al v. Sundance Resources, Inc. et al | lawsuit for damages | Federal District Court for the Northern District of Texas, Dallas Division and now on appeal to the U.S. Court of Appeals for the Fifth Circuit | Judgment rendered for some of the Plaintiffs, Judgment on appeal to the Fifth Circuit Court of Appeals. |

B7 (Official Form 7) (04/10) - Cont.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In re:   Sundance Resources, Inc.

Case No.   **11-30304**

(if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **GAK Services garnished Sundance Resources, Inc.'s checking account on December 8, 2010. It received $11,587.00, $700.00 and $75.00 from that garnishment.** | **December 8, 2011** | **cash from the Debtor's checking account.** |
| **Equipment Depot garnished Sundance's Resources, Inc.'s bank account on March 31, 2010 and received $22,477.48 and $30,115.54 and $9,248.04. On April 2, 2010 they garnished the account again and received $1,169.75. On April 23, 2010 they garnished the account again and received $3,870.57.** | | |

---

### 5. Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None
☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re:  Sundance Resources, Inc.

Case No.  **11-30304**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
Continuation Sheet No. 3

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Erin B. Shank, P.C.<br>1902 Austin Avenue<br>Waco, Texas 76701 | 2007 (approximately). This payment occurred more than one year prior to the initiation of this bankruptcy case, but is placed here by the Debtor for full disclosure. The law firm of Erin B. Shank, P.C. has received no money or other property from the Debtor in the past year. | $10,000.00 |

---

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Sundance Resources, Inc. had a judgment against Roy Foster, d/b/a Bar 9. It sold that Judgment to Woodland Resources for approximately $19,000.00 and Sundance used those proceeds to pay G.P. Oilfield Services through the Parker County Sherrif's office  who had a Judgement against Sundance Resources, Inc. Roy Foster has now filed personal bankruptcy. | within the past two years. | |
| Sundance Resources, Inc. is the Plaintiff in a lawsuit styled Sundance Resources, Inc. v. Jay H. Krasoff and Chiron Financial Advisors, L.L.C. pending in the 68th Judicial District Court Dallas County, Texas.  Sundance may have transferred 35% of the net recovery in this lawsuit to Kosse Maykus, as Trustee for a group of investors in this company.  Because of the limited time constraints to get these bankruptcy schedules filed, Sundance is continuing to search for a copy of this document. | | |
| Sundance Resources, Inc. could not pay its portion of the operating costs on wells operated | January 2011 | Jernigan Evans #1 and #2 in Panola County, Texas and the Reeves #1 in |

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re:   Sundance Resources, Inc.                                    Case No.   11-30304

                                                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS
Continuation Sheet No. 4

by John Graham.  In order to settle this liability,                  Panola County, Texas
it transferred its interest in these wells to the
operator in exchange for forgiveness of
approximately $250,000.00 of debt.  The wells
are the subject of ongoing litigation and the
litigation costs attributable to Sundance before
the transfer was estimated to be $100,000.00.
The Debtor believes this was an arms length
ordinary course transaction and chooses to
disclose it so that there is no question about it.

Sundance Resources, Inc. sold all of its office         May 1, 2009
furniture and equipment to Woodland
Resources, LLC for $10,000.00.

None  b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or
☑   similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise
☐   transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts,
certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations,
brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| BBVA Compass Bank | checking account, account was overdrawn by approximately $1,800.00.00 | February 2011 |
| Wachovia Bank Alvarado, TX | checking account - the bank closed the account after the funds were garnished from the account. | June 8, 2010 |
| Wachovia Bank Alvarado, TX | checking account - the account was closed by the bank after mulitple garnishments had been levied on this account. | June 8, 2010 |
| Wachovia Bank Alvarado, TX | checking account - bank closed the account after multiple garnishments were levied on this account. | June 3, 2010 |

## 12. Safe deposit boxes

None  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately
☑   preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or
both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re:  Sundance Resources, Inc.

Case No.  __11-30304__

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
### Continuation Sheet No. 5

### 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

### 15. Prior address of debtor

None ☑ If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

### 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re:  **Sundance Resources, Inc.**

Case No.   **11-30304**
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

**18. Nature, location and name of business**

None ☑ a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

---

None ☑ b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

**19. Books, records and financial statements**

None ☐ a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Judy Patman, P.O.Box 459, Rio Vista, TX  76093** | **approximately 2000 to current** |
| **C.J. Gossett, P.O.Box 459, Rio Vista, TX  76093** | **approximately 2005 to current** |

---

None ☑ b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☐ c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Mike Patman** | **P.O.Box 344, Rio Vista, TX  76093** |

---

None ☑ d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re:   Sundance Resources, Inc.                                     Case No.   11-30304
                                                                                   (if known)

# STATEMENT OF FINANCIAL AFFAIRS
Continuation Sheet No. 7

---

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Michael Patman<br>P.O.Box 344<br>Rio Vista, TX 76093 | President, sole director and shareholder | 1,568 shares |

See Exhibit "A"

---

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME, ADDRESS AND TITLE | DATE OF TERMINATION |
|---|---|
| Donald Kirk Johnson, Executive Vice President, | 2010 |

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY OR<br>DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| See Response to Question Number 3 above. | | |

---

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re:  **Sundance Resources, Inc.**

Case No.  **11-30304**

(if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 8*

---

**25. Pension Funds**

None
☑   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

In re:   **Sundance Resources, Inc.**

Case No.   **11-30304**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 8*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **2/28/2011**                          Signature

**Michael E. Patman**
**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:  **Sundance Resources, Inc.**

CASE NO   **11-30304**

CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A – Debts secured by property of the estate. (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>Rio Vista ISD, City of Rio Vista<br>and Johnson County<br>c/o Perdue, Brandon, Fielder et al<br>P.O.Box 13430<br>Arlington, TX  76094 | **Describe Property Securing Debt:**<br>some of the Debtor's oil/gas interests in Johnson |

Property will be (check one):
- ☐ Surrendered      ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☑ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):
  Debtor will continue making payments to creditor without reaffirming.

Property is (check one):
- ☑ Claimed as exempt      ☐ Not claimed as exempt

PART B – Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease.  Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>Alan B. Rich<br>1201 Elm Street<br>Suite 4244<br>Dallas, TX 75270 | **Describe Leased Property:**<br>attorneys fees contract - Billouris<br>appeal | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☐         NO ☑ |

| Property No.   2 | | |
|---|---|---|
| **Lessor's Name:**<br>Harding Energy Partners<br>13465 Midway Road<br>Suite 400<br>Dallas, Texas 75244 | **Describe Leased Property:**<br>Joint Operating Agreement | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☐         NO ☑ |

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

IN RE:   **Sundance Resources, Inc.**

CASE NO   **11-30304**

CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

| Property No.   3 | | |
|---|---|---|
| **Lessor's Name:**<br>Hoge & Gameros, L.L.P.<br>4514 Cole Avenue<br>Suite 1500<br>Dallas, TX 75205 | **Describe Leased Property:**<br>attorneys fees contract - Krasoff litigation | **Lease will be Assumed pursuant to**<br>11 U.S.C. § 365(p)(2):<br><br>YES ☐        NO ☑ |

| Property No.   4 | | |
|---|---|---|
| **Lessor's Name:**<br>Llewellin Operating<br>4265 San Felipe Street<br>Houston, TX 77027 | **Describe Leased Property:**<br>Joint Operating Agreement | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☐        NO ☑ |

| Property No.   5 | | |
|---|---|---|
| **Lessor's Name:**<br>NEC Financial Services<br>One Park 80 Plaza West<br>3rd Floor<br>Sattlebrook, NJ 07663 | **Describe Leased Property:**<br>lease of phone system | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☐        NO ☑ |

| Property No.   6 | | |
|---|---|---|
| **Lessor's Name:**<br>Pitney Bowes<br>Purchase Power<br>P.O.Box 856042<br>Louisville, KY 40285-6042 | **Describe Leased Property:**<br>postage machine | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☐        NO ☑ |

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:   Sundance Resources, Inc.

CASE NO   **11-30304**

CHAPTER   7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 2*

| Property No.  7 | | |
|---|---|---|
| Lessor's Name:<br>Primexx<br>4849 Greenville Avenue<br>Suite 160<br>Dallas, TX 75206-4193 | Describe Leased Property:<br>Joint Operating Agreement | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☐      NO ☑ |

| Property No.  8 | | |
|---|---|---|
| Lessor's Name:<br>Woodland Operating, L.L.C.<br>1601 Airport Freeway<br>Suite 300<br>Euless, TX 76040 | Describe Leased Property:<br>Joint Operating Agreement | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☐      NO ☑ |

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### WACO DIVISION

IN RE:  **Sundance Resources, Inc.**

CASE NO    **11-30304**

CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 2*

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date  **2/28/2011**

Signature

*Michael E. Patman*
*President*

Date _____

Signature _____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

IN RE:  **Sundance Resources, Inc.**

CASE NO  **11-30304**

CHAPTER  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | $10,000.00 |
| Prior to the filing of this statement I have received: | $10,000.00 |
| Balance Due: | $0.00 |

2. The source of the compensation paid to me was:

&#9745; Debtor        &#9633; Other (specify)

3. The source of compensation to be paid to me is:

&#9745; Debtor        &#9633; Other (specify)

4. &#9745;  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

&#9633;  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
**Any services not listed above are not included in this fee**

---

CERTIFICATION
I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**2/28/2011**
Date

*Erin B. Shank*
Erin B. Shank, P.C.
1902 Austin Avenue
Waco, Texas 76701
Phone: (254) 296-1161 / Fax: (254) 296-1165

Bar No.  01572900

---

**Michael E. Patman**
**President**

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re  **Sundance Resources, Inc.**                                        Case No.   **11-30304**

Chapter    **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 12 | $373,317.40 | | |
| B - Personal Property | Yes | 4 | $6,001,645.35 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 6 | | $11,392,026.96 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 110 | | $23,275,156.31 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 138 | $6,374,962.75 | $34,667,183.27 | |

sri    List of Stateholders

Shareholder Listing for Cutoff Date of 12-15-09          21 Dec 2009 Page    1

Acct # Shareholder Name.......................    ,.... Total Shares .....

FLORENCE ABOU-MOURAD &                                1
RIAB ABOU-MOURAD
46781 GULLIVER
SHELBY TOWNSHIP, MI 48315

, RICHARD C ABRAHAMSON                                6
332 W SUPERIOR ST, STE 35
***DULUTH, MN 55802

BRUCE H ALBRECHT                                      2
7646 S YAMPA ST
***AURORA, CO 80016

LEON L ALLEN & OPAL O ALLEN                           5
FAMILY REVOCABLE TRUST
421 E MINNESOTA AVE
TURLOCK, CA 95382

LUMON A ANGLIN &                                      1
JEANETTE W ANGLIN
6450 THREE KNOTCH
MOBILE, AL 36619

PHYLLIS I ANTHOFER                                    4
24528 HWY. 30
CARROLL, IA 51401

ANTHONY ANTHOFER & BONNIE SNYDER &                    3
KAY WALTERS TTEES ANTHONY ANTHOFER
REV TR UDT 2-27-01
24538 HWY 30
CARROLL, IA 51401

E R ARNOLD                                            4
PO BOX 632
BLUM, TX 76627

JOHN B ART                                            2
2510 WINDSOR DR
LIMA, OH 45805

THOMAS W AUSTIN                                       1
100 STOKE POGES
WILLIAMSGURG, VA 23188

HERBERT G AVEY TTEE FBO THE                           9
HERBERT G AVEY TRUST 1992
' 475 LINCOLN
CLAWSON, MI 48017

            Prepared by SECURITIES TRANSFER CORPORATION

Exhibit "A"

Shareholder Listing for Cutoff Date of 12-15-09          21 Dec 2009 Page    2

Acct # Shareholder Name........................          .. Total Shares .....


JOE D BARBEE                                                    2
915 W 9TH ST
WESLACO, TX 78596

JOYCE A BARONE TTEE                                            1
JOYCE A BARONE LIVING TRUST
8 VICTORIA DR
MILFORD, DE 19963

BARTZ FAMILY LIVING TR 09-11-90                                2
24501 HEATHER CT #4650-10
TEHACHAPI, CA 93561

JOHN E BEASLEY                                                  1
711 NORTH HARPER
POTEAU, OK 74953

KEITH L BECK                                                    2
3450 CAPOTERRA WAY
DUBLIN, CA 94568

BECK LIVING TRUST                                              1
3450 CAPOTERRA WAY
DUBLIN, CA 94568

KEITH BECK                                                     1
3450 CAPOTERRA WAY
DUBLIN, CA 94568

CHARLES L BECKETT &                                            2
NORMA BECKETT
2315 SHADYDALE
ARLINGTON, TX 76012

DAVID C BELDEN                                                  1
1837 SPRING VALLEY DR NW
***CANTON, OH 44708

MARK S BELL                                                    1
303 W WALL, STE 513
MIDLAND, TX 79701

RALPH H BENEDICT JR - IRA                                      1
2027 5TH ST SOUTH
NAPLES, FL 33940

WILLIAM W BENEDICT                                             6
455 HAMMERMILL RD

Prepared by SECURITIES TRANSFER CORPORATION

sri

Shareholder Listing for Cutoff Date of 12-15-09      21 Dec 2009 Page   3

Acct # Shareholder Name........................      ..... Total Shares .....

ST LOUIS, MO 63141

JACK L BENSON                                          10
2324 MISTLETOE DR
FT WORTH, TX 76110

WILLIAM BERNARD                                        3
2057 BEL OMBRE CIRCLE
LAKE WALES, FL 33853

---

BOWEN FAMILY LIVING TRUST                              3
3208 WEMBERLEY DR
***SACRAMENTO, CA 958643850

WILLIAM A BOYD                                         2
10324 LONGWOOD DRIVE
CHICAGO, IL 60643

RICHARD A BOYD                                         17
912 N 200 E
CHESTERTON, IN 46304

WADE BRADLEY                                           6
6801 CAMINO DE AMIGOS
CARLSBAD, CA 92009-4561

T TAZWELL BRAMLETTE                                    1
2105 CANYON LAKES DRIVE
***SAN RAMON, CA 94583

EUGENE A BRODEEN                                       1
3873 DRAYTON WAY
PALO HARBO, FL 34685

ROBERT D BRODIE                                        1
340 TUNITAS CREEK RD
HALF MOON BAY, CA 94019

DON BROWN JR                                           1
7715 E FM 4 #4
***GRANDVIEW, TX 76050-3424

STEVEN C BRUNK                                         5
34 WHITE CAP LANE
***NEWPORT COAST, CA 92657

DAVID BRUNO                                            1
1918 PINECREST
CARROLLTON, TX 75010

Prepared by SECURITIES TRANSFER CORPORATION

Shareholder Listing for Cutoff Date of 12-15-09    21 Dec 2009 Page    4

Acct # Shareholder Name.......................    . Total Shares .....

TRANSCORP C/F PATRICIA J BRYK                    2
IRZ 7630-OT
PO BOX 31051
***LAGUNA HILLS, CA 92654

HARRY BUHLER & ROSELLA BUHLER TTEES FBO          5
HARRY & ROLELLA BUHLER TR
DTD 6-13-94
4923 AVENUE 408
***REEDLEY, CA 93654

WILLIE STEEL BROWNING BULLOCK                    3
TRUST DTD 6-19-84
3623 W. 227TH STREET
TORRANCE, CA 90505

GREGORY G BUSH                                   1
CALLE NOGAL 133 SAN RAMON
***GUAYANDO, PR 00960

JACK G BUTLER (DECEASED)                         3
1116 E. VICKERY BLVD.
***FORT WORTH, TX 76104

JOE M BUTTS                                      1
211 CAMINO DE VIENTO
SILVER CITY, NM 88061

BYRNE FAMILY TRUST DTD                           1
1027093
200 SANDERS FERRY RD #1104
***HENDERSONVILLE, TN 37075

PAUL L CAMPBELL                                  1
1464 ARDWICK RD
COLUMBUS, OH 43220

TONY CASHION                                   393
PO BOX 459
RIO VISTA, TX 76093

EILEEN S CASSIDY FAM TRUST                       1
EILEEN S CASSIDY TTEE UA
DTD 6-16-80
40 CAMINO ALTO #6104
MILL VALLEY, CA 94941

MICHELLE DAY CHISUM                              1

Prepared by SECURITIES TRANSFER CORPORATION

Shareholder Listing for Cutoff Date of 12-15-09        21 Dec 2009 Page    5

Acct # Shareholder Name.......................        . Total Shares .....

PO BOX 323
WASKOM, TX 75692

ALAN M CHYTEN                                                    4
55 MAIN STREET
FRAMINGHAM, MA 01701

RUSSELL A CINQUE &                                              1
MAYBELLE A CINQUE TRUST
DTD-9-7-89-
20512 QUEDO DRIVE
WOODLAND HILLS, CA 91364

CANDACE CLARK                                                  2
WARREN HOUSE
420 WELSH WOOD RD #14A
***NASHVILLE, TN 37211

COBBLESTONE INVESTMENTS, INC.                                  6
12 SQUIRE LANE
ST. CHARLES, IL 60174

LESLIE E COMPTON &                                            2
JOY H COMPTON
1346 N. MOUNTAIN AVE.
CLAREMONT, CA 91711

ROBERT W CONSAUL &                                            1
EVA G CONSAUL
DECLARATION TRUST DTD 12/5/80
3015 HARTMAN WAY
SAN DIEGO, CA 921174307

ARLENE J COOK TRUST                                           1
AGREEMENT DTD 11-5-93
3958 W THORN CREEK CT
MERIDIAN, ID 83642

RALPH W COOK & ARLENE J COOK                                  2
TTEES AND THEIR SUCCESSORS IN TR
UNDER THE RALPH W COOK TR AGR
3958 W THORN CREEK CT
MERIDIAN, ID 83642

LAURETTE A COOPER &                                           1
MELISSA A COOPER
PO BOX 1077
HEREFORD, AZ 85615-1077

Prepared by SECURITIES TRANSFER CORPORATION

Shareholder Listing for Cutoff Date of 12-15-09        21 Dec 2009 Page    6

Acct # Shareholder Name.......................        ... Total Shares .....

WILLIAM P COOPER &                                          2
SHIRLEY A COOPER
PO BOX 1077
HEREFORD, AZ 85615-1077

. H W CUCKLER & COMPANY                                     1
HAROLD W & MARY E CUCKLER
3650 VANCE ST. APT. #310
WHEATRIDGE, CO 80033

ANDY CUNNINGHAM                                            83
PO BOX 459
RIO VISTA, TX 76093

BILLY S CURTIS                                             1
1509 SHUMAC LANE
BEDFORD, TX 76022

DALLAS SEMINARY FOUNDATION                                 4
PO BOX 459
***RIO VISTA, TX 760930459

KEITH V DAVIDSON &                                         2
ELIZABETH M DAVIDSON TTEES
DAVIDSON TRUST
7471 WOLFF ST., APT A
WESTMINSTER, CO 80030-5134

TRANSCORP C/F                                              2
WILLIAM H DAVIES JR
IRZ-8475-OT
7103 S REVERE PKWY
ENGLEWOOD, CO 80112

JON C DAVIS                                                1
4 SNOW CT
DEARBORN, MI 48124

DELAWARE CHARTER TTEE FBO                                  1
ANTHONY A STAVOLE
PO BOX 8963
WILMINGTON, DE 19899-8963

EDITH N DOYLE                                              1
707 RACE ST
DOVER, OH 44622

RICHARD E DOYLE &                                          1
MARION D DOYLE

Prepared by SECURITIES TRANSFER CORPORATION

Acct # Shareholder Name........................    ...   ... Total Shares .....

11925 S RAMONA AVE.
HAWTHORNE, CA 92050

DUPUY FAMILY TRUST                                          2
2198 ROANOKE RD
***SAN MARINO, CA 91108

· GENE DURKEE                                              66
PO BOX 459
RIO VISTA, TX 76093

DLJSC CUST FBO HOLTON C. EASTER IRA                         1
PO BOX 2050
JERSEY CITY, NJ 07303

AG EDWARDS FBO                                              1
L J WOLFSEN
CUST ACCOUNT SERVICES
ONE NORTH JEFFERSON
ST LOUIS, MO 63103

A F ELIAS                                                  2
310 HELEN MARIE LANE
KINGSVILLE, TX 78363

JAMES J ENGEMAN JR                                         2
ROUTE 2, BOX 518
EDWARDSVILLE, IL 62025

RICHARD D ENRIGHT                                          3
706 COLLEGE
CLEBURNE, TX 76031

LILA ERICKSON TTEE FBO                                     2
LILA ERICKSON TRUST U/A/D 12-15-95
4528 62ND AVE. S.E.
CLEVELAND, ND 58424

DAVID L. ERICKSON                                          1
1573 CALLE CANDELA
LA JOLLA, CA 92037

SANDRA C. ERICKSON                                         1
1573 CALLE CANDELA
LA JOLLA, CA 92037

ROBERT W EVERSON TRUST                                     2
ROBERT W EVERSON TRUSTEE
3111 BEL AIR DRIVE #5E

Prepared by SECURITIES TRANSFER CORPORATION

srl

Shareholder Listing for Cutoff Date of 12-15-09      21 Dec 2009 Page      8

Acct # Shareholder Name........................      ... Total Shares .....

          LAS VEGAS, NV 89109

          WILLIAM R EYLER LIVING TRUST                        6
          18347 BEDROD ROAD
          BEVERLY HILL, MI 48025

          SALVATORE FEDERICO                                  4
          14730 CAMINITO VISTA ESTRELLADO
          DEL MAR, CA 92014
_____

          RICHARD A FELTON &                                  1
          EDNA FELTON
          ***,

        . ROLAND A FERGUSON                                   1
          6347 ARNOLD WAY
          BUENA PARK, CA 906201503

          ROLAND A FERGUSON MD                                1
          RETIREMENT TRUST
          6347 ARNOLD WAY
          BUENA PARK, CA 906201503

          EARL W FLETCHER                                    69
          1300 BOARDWALK
          ARLINGTON, TX 76011

          JOHN H FOX                                          2
          3509 N PARKWOOD DRIVE
          HOUSTON, TX 770211235

          KURT FRANSSEN                                       1
          3159 RIVER PLACE DR
          EUGENE, OR 97401

          GERALD J FRESONKE                                  10
          417 EMERALD PLACE
          SEAL BEACH, CA 907406223

          DELAWARE CHARTER GUARANTEE &                        1
          TRUST CO CUST FBO JACK J FROST IRA
          9300 UNDERWOOD AVE, STE 400
          OMAHA, NE 68114

        ⌐ BYRON L FRY                                         1
          904 KENTER WAY
          LOS ANGELES, CA 90049-1325

          JOHN H GAAG &                                       2

                Prepared by SECURITIES TRANSFER CORPORATION

Shareholder Listing for Cutoff Date of 12-15-09     21 Dec 2009 Page   9

Acct # Shareholder Name.........................     ..., Total Shares .....

KAREN L GAAG
8627 ARTHUR HILL CIRCLE
N. CHARLESTON, SC 29420

JOHN H GAAG                                           5
8627 ARTHUR HILL CIRCLE
N. CHARLESTON, SC 29420

THE GANS FAMILY TRUST                                2
129 NAPLES STREET
CHULA VISTA, CA 91911

, LEON L GEAN                                        5
7550 N 16ST STREET #3201
PHOENIX, AZ 85020

GEW INC PENSION TRUST                                4
15700 SHERMAN WAY
VAN NUYS, CA 91406

VIVIAN GOLDFINE TTEE FBO MILTON & VIVIAN             3
GOLDFINE TAX-FREE TR OF THE MILTON & VIV
IAN
GOLDFINE LIFETIME TR
201 OOTSIMA WAY
***LOUDON, TN 37774

JOHN M GOODWIN                                        1
6531 N. 43RD PLACE
PARADISE VALLEY, AZ 852533940

ESTATE OF JOHN T GORDIN                              1
JAMES R GILLIAN INDEP EXEC
12720 HILLCREST SUITE 880
DALLAS, TX 75230

RICK E GRANT                                         25
1775 ALMOND VIEW CT
***DURHAM, CA 95938-9636

ROBERT E GRANT                                       30
13465 COLFAX HWY
P.O. BOX 1802
***GRASS VALLEY, CA 95945

GREEN TRUST DTD 2-20-91                              1
PATRICIA A & DENNIS GREEN
TRUSTEES
285 N LALUNA

Prepared by SECURITIES TRANSFER CORPORATION

Shareholder Listing for Cutoff Date of 12-15-09     21 Dec 2009 Page   10

Acct # Shareholder Name.........................     ... Total Shares .....

***OJAI, CA 93023

RANDY B GREENE                                          3
BOX 4100-174
DEL MAR, CA 92014

ESTATE OF BEN P GRIFFITH                               10
439 N JUNE STREET
LOS ANGELES, CA 90004

STEPHEN E GRIFFITH                                     2
439 N JUNE STREET
LOS ANGELES, CA 90004

KATHRYN B GROSS                                        9
PO BOX 2855
PO BOX 676
***EL CENTRO, CA 92244

WILLIAM G GUION                                        1
3610 HUNTERS POINT
***SAN ANTONIO, TX 78230

GUNTHER REALTY & INVESTMENT CO                         5
GERARD K GUNTHER
PO BOX 12288
ST LOUIS, MO 63157

MARY LOUISE GUNTHER                                   16
465B BRIDLEWOOD TERRACE
ST. LOUIS, MO 63128

GARY R GUTH                                            1
857 WOODBINE RD
HIGHLAND PARK, IL 60035

HALE FAMILY TRUST                                      1
18538 SANTA ISADORA ST
FOUNTAIN VALLEY, CA 92708-6213

TRANSCORP PENSION SERVICES C/F                        2
THOMAS K HALE
IRZ-1852-OT
PO BOX 31051
***LAGUNA HILLS, CA 92654

CITIGROUP GLOBAL MARKETS CUST                          1
FBO KARL A HALL IRA
PO BOX 137

        Prepared by SECURITIES TRANSFER CORPORATION

Shareholder Listing for Cutoff Date of 12-15-09        21 Dec 2009 Page   11

Acct # Shareholder Name........................        .. Total Shares .....

    FISHERSVILLE, VA 22939-0137

    JEHONADAH S HANSANISH                          2
    22001 CRAGGY VIEW ST
    CHATSWORTH, CA 913112810

    RAYMOND J HANSON                               1
    PO BOX 51547
    ***GERMANTOWN, WI 53022

    BRETT W. HARBECK                               4
    5151 TROY AVENUE
    ***FREMONT, CA 94536

    NED RICHARD HARLEY                            15
    PO BOX 4577
    ***VAIL, CO 81658

    BENJAMIN AARON HARLEY                          6
    312 ELM STREET
    ***PITTSBURGH, PA 15237

    HAR-ROSE FARMS INC                            9
    HARRY BUHLER
    4923 AVENUE 408
    ***REEDLEY, CA 93654

    HEARNE FAMILY TRUST                            7
    4005 STEPHENS STREET
    SAN DIEGO, CA 92103

    RICHARD L HEIM                                 1
    9120 W 121ST
    PALOS PARK, IL 60464

    MARIAN D HEISER                                2
    2590 BUTTERNUT LANE
    PEPPER PIKE, OH 44124

    ELMER D HERSHEY &                              7
    ADELE HERSHEY
    816 W. EL CAMINITO DRIVE
    PHOENIX, AZ 850215538

    WILBUR T HILL                                  1
    218 LAKESIDE DR
    LIBERTY, MO 64068-3444

001210 KENNETH S HINIKER TRUSTEE                      14

Prepared by SECURITIES TRANSFER CORPORATION

Shareholder Listing for Cutoff Date of 12-15-09    21 Dec 2009 Page  12

Acct # Shareholder Name........................    ... Total Shares .....

UTAD 4-2-85
431 WILDWOOD LANE
NAPLES, FL 33942

DONALD L HOLMES                                    3
3506 OVILLA RD
RED OAK, TX 75154

THE CLARE G HORLBECK & EARL                        2
N-HORLBECK-REV-TRUST
DTD 8-4-83
1624 E. DRAMER
MESA, AZ 85203

TRANSCORP PENSION SERVICES                         2
INC C/F DALLAS N HORN
PO BOX 6535
ENGLEWOOD, CO 80155-6535

MLPF & S INC. CUST FBO ROBERT                      1
W HUBBLE IRA ACCT#531-82P71
10302 PROSPECT HILL DR.
HOUSTON, TX 77064-5414

MLPF & S INC. CUST FBO                             1
ANNETTE HUBBLE IRA
ACCT# 531-82P72
10302 PROSPECT HILL RD.
HOUSTON, TX 77064-5414

AMY HUGHES                                         1
1114 CAROLYN AVE
***SAN JOSE, CA 95125-3222

D LOYD HUNTER &                                    1
BARBARA HUNTER
4410 UPLANDS WAY
YAKIMA, WA 98908

GREGORY ICALCATERA &                               1
CONNIE INCALCATERA
18 SEREIN CT
***MUTTONTOWN, NY 11791

I F INDEPENDENT FINANCIAL                          1
CORPORATION
170 TOMLINSON DR
FOLSOM, CA 95630-7403

Prepared by SECURITIES TRANSFER CORPORATION

Shareholder Listing for Cutoff Date of 12-15-09      21 Dec 2009 Page   13

Acct # Shareholder Name........................      .. Total Shares .....

JANE ANN JACOBSON                                         1
5200 THREE VILLAGE DR #1G
CLEVELAND, OH 44124-3756

ARVEST TRUST CO.,N.A. TRUSTEE                             4
JANKY FAMILY SURVIVOR'S
TRUST DTD 9/3/97
P.O. BOX 1156
BARTLESVILLE, OK 74005-1156

CLARISSA T JARRETT                                        1
3257 MARIE LANE
FT WORTH, TX 76123

BRUCE R JOHNSON                                           1
6157 CAMINITO ESTRELLADO
SAN DIEGO, CA 92120

D KIRK JOHNSON                                          420
PO BOX 459
RIO VISTA, TX 76093

FREDRICK M JOHNSON                                        3
2414 S CATARINA
MESA, AZ 85202

HAMILTON S JOHNSON                                      170
4212 SAGEMONT
CAROLLTON, TX 75010

ROB JONES                                                1
212 W 9TH STREET
***TYLER, TX 75702

MARVIN C JORGENSEN                                        3
1217 S 168 AVE
***OMAHA, NE 68130

PAUL A KAYE                                               1
#9 DIAMONTE LANE
RANCHO PALOS VERDES, CA 90274

PAUL A KAYE & ARLENE KAYE                                 1
#9 DIAMONTE LANE
RANCHO PALOS VERDES, CA 90274

JOHN J KELBERER                                           1
110 BANK ST S.E. #1205
***MINNEAPOLIS, MN 55414

Prepared by SECURITIES TRANSFER CORPORATION

sri

Shareholder Listing for Cutoff Date of 12-15-09        21 Dec 2009 Page   14

Acct # Shareholder Name........................        ..... Total Shares .....


```
        ' THE ADIL H KLEIN FAMILY TRUST                          2
        4748 NOBLE AVE
        ***SHERMAN OAKS, CA 91403

        MARK KOBILCA                                             3
        6 GOLDEN SPUR
        LEMONT, IL 60439

        MARJORIE S KROBER TTEE                                   1
        MATJORIE S KROBER TRUST
        DTD 03-13-85
        4316 MARINA CITY DR #827
        ***MARINA DEL REY, CA 90292

        EDITH H LAFONTAINE                                       1
        & LEE H HARRIS JTWROS
        1995 KEYSTONE BLVD
        ***MIAMI, FL 33181

        DAVID B LAMON                                            1
        1471 COATS DR
        YUBA CITY, CA 95993

        JOHN L LAWLER                                            1
        722 MCKAY DR
        ARLINGTON, TX 76010

        MICHAEL P LLEWELLYN                                      1
        5227 CARITA STREET
        LONG BEACH, CA 90808

        FRANK J LOESSBERG &                                      1
        JOYCE M LOESSBERG
        12818 RENDON RD
        BURLESON, TX 76028

        HENRY T LONG                                             3
        907 W HENDERSON
        CLEBURNE, TX 76031

        EDWARD M LUBANOVICH &                                    2
        NANCY J LUBANOVICH
        9160 WESTFIELD ROAD
        SEVILLE, OH 44273

        LEONARD R LUKE                                           2
        3413 33RD STREET
        LONG ISLAND CITY, NY 11106
```

Prepared by SECURITIES TRANSFER CORPORATION

Shareholder Listing for Cutoff Date of 12-15-09      21 Dec 2009 Page   15

Acct # Shareholder Name.......................      ...... Total Shares .....

RONALD MACK &                                           2
VIOLET MACK
1000 MAGNOLIA AVE
***MODESTO, CA 95350

RICHARD G MAGUIRE &                                     1
ALICE C MAGUIRE
9636 S MERRIMAC AVE
***OAKLAWN, IL 60453

NELSON MALWITZ &                                        2
MARGUERITE MALWITZ
1 GREAT HERON LN
***BROOKFIELD, CT 06804-1839

DARREL E MANLAPIG &                                     1
JO ANN MANLAPIG
5030 E 17TH ST
CASPER, WY 92609

GILBERT MANN                                           20
2200 W BETHANY HOME RD
PHOENIX, AZ 85015

ALLEN D MARTIN (DECEASED)                               2
615 4TH ST
***GUEYDAN, LA 705423603

VERNON W MAYNARD TTEE                                    2
MAYNARD FAMILY TRUST
143 CAMINO ARROYO NORTH
***PALM DESERT, CA 92260

ELAINE MCANINCH                                         1
4372 SKYLAND DR NE
***ATLANTA, GA 30342

JOHN W MCCLELLAN                                        1
REVOCABLE LIVING TRUST
8624 SR 134 S
MARTINSVILLE, OH 45146

BRUCE O MCCRACKEN                                       1
11214 SWEETWOOD LN
***OAKTON, VA 22124

ROBERT BRIAN MCDONALD TTEE                              4
R BRIAN MCDONALD TRUST

Prepared by SECURITIES TRANSFER CORPORATION

sri

Shareholder Listing for Cutoff Date of 12-15-09   .   21 Dec 2009 Page   16

Acct # Shareholder Name.........................        ... Total Shares .....

    UA DTD 08-25-92
    5965 EMBASSY DR
    FARIFIELD, OH 45014

    KENNETH E MCDONALD III                        2
    PO BOX 25
    DELHI, LA 71232

    ROBERT J MCGOWAN                              1
    A-LAW-CORPORATION
    16255 VENTURA BLVD, STE 1015
    ENCINO, CA 91436

    BARBARA GUNTHER MCMENAMY                     16
    2120 NE 53RD ST.
    FT LAUDERDALE, FL 33308

    GEORGE MCNEILL                               1
    7001 HUNTER COVE DR
    ARLINGTON, TX 76017

    MARY ALICE MCNICOL                           2
    4411 KINSEY DR # 601
    ***TYLER, TX 75703-1018

    JOHN MEADER                                  1
    320 E MAIN STREET
    BOX 312
    PARMA, MI 49269

    MICO INC PROFIT SHARING                       3
    PLAN DTD 12.01.59
    DANIEL MCGRATH TTEE
    1911 LEE BLVD
    NORTH MANKATO, MN 56003-2507

    NORMAND T MONGEAU                            1
    & LINDA M SCOBO
    CHELMSFORD CROSSING
    199 CHELMSFORD ST #110
    ***CHELMSFORD, MA 01824

    FRANK R MOOTHART                             5
    22662 GALILEA
    MISSION VIEJO, CA 92692

    EDWARD MOZER &                               1
    MELISSA MOZER
    JT·TEN

Prepared by SECURITIES TRANSFER CORPORATION

Shareholder Listing for Cutoff Date of 12-15-09      21 Dec 2009 Page   17

Acct # Shareholder Name.......................      . Total Shares .....

2011 WILD DUNES CIRCLE
KATY, TX 77450

CHARLES E MUELLER                                              4
11306 ROOSEVELT ROAD
SAGNAW, MI 48609

DEAN WITTER REYNOLDS INC                                       1
C/F JOHN W NEVIN
RON REID
9813 PARROT AVE
DOWNEY, CA 90240-3819

JOHN NORTHUP                                                   1
3833 127TH STREET
URBANDALE, IA 50323-2349

ROBERT P & CECELIA J O'GORMAN                                  1
TTEES OF THE ROBERT P & CECELIA
J O'GORMAN TRUST DTD 08-18-00
14100 W 90TH TER #306
LENEXA, KS 66215-5428

OPPENHEIMER & CO.INC. C/F                                      9
AUDREY HARTLEY IRA R/O
125 BROAD STREET
NEW YORK, NY 10004-2472

DOROTHY DAY OTIS TRUST                                         2
853 LAKE WORTH CIRCLE
***HEATHROW, FL 32746

DON J PAPINEAU &                                               1
MARLENE H PAPINEAU JT TEN
109 N. MEADOW LANE
PLAINFIELD, IL 60544

DONNA GAIL PARKER CUSTODIAN FOR                               3
KRISTA EDWARDS A MINOR UGMA/TX
DEAN WITTER
724 BORDEAUX DR
***EULESS, TX 76039

DAVID PAT PATMAN                                           1,563
PO BOX 459
***RIO VISTA, TX 76093

MICHAEL E PATMAN                                           1,568
PO BOX 459

Prepared by SECURITIES TRANSFER CORPORATION

Shareholder Listing for Cutoff Date of 12-15-09          21 Dec 2009 Page    18

Acct # Shareholder Name........................          .. Total Shares .....

    RIO VISTA, TX 76093

    ' CAINE PATMAN                                            66
    PO BOX 459
    RIO VISTA, TX 76093

    RUSSELL O PETTIBONE &(DECEASED)                          2
    ERNA R PETTIBONE (DECEASED)
    62 INDIAN FIELD DRIVE
    ***SOUTH DENNIS, MA 02660

    RUSSELL O PETTIBONE                                     1
    & ERNA R PETTIBONE
    62 INDIAN FIELD DR
    RR 3
    ***SOUTH DENNIS, MA 02660

    WALTER T PHIPPS                                         4
    344 SOUTHFORD ROAD
    CODY, WY 82414

    WILLIAM J PIERCE &                                      2
    RENEE' CARNETT
    PO BOX 294
    ***PONAY, CA 92074

    WILLIAM W POND                                          2
    5730 AUTUMN WOODS TRL
    FT WAYNE, IN 46835-4608

    , GUARANTEE & TRUST CO TTEE                             1
    STEVEN A PORTES IRA
    1128 S 4TH AVE
    ***LIBERTYVILLE, IL 60048

    PREFERRED PARTNERS                                      2
    213 BATES STREET
    SAUK CITY, WI 53583

    CECIL R RAHE                                           12
    1865 GLENDON PLACE
    CINCINNATI, OH 45237

    RAINDANCE PARTNERSHIP COMPANY                           1
    8580 EAST CRAIG DRIVE
    CHAGRIN FALLS, OH 44023

    RES BUILDING & INVESTMENT CO                            2
    B EDER PARTNER

Shareholder Listing for Cutoff Date of 12-15-09          21 Dec 2009 Page   19

Acct # Shareholder Name.......................          .. Total Shares .....

```
        9307 VILLA (W)
        ST. LOUIS, MO 63132

        PHIL RICHARDS                               66
        PO BOX 459
        ***RIO VISTA, TX 76093

        CAROL J ROBERTS                              1
        9031 FORBES AVE
        NORTH HILLS, CA 91343

        FRANK ROBINSON                               2
        1700 AUTUMN LANE
        ARLINGTON, TX 76012

        SHEILA C RUBY                                4
        4265 MARINA CITY DRIV
        UNIT 617 WTN
        MARINA DEL REY, CA 90292

        ALAN C RUNTE' &                              1
        JENIFER BRUNK
        PO BOX 338
        BELLEVUE, WA 98009

        EDWARD K RUSSELL                             1
        42232 LUDLOW CT
        NORTHVILLE, MI 48167

        JOHN E RUSSELL                               1
        960 ARDSLEY LANE
        BRIDGEWATER, NJ 08807-1146

        GYORGY SALANKY                               3
        SZOLYVA U 4/B FS2T 2
        BUDEPEST
        ***HUNGARY 1126,

        JOHN R SALZMAN                               3
        4114 CANYON RD
        LAFAYETTE, CA 94549

        JOHN R SALZMAN TTEE FBO JOHN                 4
        R SALZMAN MD INC RETIREMENT TR
        WESPAC TRUST ACCOUNTING
        DTD 01-01-92
        2030 FRANKLIN SAT, 3RD FL
        ***OAKLAND, CA 94612
```

Prepared by SECURITIES TRANSFER CORPORATION

Shareholder Listing for Cutoff Date of 12-15-09       21 Dec 2009 Page   20

Acct # Shareholder Name......................     ... Total Shares .....

LAWRENCE E SAMUELS                                    4
11 WESTWOOD COUNTRY CLUB
ST LOUIS, MO 63131

MORGAN WILLIAMS SANBORN                               1
4917 RAVENSWOOD DR #1762
SAN ANTONIO, TX 782274359

RUSSELL LEO SARGEANT TTEE                            10
SARGEANT FAMILY TRUST
8596 PAGOBA WAY
***SAN DIEGO, CA 92126

BALDWIN SAWYER                                        3
3151 MAYFIELD RD #1316
CLEVELAND HEIGHTS, OH 44118

JAMES D SCHLATTER & CAROLINE W                        1
SCHLATTER TTEES JAMES D SCHLATTER
REVOCABLE TR DTD 03-06-92
14710 TIMBEREDGE LN
***COLORADO SPRINGS, CO 80921

JOHN M SCHREEDER                                      2
289 TWICKENHAM TRACE
***SUWANEE, GA 30024

SCROGGIE HOLDINGS                                     1
3966 MARINE PKWY.
NEW PORT RICHEY, FL 34652

U A GARRED SEXTON                                     1
3623 W 227TH ST
TORRANCE, CA 90505

U A GARRED SEXTON                                     1
WILLIE B BULLOCK SEXTON
3623 W 227TH ST
TORRANCE, CA 90505

FRANKLIN E SHAW JR LIVING TRUST                       3
1842 STARDUST CT
***SANTA CLARA, CA 95050-3514

HARVEY N SHORT TTEE OF THE                            1
HARVEY N SHORT 1995 TRUST
DTD 11-28-95
1408 ARCHWOOD PL.
ESCONDISDO, CA 92026-2749

          Prepared by SECURITIES TRANSFER CORPORATION

Shareholder Listing for Cutoff Date of 12-15-09      21 Dec 2009 Page   21

Acct # Shareholder Name.......................      ..... Total Shares .....


W W SIMMONS TTEE                                          2
SIMMONS FAMILY TRUST
100 ASPEN
ALEDO, TX 76008

CHERYL SIMMONS                                           3
7213 RETREAT BLVD
CLEBURNE, TX 76033

EYVIND M SIMONSEN                                        1
2330 LAGO VENTANA
CHULA VISTA, CA 91914-2078

JOAN S SJOSTROM                                          3
2072 W WOLFENSBERGER RD
CASTLE ROCK, CO 80104

RICHARD A. SKILLMAN                                      4
ALAN SHERMAN TTEE
DATACOM INVESTMENT CO
30021 TOMAS, SUITE 130
***RANCHO SANTA MARGARITA, CA 92688

FLORINE E SMITH                                          1
914 MEDIO RD
***SANTA BARBARA, CA 93103

FRANKLIN G SMITH                                         1
205 CYPRESS LANE
COLORADO SPRINGS, CO 80906

VERLIN W SMITH                                          10
1600 ELDRIDGE PKWY #3108
HOUSTON, TX 77077-1665

KENNETH SNIDERMAN IN TRUST                               2
19 KILLARNEY RD
TORONTO, ONTARIO
CANADA M5P 1L7,

PAUL J SPINKS                                            1
3404 WELLER ROAD
SILVER SPRING, MD

STEVEN M STONE                                           1
399 W FULLERTON PKWY 12E
CHICAGO, IL 60614


Prepared by SECURITIES TRANSFER CORPORATION

Shareholder Listing for Cutoff Date of 12-15-09          21 Dec 2009 Page   22

Acct # Shareholder Name.........................          .. Total Shares .....

BRUCE STRACHAN &                                          2
LAURIE STRACHAN
JT TEN
3560 AITKEN RD
CROSWELL, MI 48422-9442

MARTIAL TR GENERATION SKIPPING TR                         2
UNDER THE ROBERT S STUDY LIV TR
BLOOMA STARK
DTD 6-24-91
330 N WABASH AVE, STE 3000
***CHICAGO, IL 606113699

ALBERT M SUAREZ                                           1
650 TENNIS CLUB DR # 105
FORT LAUDERDALE, FL 33311-4016

THOMAS C SULLIVAN                                         4
3121 UDALL ST.
SAN DIEGO, CA 92106

SUNDANCE RESOURCES, INC                                   7
TREASURY SHARES
***,

SUNDANCE SYSTEMS, INC.                                    3
500 N AKARD, #2500
DALLAS, TX 75201

CLARA TAYLOR                                              1
251 S. SECOND AVE.
***ALPENA, MI 49707

HAROLD A THOMAS                                           1
1830 SEVILLA BLVD. #3-302
ATLANTIC BEACH, FL 32233

WILLIAM B THRAILKILL                                      1
3905 DOVE CREEK LN
PLANO, TX 75093-7542

EDWARD THRALL &                                           2
ELIZABETH THRALL FAMILY
TRUST
18081 TURNBERRY DRIVE
***ROUND HILL, VA 20141-2558

DEBRA GREZAFFI TILLERY                                    7
106 OAK PARK CIRCLE

Prepared by SECURITIES TRANSFER CORPORATION

Shareholder Listing for Cutoff Date of 12-15-09        21 Dec 2009 Page   23

Acct # Shareholder Name.......................        .. Total Shares .....

LAFAYETTE, LA

FRED TOLIN                                                    1
1202 EAST WENDOVER AVE.
GREENSBORO, NC 27405

TRANSCORP PENSION SERVICES                                   1
FAO ROBERT L CHAMBERS
#SRE012400
PO_BOX_31051
***LAGUNA HILLS, CA 92654

TRANSCORP PENSION SERVICES                                   1
FAO GEORGE J CHEGIN #IR274390T
PO.BOX 31051
***LAGUNA HILLS, CA 92654

ROBERT TREFZGER                                              6
& NATHALIE TREFZGER
10200 MT. VERNON ROAD
AUBURN, CA 95603

. CLARENCE E TURNER                                          4
1971 PAYNE ROAD
LEXINGTON, NC 27292

ROBERT EARL VAN ZANDT                                        2
216 WILLOW RIDGE
***FT WORTH, TX 76103

ANNE M VANBERG                                               6
4105 STANHOPE ST
***DALLAS, TX 75205-1658

DOLORES M VETROUSKY                                          1
4296 GRANNIS ROAD
FAIRVIEW PARK, OH 441261528

KATHERINE WEAVER                                             2
98 STILLWATER STREET
W. MILTON, OH 453831423

GEORGE WENDT &                                               1
PAMELA WENDT
ROUTE 2, BOX 40
ANGELS CAMP, CA 95222

BURT WENNEKER                                                1
6 LADUE FOREST

Shareholder Listing for Cutoff Date of 12-15-09        21 Dec 2009 Page   24

Acct # Shereholder Name,.......................          Total Shares .....

ST LOUIS, MO 63124

WILLIAM H WEST                                                12
360 JASMINE AVE
***VALPARAISO, FL 32580

DOUGLAS M WEST                                                8
100 SANDS POINT RD #313
LONGBOAT KEY, FL 34228-3900

ROY A WESTBROOK                                              1
207 SPRING LAKE DR
MINEOLA, TX 75773

ROBERT C WHITEBREAD &                                       1
LORETTE M WHITEBREAD
228 WESTVIEW TERRACE
ARLINGTON, TX 76013

J. LYNN ROFFINO &                                            3
KELLIE ANN WRIGHT
P.O. BOX 72
RAINBOW, TX 76077

WILLIAMS FAMILY TRUST                                        2
23200 PRETTY DOE DR
***CANYON LAKE, CA 92587

EDWARD D JONES & CO CUST                                    1
FBO RALPH E WILLIAMS IRA
700 MARYVILLE CENTRE DR
ST. LOUIS, MO 63141

GLADYS M. WILLIAMS                                          2
8566 TRINITY CIR #820D
HUNTINGTON BEACH, CA 92646

SAMUEL J WILSON &                                            1
CAROLE R WILSON
JT
5836 ARBOLES ST
SAN DIEGO, CA 92120

GERALD D WOOD TTEE                                          4
WOOD FAMILY TRUST
801 ENCHANTED WAY
PACIFIC PALISADES, CA 90272

001814 GERALD D WOOD M.D.                                  1

Prepared by SECURITIES TRANSFER CORPORATION

Shareholder Listing for Cutoff Date of 12-15-09        21 Dec 2009 Page    25

Acct # Shareholder Name.....................        . Total Shares .....

801 ENCHANTED WAY
PACIFIC PALISADES, CA 90272

JERRY L WOODY                                            1
2930 WATERFRONT DR
GARLAND, TX 75042

KELLIE A BAILEY WRIGHT                                   7
PO BOX 5143
GRANBURY, TX 76049

CARLE C ZIMMERMAN                                        1
2539 RIDGE CT
LITTLETON, CO 80120
                                              ============
TOTAL                                            5,221

264 items listed out of 264 items.

Prepared by SECURITIES TRANSFER CORPORATION