Daniel F. Dean
State Bar No. 05680700
Daniel F. Dean, P. C.
603 E. Lacy St. (75801)
P. O. Box 1578
Palestine, TX 75802-1578
Phone: (903) 729-7445
Fax: (903) 729-1068
Email: dfd3@aol.com
Attorney for W & W Services, Inc.

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** § | | **Case No. 11-30304-sgj7** |
| **Sundance Resources Inc.,** § | | |
| **Debtor,** § | | **Chapter 7** |

## NOTICE OF APPEARANCE

   Pursuant to Fed. R. Bankr. P. 2002 and 9007, the undersigned appears for W & W Services, Inc., a party in interest in this case, and requests that all notices given and papers served in this case be given to and served on the undersigned DANIEL F. DEAN, 603 E. Lacy St. (75801), P. O. Box 1578, Palestine, TX 75802-1578.

   Please take further notice that, pursuant to section 1109(b) of the Bankruptcy Code, this request includes the notices and papers referred to in the rules specified above and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests and any other documents brought before this Court in this case.

                                        Respectfully submitted,

                                        DANIEL F. DEAN, P. C.
                                        603 E. Lacy (75801)
                                        P. O. Box 1578
                                        Palestine, Texas  75802-1578
                                        (903) 729-7445- Phone
                                        (903) 729-1068- Fax


                                    By: */s/Daniel F. Dean, Attorney at Law*
                                        Daniel F. Dean
                                        Attorney at Law
                                        State Bar No. 05680700

**CERTIFICATE OF SERVICE**

     I certify that on March 29, 2011 a true and correct copy of Creditor's Notice of Appearance - Bankruptcy was served that the following persons were served via electronic means, if available, otherwise by regular, first class mail.

*/s/ Daniel F. Dean, Attorney at Law*

U.S. Trustee, UST U.S. Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-1496
Erin Baker Shank, attorney for Debtor, c/o Erin B. Shank, P.C., 1902 Austin Ave., Waco, TX 76701
Robert Yaquinto, Jr., Chapter 7 Trustee, 509 N. Montclair, Dallas, TX 75208
Sundance Resources Inc., Debtor, P.O. Box 459, Rio Vista, TX 76093